# EXHIBIT B

## JOINDER AGREEMENT

The undersigned is executing and delivering this Joinder Agreement pursuant to the Limited Liability Company Operating Agreement dated July 30, 2021, as amended, modified, restated or supplemented from time to time, (the "*Operating Agreement*"), of Legacy Restoration Co-Invest, LLC, a Delaware limited liability company (the "*Company*").

By executing and delivering this Joinder Agreement to the Company, the undersigned hereby agrees to become a party to, to be bound by, and to comply with all of the provisions of the Operating Agreement in the same manner as if the undersigned were an original signatory to the Operating Agreement.

The undersigned agrees that the undersigned shall be a Member, as such term is defined in the Operating Agreement.

Accordingly, the undersigned has executed and delivered this Joinder Agreement as of January 5, 2024.

*[signature]*

*Signature of Member*

Oswaldo Barajas

*Print Name of Member*

1167 Ewing way

Clarksville, Tn

37043

*Address*

*Facsimile*

931-220-7988

*Telephone*