# EXHIBIT C



## SRNR US LLC

---

# EMPLOYEE HANDBOOK

---

Effective Date: April 1, 2023

# Employee Handbook
# Table of Contents

Purpose of This Employee Handbook .................................................................................. 1
Let's Communicate ............................................................................................................... 1
    Employee Relations Philosophy ...................................................................................... 1
    If You Have a Question .................................................................................................... 1
What You Can Expect From Us ............................................................................................. 2
    Introductory Period .......................................................................................................... 2
    Equal Employment Opportunity Policy ........................................................................... 2
    Reasonable Accommodations ........................................................................................ 2
    Policy Against Unlawful Harassment, Discrimination, and Retaliation ............................ 3
    Harassment, Discrimination, or retaliation reporting process ....................................... 5
Timekeeping and Payroll Practices ....................................................................................... 6
    Employee Classification ................................................................................................. 6
        Full-Time Employees ................................................................................................ 6
        Part-Time Employees ............................................................................................... 6
        Temporary Employees .............................................................................................. 7
        Non-Exempt Employees ........................................................................................... 7
        Exempt Employees .................................................................................................. 7
    Your Pay ......................................................................................................................... 7
    Timekeeping Procedures ................................................................................................ 7
    Overtime and Work Schedule ......................................................................................... 8
    Meal Periods .................................................................................................................. 8
    Lactation Accommodations ............................................................................................ 8
Company Benefits ................................................................................................................. 9
    Paid Holidays .................................................................................................................. 9
    Paid Vacation ................................................................................................................. 9
    Workers' Compensation Insurance ............................................................................... 10
    Training and Educational Assistance ............................................................................ 10
Leaves of Absence ............................................................................................................. 11
    Jury Duty ...................................................................................................................... 11
    Voting Leave ................................................................................................................. 11
    Voting Machine Technician Leave ................................................................................ 11
    Volunteer Firefighter Leave .......................................................................................... 11
    Volunteer Rescue Squad Leave ................................................................................... 12
    Military Leave of Absence ............................................................................................. 12
    Civil Air Patrol Leave .................................................................................................... 12
    Medical Leave of Absence ............................................................................................ 13
    Family and Medical Leave Act ...................................................................................... 14
    Military-Related FMLA Leave ........................................................................................ 18
    Bereavement Leave ..................................................................................................... 22
What We Expect of You ....................................................................................................... 23
Employee Conduct .............................................................................................................. 23
    Absenteeism and Tardiness ......................................................................................... 23
    Alcohol and Drug Policy ............................................................................................... 24
    Attitude and Professionalism ........................................................................................ 25

Damage to Property ................................................................................................ 26
Fraud, Dishonesty, and False Statements ................................................................ 26
Gambling ................................................................................................................. 26
Gifts and Gratuities ................................................................................................. 26
Illegal Activity ........................................................................................................ 27
Insubordination ....................................................................................................... 27
Misuse of Property .................................................................................................. 27
Off-Duty Use of Facilities ...................................................................................... 27
Off-Duty Social and Recreational Activities .......................................................... 27
Outside Employment ............................................................................................... 27
Personal Dress and Appearance .............................................................................. 28
Personal Mail ........................................................................................................... 28
Personal Telephone Calls and Visits ....................................................................... 28
Poor Performance .................................................................................................... 28
Romantic or Sexual Relationships with Other Employees ..................................... 29
Smoking ................................................................................................................... 29
Solicitation - Distribution Policy ............................................................................ 29
Theft  29
Workplace Violence Policy ..................................................................................... 29
Weapons in the Workplace ...................................................................................... 30
Workplace Bullying Prevention Policy ................................................................... 30
Background Screening ............................................................................................. 33
Bulletin and Message Boards .................................................................................. 33
Company Key ........................................................................................................... 33
Company Vehicles & Safe Driving .......................................................................... 33
Conflicts of Interest ................................................................................................ 34
Hazardous and Toxic Materials .............................................................................. 34
Housekeeping .......................................................................................................... 34
Meetings .................................................................................................................. 34
Parking ..................................................................................................................... 35
Personnel Records ................................................................................................... 35
Safety 35
Searches and Inspections ......................................................................................... 35
Technology and Information .......................................................................................... 36
Mobile and Electronic Devices ............................................................................... 36
Information Technology ........................................................................................... 37
Protection of the Company's Trade Secrets and Confidential Information ............. 40
Social Media ............................................................................................................ 42
Unauthorized Interviews ......................................................................................... 43
Changes in Status .......................................................................................................... 43
Changes in Personnel Records ................................................................................ 43
Outside Inquiries Concerning Employees ............................................................... 44
Notice of Resignation .............................................................................................. 44
Exit Interview .......................................................................................................... 44
To Sum It All Up ..................................................................................................... 44
Employee Acknowledgment and Agreement ................................................................. 45

# Purpose of This Employee Handbook

This handbook is designed to acquaint you with Southern Roofing and Renovations LLC (the "Company") and provide a reference for many of your questions regarding your employment with us.

The contents of this handbook are only a summary of the employee benefits, practices, and policies in effect at the time of publication. The Company retains the right to add, modify, or delete policies, benefits, wages, and all other working conditions as it deems appropriate without obtaining another person's consent or agreement. Therefore, other than the at-will agreement contained in the Employee Acknowledgment and Agreement at the end of this handbook, this handbook should not be construed as creating any kind of "employment contract."

As provided in the Employee Acknowledgment and Agreement, employment at the Company is at-will and may be terminated by either the Company or the employee, with or without cause or prior notice. This handbook supersedes any and all prior handbooks, written documents, or oral representations that contradict the at-will nature of your employment. Your status as an "at-will" employee may not be changed except in writing signed by the Chief Operating Officer of the Company.

# Let's Communicate

## Employee Relations Philosophy

We are dedicated to continuing what we believe to be an excellent relationship with our employees. We will do our best to maintain good working conditions, competitive wages and benefits, open communications, and employee involvement. We know that the Company's success and reputation is a direct result of the loyalty, commitment, and continued efforts of our employees. We will continue to look to our employees for ideas about how to improve all areas of our business in areas like customer service, safety, efficiency, and employee relations.

## If You Have a Question

We encourage you to discuss any questions or concerns regarding this handbook or any work-related issues with us. We cannot address any of your questions or concerns unless we know about them.

If you have a problem, please speak with your immediate supervisor as soon as possible. Your immediate supervisor is the person responsible for what takes place in your immediate work area and may be in the best position to help you.

If you prefer not to speak with your immediate supervisor, or if you feel your immediate supervisor cannot or has not satisfactorily resolved the issue, contact the Human Resources Department. Finally, if you still feel the need to speak to other

members of management, we encourage you to contact Compliance or any Board member directly.

If you have a complaint of harassment or discrimination, or you require a reasonable accommodation, please refer to the Equal Employment Opportunity Policy or the Policy Against Unlawful Harassment, Discrimination, and Retaliation in this handbook.

The Company takes all employee concerns and problems seriously. We will work to address your concern and/or resolve your problem as soon as possible. You are encouraged to utilize this procedure without fear of retaliation.

# What You Can Expect From Us

## Introductory Period

For every new employee, including rehires, the first ninety (90) days of employment is an introductory period. During this time, your job performance, attendance, and overall interest in your job will be assessed. Employees who fail to demonstrate the expected performance, commitment, and attitude may be terminated during or upon the completion of the introductory period. However, completion of the introductory period does not change or alter the "at-will" employment relationship. You and the Company continue to have the right to terminate your employment at any time, with or without cause or notice.

.

## Equal Employment Opportunity Policy

We are committed to providing equal employment opportunities to all employees and applicants without regard to race, religion (including religious dress and grooming practices), color, sex (including childbirth, breast feeding, and related medical conditions), gender identity, sexual orientation, national origin, citizenship status, uniform service member status, pregnancy, age (40 and over), genetic information, disability (mental and physical), creed, National Guard membership, off-duty tobacco use, political activities, exercising or failing to exercise the right to vote, serving on a jury, or any other protected status in accordance with all applicable federal, state, and local laws.

This policy extends to all aspects of our employment practices including, but not limited to, recruiting, hiring, discipline, termination, promotions, transfers, compensation, benefits, training, leaves of absence, and other terms and conditions of employment.

## Reasonable Accommodations

The Company is committed to complying with all laws protecting qualified individuals with disabilities or known limitations due to pregnancy, childbirth, or a

FILED: NEW YORK COUNTY CLERK 06/25/2025 11:51 AM
NYSCEF DOC. NO.

INDEX NO. 653837/2025
RECEIVED NYSCEF: 06/25/2025

Case 1:25-cv-05319-LJL    Document 2-6    Filed 06/26/25    Page 7 of 49

related medical condition (including, but not limited to, breastfeeding), as well as employees' religious beliefs and practices. This policy extends to all aspects of our employment practices including, but not limited to, recruiting, hiring, discipline, termination, promotions, transfers, compensation, benefits, training, leaves of absence, and other terms and conditions of employment. The Company will provide a reasonable accommodation for any known physical or mental disability of a qualified individual; medical needs arising from pregnancy, childbirth, or a related medical condition; and/or employees' religious beliefs and practices, provided the requested accommodation does not create an undue hardship for the Company and/or does not pose a direct threat to the health or safety of others in the workplace and/or to the individual.

If you require an accommodation to perform the essential functions of your job; to meet medical needs arising from pregnancy, childbirth, or a related medical condition; and/or for your religious beliefs or practices, please notify the Human Resources Department. Once the Company is aware of the need for an accommodation, the Company will engage in an interactive process to identify possible accommodations.

If you believe that you have been treated in a manner not in accordance with these policies, please notify the Company immediately by speaking to the Human Resources Department. You are encouraged to utilize this procedure without fear of retaliation.

## Policy Against Unlawful Harassment, Discrimination, and Retaliation

The Company is committed to providing a work environment that is free of unlawful harassment, discrimination, and retaliation. In furtherance of this commitment, the Company strictly prohibits all forms of unlawful discrimination and harassment, including: discrimination or harassment on the basis of race, religion (including religious dress and grooming practices), color, sex (including childbirth, breast feeding, and related medical conditions), gender identity, sexual orientation, national origin, citizenship status, uniform service member status, pregnancy, age (40 and over), genetic information, disability (mental and physical), creed, National Guard membership, off-duty tobacco use, political activities, exercising or failing to exercise the right to vote, serving on a jury, or any other category protected by applicable federal, state, or local law.

The Company's policy against unlawful harassment, discrimination, and retaliation applies to all employees, including supervisors and managers. It also applies to all customers, vendors, and independent contractors (all of whom are designated for the terms of this policy as "Business Associates"). The Company prohibits managers, supervisors, and employees from harassing subordinates or co-workers as well as the Company's Business Associates. Any such harassment will subject an employee to disciplinary action, up to and including immediate termination. The Company likewise prohibits its Business Associates from harassing our employees.

<u>Examples of Prohibited Sexual Harassment</u>: Sexual harassment includes a broad spectrum of conduct including harassment based on sex, gender identity, or sexual

FILED: NEW YORK COUNTY CLERK 06/25/2025 11:51 AM
NYSCEF DOC. NO.

INDEX NO. 653837/2025

RECEIVED NYSCEF: 06/25/2025

Case 1:25-cv-05319-LJL   Document 2-6   Filed 06/26/25   Page 8 of 49

orientation. By way of illustration only, and not limitation, some examples of unlawful and unacceptable behavior include:

- Unwanted sexual advances or flirtation;

- Offering an employment benefit (such as a raise or promotion) in exchange for sexual favors, or threatening an adverse action (such as termination or demotion) for an employee's failure to engage in sexual activity;

- Visual conduct, such as leering, making sexual gestures, and displaying or posting sexually suggestive objects or images;

- Verbal sexual advances, propositions, requests, or comments;

- Electronically sending or posting sexually-related text messages, videos, or images;

- Verbal abuse of a sexual nature, graphic verbal comments about an individual's appearance or anatomy, sexually degrading words used to describe an individual, and suggestive or obscene letters, notes, or invitations;

- Physical conduct, such as touching, kissing, groping, assault, or blocking movement;

- Physical or verbal abuse concerning an individual's gender identity; and

- Verbal abuse concerning a person's characteristics such as pitch of voice, facial hair or the size or shape of a person's body, including remarks regarding an individual's masculinity or femininity.

<u>Other Examples of What Constitutes Prohibited Harassment</u>: In addition to the above listed conduct, the Company strictly prohibits harassment concerning any other protected characteristic. By way of illustration only, and not limitation, such prohibited harassment includes:

- Racial or ethnic slurs, insults, and any other offensive remarks based on a protected characteristic;

- Jokes, whether written, verbal, or electronic, that are based on a protected characteristic;

- Mocking or ridiculing another's religious or cultural beliefs, practices, or manner of dress;

- Threats, intimidation, horseplay, or other menacing behavior that are based on a protected characteristic;

- Inappropriate verbal, graphic, or physical conduct, including practical jokes based on a protected characteristic;

- Electronically sending or posting harassing text messages, videos, or images; and

- Other harassing conduct based on one or more of the protected characteristics identified in this policy.

If you have any questions about what constitutes prohibited harassing behavior, ask your supervisor or the Human Resources Department.

<u>Prohibition Against Retaliation</u>: The Company is committed to prohibiting retaliation against those who report, oppose, or participate in an investigation of alleged unlawful harassment, discrimination, or other wrongdoing in the workplace. By way of example only, participating in such an investigation includes, but is not limited to:

- Filing a complaint with a federal or state enforcement or administrative agency;

- Participating in or cooperating with a federal or state enforcement agency conducting an investigation of the Company regarding alleged unlawful activity;

- Testifying as a party, witness, or accused regarding alleged unlawful activity;

- Making or filing an internal complaint with the Company regarding alleged unlawful activity;

- Providing notice to the Company regarding alleged unlawful activity;

- Assisting another employee who is engaged in any of these activities.

The Company is further committed to prohibiting retaliation against qualified employees who request a reasonable accommodation for any known physical or mental disability and employees who request a reasonable accommodation of their religious beliefs and practices.

## Harassment, Discrimination, or retaliation reporting process

If you feel that you are being or have been harassed, discriminated against, or retaliated against in violation of this policy by any employee, supervisor, manager, or Business Associate of the Company, you should immediately report it to your manager or supervisor or to the Human Resources Department as follows:

- In person, at the Human Resources Department;

- By telephone, at 901-616-7718; or

- By e-mail, at HRDirector@southernrnrcorp.com or ComplianceDirector@southernrnrcorp.com.

 In addition, if you observe harassment by another employee, supervisor, manager, or Business Associate, please report the incident immediately as indicated above.

Supervisors who receive any complaint of harassment, discrimination, or retaliation must promptly report such complaint to the Human Resources Department.

Your notification of the problem is essential to us. We cannot help resolve a harassment problem unless we know about it. Therefore, it is your responsibility to bring your concerns and/or problems to our attention, so we can take appropriate steps to address the situation. The Company takes all complaints of unlawful harassment seriously and will not penalize you or retaliate against you in any way for reporting a harassment problem in good faith.

All complaints of unlawful harassment which are reported to management will be investigated as promptly as possible by an impartial and qualified person and, upon conclusion of such investigation, appropriate corrective action will be taken where warranted. The Company prohibits employees from refusing to cooperate with internal investigations and the internal complaint procedure. All complaints of unlawful harassment reported to management will be treated as confidentially as possible, consistent with the Company's need to conduct an adequate investigation.

**Violation of this policy will subject an employee to disciplinary action, up to and including immediate termination.** Moreover, any supervisor or manager who condones or ignores potential violations of this policy will be subject to appropriate disciplinary action, up to and including termination.

# Timekeeping and Payroll Practices

## Employee Classification

### Full-Time Employees

Full-time employees are those normally scheduled to work at least thirty (30) hours per week, as determined by the Company in its sole discretion. "Full-time" is a general employee classification used by the Company for a variety of purposes. Employees not classified by the Company as "full-time" may still be eligible for medical insurance coverage, depending on their position and hours of service. Consult the applicable plan document for all information regarding eligibility, coverage, and benefits. The plan document ultimately governs your entitlement to benefits.

### Part-Time Employees

Part-time employees are those normally scheduled to work fewer than thirty (30) hours per week, as determined by the Company in its sole discretion.

### Temporary Employees

Temporary employees are those employed to work seasonally, on special projects for short periods of time, or on a "fill-in" basis. These positions are *not* intended to be a part of continuing operations. The employment status of temporary employees will not be changed due to an extension of employment in excess of that originally planned. Unless otherwise required by applicable law, temporary employees are not eligible for Company benefits, and temporary employees remain employed at will at all times.

### Non-Exempt Employees

Non-exempt employees include all employees who are covered by the overtime provisions of the Fair Labor Standards Act and state law.

### Exempt Employees

Exempt employees include all employees who are classified by the Company as exempt from the overtime provisions of the Fair Labor Standards Act and state law.

If you have any questions concerning your employee classification or the benefits for which you qualify, please consult **the Human Resources Department** or the applicable benefit plan document.

## Your Pay

We offer direct deposit of employee paychecks to all employees who provide a written authorization for direct deposit and we encourage employees to enroll in our direct deposit program.

We distribute paychecks and issue direct deposits on the Friday following each pay period. If the scheduled payday falls on a weekend or holiday, paychecks will generally be distributed on the preceding/following business day. Any questions about the amount of your pay or deductions should be brought to the attention of the Human Resources Department immediately.

## Timekeeping Procedures

Our workweek starts on Saturday at 12:00 midnight and runs through Friday at 11:59 p.m.

Unless otherwise notified, you are required to accurately record your hours of work. [ Accurately recording all of your time is required in order to be sure that you are paid for all hours worked as required by the wage and hour laws.

Working "off the clock" is strictly prohibited. If any manager or supervisor directs you to, or suggests that you should, perform work while not "on the clock," you must notify the Human Resources Department immediately. Similarly, non-exempt employees are not permitted to perform work after hours or from home without specific direction from

their supervisor. In the event such work is authorized, all time spent working must be reported on the employee's time record.

Your obligation to accurately record all hours worked does not relieve you of your obligation to obtain advance approval from your supervisor *before* working overtime or hours beyond your regular work schedule. Employees who work overtime or off-schedule hours without prior authorization by their supervisor are subject to disciplinary action, up to and including termination of employment.

Any changes or corrections to your time records must be approved by you and your Department Manager. Under no circumstances may any employee record another employee's time.

## Overtime and Work Schedule

The Company may periodically schedule overtime work in order to meet business needs. We will attempt to give as much advance notice as possible, and we expect that all employees who are scheduled to work overtime will be at work. Otherwise, all overtime work must be pre-approved by your supervisor. Working overtime without your supervisor's approval may result in disciplinary action, up to and including termination.

Your supervisor will inform you of the hours you are to work. Due to changing business needs, your actual work schedule may vary from time to time. If it does, you will be notified by your supervisor. Management retains the right to reassign employees to a different shift where it is necessary for the efficient operation of the Company.

## Meal Periods

Except for certain exempt employees, all employees who work six (6) or more consecutive hours in a day are required to take a thirty (30) minute duty-free meal period. These meal periods must be scheduled after the first hour of work. Employees are completely relieved of their job responsibilities during their meal periods. For this reason, employees must clock in and out for their meal periods or record the beginning and ending time of the meal period on their timesheet every day. Employees may be required to sign a certification providing, among other things, that they have taken all of their daily meal periods during the relevant pay period.

## Lactation Accommodations

The Company will provide a reasonable amount of break time to accommodate an employee's need to express breast milk for the employee's infant child. The break time should, if possible, be taken concurrently with meal and/or rest periods already provided. Non-exempt employees should clock out for additional lactation breaks that do not run concurrently with normally scheduled meal and/or rest periods.

The Company additionally will provide employees needing to express breast milk with a room or place, other than a restroom, to express breast milk in private. Consult the Human Resources Department with any questions regarding this policy.

# Company Benefits

The Company provides the following benefits to eligible employees. The Company reserves the right to terminate or modify these plans at any time for any reason.

## Paid Holidays

After completion of the introductory period, full-time employees will receive these specific holidays off with pay any time they fall on a normally scheduled work day for the employee. Each calendar year the Company will distribute a schedule of the year's holidays. However, the Company reserves the right to change or eliminate paid holidays with prior notice. The following are generally the paid holidays:

New Year's Day
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Christmas Day

Some departments may be open on a holiday due to business necessity. Employees will be given as much advance notice as possible if they are required to work on a holiday. Non-exempt employees asked to work on a holiday will receive their normal rate of pay for work performed on a holiday. Exempt employees will not receive additional holiday pay but rather will be paid their regular salary for the week in which a holiday falls.

In addition to the above-referenced holidays, all Tennessee employees who are former members of the armed forces of the United States, or current or former members of a reserve or Tennessee National Guard unit who were called into active military service of the United States, will be provided with [unpaid/paid] time off to celebrate Veterans Day on November 11 each year. Employees requesting time off under this policy must provide the Company with written notice of their request at least one (1) month in advance and proof of veteran or service member status. The Company, in its sole discretion, may deny an employee's requests for time off under this policy if the requesting employee's absence, alone or on combination with other employees' time off under this policy, would impact public health or safety or cause significant economic or operational disruption to the Company.

## Paid Vacation

The Company provides Paid Time Off (PTO) to all regular full-time employees to be used for any type of leave – personal time, sick time, and vacation. PTO balances are updated at the beginning of each calendar year. No days may be carried over to the next calendar year. Unused PTO is not paid out upon termination unless required by state or

local laws. PTO may not be taken in an employee's first 90 days or after an employee has resigned without permission from the Branch Manager and Human Resources.

| Years Of Service | PTO awarded |
|---|---|
| First calendar year | 15 days, prorated by start date |
| Calendar years 2-6 | 15 days |
| Calendar years 7 + | 20 days |

Vacations must be scheduled and approved by your supervisor with as much notice as possible. Also, the Company, at its sole discretion, may require you to take your vacation at a particular time, and may also refuse your application for vacation where business needs dictate. Employees who are out on a leave of absence do not accrue PTO while they are on leave. Unless otherwise required by state or local law, the Company does not payout accrued but unused vacation when an employee leaves the Company.

## Workers' Compensation Insurance

The Company pays the entire amount of its Workers' Compensation insurance premium, which provides benefits to employees who experience injury or illness that arises out of the course and scope of employment. It is essential that you report all work-related accidents, injuries, and illnesses immediately. It is unlawful to knowingly file a false or fraudulent claim for Workers' Compensation benefits, or to knowingly submit false or fraudulent information in connection with any Workers' Compensation claim. Such conduct is also against Company policy and will result in disciplinary action, up to and including termination of employment. Managers are required to report all injuries that require treatment and/or lost time to HR on the business day in which they are informed of the injury.

## Training and Educational Assistance

You may be given the opportunity to attend training or educational programs in the course of your employment. The Company may reimburse you for the cost and certain expenses associated with attending an approved training or educational course. To receive reimbursement, you must (1) receive advanced written authorization from the Human Resources Department to attend the course and (2) successfully complete the course.

You should contact the Human Resources Department before registering for any training or other educational course to learn whether the program will be covered under the Company's policy. The Company is not responsible for the payment or reimbursement of any costs or expenses associated with your attendance at any training or educational course if you fail to receive advance written authorization or you fail to successfully complete the course.

# Leaves of Absence

## Jury Duty

If you receive a jury duty summons, please notify your supervisor immediately so your supervisor may plan the department's work with as little disruption as possible.

Employees summoned for jury duty will be excused from work for the day if jury duty on that day exceeds three (3) hours. Except as otherwise required by state, county, or city ordinances, non-exempt employees who are required to appear for jury duty on a regularly scheduled workday will be paid the difference between their regular pay and the total amount received for jury service. Non-exempt employees who have been employed by the Company on a temporary basis for less than six (6) months will be provided with unpaid leave. Exempt employees will continue to receive their regular salary for any week in which they perform any work while on jury duty, pursuant to state and federal law.

Employees who are released from jury service before the end of their regularly scheduled shift and jury duty on that day does not exceed three (3) hours or who are not asked to serve on a jury panel are expected to call their supervisor as soon as possible and report to work if requested.

## Voting Leave

The Company provides employees with the opportunity to vote in any state or federal election. Employees whose work schedules do not provide at least three (3) consecutive hours during which the polls are open to vote will be provided up to three (3) hours of time off without loss of pay to vote. Employees requesting leave under this policy should provide notice to the Human Resources Department by no later than noon (12:00 p.m.) the day before election day.

## Voting Machine Technician Leave

The Company provides unpaid leave to full-time employees who are appointed by a county election commission as a voting machine technician for the day or days when they are required to attend to voting technician technical duties. Employees requesting leave under this policy should provide advance notice, including appropriate documentation in support of their request and dates of the required service, to the Human Resources Department.

## Volunteer Firefighter Leave

The Company provides reasonable and necessary unpaid leave to employees who are active volunteer firefighters to respond to fire calls during regular hours of employment. Additionally, employees who are active volunteer firefighters and who worked for more than four (4) hours the prior day or night as a volunteer firefighter in an emergency may be permitted to take off the next scheduled work period within twelve (12) hours following such emergency as a vacation day or sick leave day without the loss

of pay. If the employee is not entitled to a vacation day or sick leave day, then the employee may be permitted to take off such work period without pay.

Employees must notify the Human Resources Department as soon as possible of the need to respond to a fire call.

The Company may require employees to submit a written statement from the chief of the volunteer fire department verifying that the time off was used to respond to a fire or serve in an on-call capacity.

Leave under this policy is generally unpaid. However, employees may elect to use their accrued but unused paid leave. To use paid leave, an eligible employee must comply with the Company's normal procedures for the applicable paid leave policy (e.g., call-in procedures, advance notice).

## Volunteer Rescue Squad Leave

The Company provides reasonable and necessary unpaid leave to employees who serve as volunteer rescue squad workers to respond to a qualified emergency.

Employees must make a reasonable effort to notify the Human Resources Department prior to their scheduled shift of the call to respond to a qualified emergency. Upon return, employees should provide appropriate certification from a supervisor or acting supervisor of the rescue squad that includes the date and time of service and that confirms the volunteer was active and necessary for the emergency response.

Leave under this policy is generally unpaid. However, employees may elect to use their accrued but unused paid leave. To use paid leave, an eligible employee must comply with the Company's normal procedures for the applicable paid leave policy (e.g., call-in procedures, advance notice).

## Military Leave of Absence

Employees who require time off from work to fulfill military duties will be treated in accordance with applicable requirements of state and federal laws. You are expected to notify the Company in advance of upcoming military duty by providing your supervisor with verbal or written notice as soon as possible.

## Civil Air Patrol Leave

The Company provides unpaid leave to eligible employees who serve as a member of the Tennessee Army and Air National Guard on active duty, the Tennessee State Guard, or Civil Air Patrol and who are called to duty or training.

Employees must give as much notice as possible of the need for leave. Employees must notify the Human Resources Department of any updates or changes in the employee's status while on leave or anticipated return to work. Employees should provide certification of eligibility when requesting leave under this policy.

## Medical Leave of Absence

Employees who are ineligible for leave under the federal Family and Medical Leave Act as provided below, or who have exceeded their leave allotment under this law, are nonetheless eligible for medical leave according to the following policy.

Employees are eligible for unpaid leaves of absence for medical reasons. Medical reasons may include illness, injury, medical and surgical procedures, and related medical conditions. You must request a leave of absence if you will be unable to work for medical reasons for a period in excess of three (3) consecutive days. Such requests are subject to management approval and must be made as soon as possible. Each request must be accompanied by a certification from your treating physician or Company approved physician which states that you are unable to work and provides the duration of leave that you require. The Company reserves the right to have employees on a medical leave of absence examined by a physician of the Company's choice. The Company may require periodic physician's verification of your inability to work. Misrepresenting the reason for applying for a leave of absence may result in disciplinary action, up to and including termination.

During a medical leave of absence, the Company's medical insurance plan documents will determine whether you and your eligible dependents may continue your health insurance coverage under the Company's plan. If you remain eligible for such coverage you must pay your share of the premium the same as if you continued working. If you are not eligible to continue coverage under the Company's plan you will be issued a COBRA notice and given the option of continuing coverage at your own expense. The plan document ultimately governs your eligibility for and entitlement to these benefits.

The duration of a medical leave of absence will depend not only on the length of time your doctor certifies you need but also how much time can be provided as a reasonable accommodation without your absence causing the Company to suffer an undue hardship. Upon your return from a medical leave of absence, we will attempt to return you to your regular job if it is available. If it is not available, you will be placed in a similar job for which you are deemed by management to be qualified if such a job is available. If no jobs are available at the time, you will be given preferential consideration for any position for which you apply and for which you are deemed by management to be qualified following your notifying the Company in writing that you are ready and able to return to work.

Failure to report to work as scheduled following a leave of absence without notifying the Company of your need for additional leave can result in dismissal. Employees who are out on leaves of absence will not accrue such benefits as vacation or holiday pay during their leaves of absence.

You should speak directly with the Human Resources Department prior to taking a leave to ensure your understanding of all of your obligations to the Company while on leave, such as reporting and verification obligations, and your obligations to pay health insurance premiums, if applicable. Failure to comply with Company policy may

substantially affect your ability to return to work and/or result in the loss of health insurance coverage.

### Other Employment

While on a leave of absence, employees are prohibited from holding other employment, including self-employment, not held immediately prior to the start of the leave. In other words, an employee who has another job in addition to the employee's job with the Company may continue working that job while on leave from the Company if medically able to do so, but such an employee may not seek and hold other employment to replace the employee's employment with the Company while on leave. This policy remains in force during all leaves of absence including a medical leave and violation may result in disciplinary action, up to and including immediate termination of employment.

### Fraud

Providing false or misleading information or omitting material information in connection with any medical leave will result in disciplinary action, up to and including immediate termination.

## Family and Medical Leave Act

The Family and Medical Leave Act ("FMLA") provides eligible employees the opportunity to take unpaid, job-protected leave for certain specified reasons. The maximum amount of leave you may use is either twelve (12) or twenty-six (26) weeks within a twelve (12) month period depending on the reasons for the leave.

### Employee Eligibility

To be eligible for FMLA leave, you must:

- Have worked at least twelve (12) months for the Company in the preceding seven (7) years (limited exceptions apply to the seven (7) year requirement);

- Have worked at least 1,250 hours for the Company over the twelve (12) months preceding the date your leave would begin; and

- Currently work at a location where there are at least fifty (50) employees within seventy-five (75) miles.

All periods of absence from work due to or necessitated by service in the uniformed services are counted in determining FMLA eligibility.

### Reasons for Taking Leave

FMLA leave may be taken for the following reasons:

- Birth of an employee's child, including time for bonding with the child after birth (up to twelve (12) weeks). Such time is available to employees regardless of sex or gender.

- Placement of a child with an employee in connection with the adoption or foster care of the child by the employee (up to twelve (12) weeks). Such time is available to employees regardless of sex or gender.

- To care for an immediate family member (employee's spouse, child, or parent) with a serious health condition (up to twelve (12) weeks).

- Because of an employee's serious health condition that makes the employee unable to perform the functions of the employee's position (up to twelve (12) weeks).

- To care for a Covered Servicemember with a serious injury or illness related to certain types of military service (up to twenty-six (26) weeks) (see Military-Related FMLA Leave for more details).

- To handle certain qualifying exigencies arising out of the fact that the employee's spouse, son, daughter, or parent is on duty under a call or order to active duty in the Uniformed Services (up to twelve (12) weeks) (see Military-Related FMLA Leave for more details).

The maximum amount of leave that may be taken in a twelve (12) month period for all reasons combined is twelve (12) weeks, with one exception. For leave to care for a Covered Servicemember, the maximum combined leave entitlement is twenty-six (26) weeks, with leaves for all other reasons constituting no more than twelve (12) of those twenty-six (26) weeks.

### Definitions

A "Serious Health Condition" is an illness, injury, impairment, or physical or mental condition that involves either (i) an overnight stay in a medical care facility, or (ii) continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities for more than three (3) full calendar days. The continuing treatment requirement includes two (2) visits to a health care provider or one (1) visit to a health care provider and a continuing regimen of care. An incapacity caused by pregnancy or prenatal visits, a chronic condition (such as asthma, diabetes or migraines) that continues over an extended period of time and requires periodic visits (at least two (2) per year) to a health care provider, permanent or long-term conditions requiring supervision but not active treatment by a health care provider, or absences due to multiple treatments ordered by a health care provider may also meet the definition of a Serious Health Condition.

### Identifying the 12-Month Period

The Company measures the twelve (12) month period in which leave is taken by the "rolling" twelve (12) month method, measured backward from the date of any FMLA leave with one exception. For leave to care for a Covered Servicemember, the Company calculates the twelve (12) month period beginning on the first day the eligible employee takes FMLA leave to care for a Covered Servicemember and ends twelve (12) months after that date.

### Using Leave

Eligible employees may take FMLA leave in a single block of time, intermittently (in separate blocks of time), or by reducing the normal work schedule (including the elimination of required overtime) when medically necessary for the serious health condition of the employee or immediate family member, or in the case of a Covered Servicemember, their injury or illness. Eligible employees may also take intermittent or reduced-schedule leave for military qualifying exigencies. Employees who require intermittent or reduced-schedule leave for planned medical treatment must make a reasonable effort to schedule their leave so that it will not unreasonably disrupt the Company's operations. Intermittent leave is permitted in increments of at least one (1) hour.

FMLA leave for the birth or placement of a child for adoption or foster care must be concluded within twelve (12) months of the birth or placement.

### Use of Paid Leave

Depending on the purpose of your leave request, the Company may require you to use accrued paid leave (such as sick leave, vacation, or PTO), concurrently with some or all of your FMLA leave. If the Company does not require you to do so, you may elect to substitute paid leave for FMLA leave, so long as you comply with the Company's normal procedures for the applicable paid-leave policy (e.g., call-in procedures, advance notice, etc.). Additionally, depending on the purpose of your leave request, you may choose to take leave pursuant to a short- or long-term disability leave plan, during the otherwise unpaid portion of your FMLA leave. This paid disability leave runs concurrently with FMLA leave, and may continue longer than the FMLA leave if permitted by the disability leave plan.

### Maintenance of Health Benefits

The Company will maintain coverage under the Company's group health plan during your FMLA leave on the same terms as if you had continued to work. If applicable, you must make arrangements to pay your share of health plan premiums while on leave. In some instances, the Company may recover premiums it paid to maintain health coverage or other benefits for you and your family. Use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of your leave. Consult the applicable plan document for all information regarding eligibility, coverage and benefits.

### Notice and Medical Certification

When seeking FMLA leave, you must provide:

- Sufficient information for us to determine if the requested leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that you are unable to perform job functions, a family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. You must also inform the Company if the requested leave is for a reason for which FMLA leave was previously taken or certified.

- Thirty (30) days advance notice of the need to take FMLA leave, if the need for leave is foreseeable, or notice as soon as practicable in the case of unforeseeable leave and in compliance with the Company's normal call-in procedures, absent unusual circumstances.

- Medical certification supporting the need for leave due to a serious health condition affecting you or an immediate family member within fifteen (15) calendar days of the Company's request to provide the certification (additional time may be permitted under certain circumstances). If you fail to do so, the Company may delay the commencement of your leave, withdraw any designation of FMLA leave or deny the leave, in which case your leave of absence would be treated in accordance with our standard leave of absence and attendance policies, subjecting you to disciplinary action, up to and including termination. Second or third medical opinions and periodic re-certifications may also be required.

- Periodic reports as deemed appropriate during the leave regarding your status and intent to return to work.

- Medical certification of fitness for duty before returning to work, if the leave was due to your serious health condition, as permitted by law. The Company will require this certification to address whether you can perform the essential functions of your position.

Failure to comply with the above requirements may result in delay, denial of leave, or disciplinary action.

### Employer Responsibilities

The Company will inform you whether you are eligible for leave under the FMLA. Should you be eligible for FMLA leave, the Company will provide a notice that specifies any additional information required as well as your rights and responsibilities. The Company will also inform you if leave will be designated as FMLA-protected and, to the extent possible, note the amount of leave counted against your leave entitlement. If you are not eligible for FMLA leave, the Company will provide a reason for the ineligibility.

### Job Restoration

Except as otherwise provided by applicable law, upon returning from FMLA leave, you will be restored to the same or a comparable position as the position held prior to the leave.

### Failure to Return after FMLA Leave

If you fail to return to work as scheduled after FMLA leave or you exceed the twelve (12) week FMLA entitlement (or in the case of military caregiver leave, the twenty-six (26) week FMLA entitlement), you will be subject to the Company's standard leave of absence and attendance policies. This may result in termination if you have no other Company-provided leave available to you that applies to your continued absence. Likewise, following the conclusion of your FMLA leave, the Company's obligation to maintain your group health plan benefits may end (subject to any applicable COBRA rights). If you are unable to return to work after FMLA leave, you must notify the Human Resources Department. If the Company becomes aware of the need for additional leave, the Company will engage in an interactive process to determine whether the condition is a disability for which additional unpaid leave may be provided as a reasonable accommodation.

### Other Employment

While on a leave of absence, employees are prohibited from holding other employment, including self-employment, not held immediately prior to the start of the leave. In other words, an employee who has another job in addition to the employee's job with the Company may continue working that job while on leave from the Company if medically able to do so, but such an employee may not seek and hold other employment to replace the employee's employment with the Company while on leave. This policy remains in force during all leaves of absence including FMLA leave and violation may result in disciplinary action, up to and including immediate termination of employment.

### Fraud

Providing false or misleading information or omitting material information in connection with an FMLA leave will result in disciplinary action, up to and including immediate termination.

## Military-Related FMLA Leave

FMLA leave may also be available to eligible employees in connection with certain service-related medical and non-medical needs of family members. There are two forms of such leave. The first is Military Caregiver Leave, and the second is Qualifying Exigency Leave. Each of these leaves is detailed below.

### Definitions

A "Covered Servicemember" is either: (1) a current Servicemember of the Armed Forces, including a member of the National Guard or Reserves, with a serious injury or illness incurred in the line of duty for which the Servicemember is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list; or (2) a "covered veteran" who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness.

A "covered veteran" is an individual who was discharged under conditions other than dishonorable during the five (5) year period prior to the first date the eligible employee takes FMLA leave to care for the covered veteran. The period between October 28, 2009 and March 8, 2013 is excluded in determining this five (5) year period.

The FMLA definitions of "serious injury or illness" for current Servicemembers and veterans are distinct from the FMLA definition of "serious health condition." For purposes of Military-Related FMLA Leave, the term "serious injury or illness" means an injury or illness incurred by the Servicemember in the line of duty while on active duty in the Armed Forces that may render the Servicemember medically unfit to perform the duties of the Servicemember's office, grade, rank, or rating, or one that existed before the beginning of active duty and was aggravated by service in the line of duty while on active duty.

With regard to covered veterans, the serious injury or illness may manifest itself before or after the individual assumed veteran status, and is: (1) a continuation of a serious injury or illness that was incurred or aggravated when the covered veteran was a member of the Armed Forces and rendered the Servicemember unable to perform the duties of the Servicemember's office, grade, rank or rating; (2) a physical or mental condition for which the covered veteran has received a VA Service Related Disability Rating (VASRD) of 50 percent or greater and such VASRD rating is based, in whole or in part, on the condition precipitating the need for caregiver leave; (3) a physical or mental condition that substantially impairs the veteran's ability to secure or follow a substantially gainful occupation by reason of a disability or disabilities related to military service or would be so absent treatment; or (4) an injury, including a psychological injury, on the basis of which the covered veteran has been enrolled in the Department of Veterans Affairs Program of Comprehensive Assistance for Family Caregivers.

"Qualifying exigencies" include activities such as short-notice deployment, military events, arranging alternative childcare, making financial and legal arrangements related to the deployment, rest and recuperation, counseling, parental care, and post-deployment debriefings.

### Military Caregiver Leave

Unpaid Military Caregiver Leave is designed to allow eligible employees to care for certain family members who have sustained serious injuries or illnesses in the line of duty while on active duty. The family member must be a "Covered Servicemember," which means: (1) a current member or veteran of the Armed Forces, National Guard or Reserves, (2) who is undergoing medical treatment, recuperation, or therapy or, in the case of a veteran, who was a member of the Armed Forces, National Guard or Reserves, who was

discharged or released under conditions other than dishonorable at any time within five years prior to the treatment which an eligible employee requests; is otherwise in outpatient status; or is otherwise on the temporary disability retired list, (3) for a serious injury or illness that may render current member medically unfit to perform the duties of the member's office, grade, rank, or rating. Military Caregiver Leave is not available to care for Servicemembers on the *permanent* disability retired list. Serious injury or illness specifically includes, but is not limited to, aggravation of a preexisting condition while in the line of duty.

To be eligible for Military Caregiver Leave, you must be a spouse, son, daughter, parent, or next of kin of the Covered Servicemember. "Next of kin" means the nearest blood relative of the Servicemember, other than the Servicemember's spouse, parent, son, or daughter, in the following order of priority: blood relatives who have been granted legal custody of the Servicemember by court decree or statutory provisions; brothers and sisters; grandparents; aunts and uncles; and first cousins; unless the Servicemember has specifically designated in writing another blood relative as their nearest blood relative for purposes of Military Caregiver Leave. You must also meet all other eligibility standards as set forth within the FMLA Leave policy.

An eligible employee may take up to twenty-six (26) workweeks of Military Caregiver Leave to care for a Covered Servicemember in a "single twelve (12) month period." The "single twelve (12) month period" begins on the first day leave is taken to care for a Covered Servicemember and ends twelve (12) months thereafter, regardless of the method used to determine leave availability for other FMLA-qualifying reasons. If you do not exhaust your twenty-six (26) workweeks of Military Caregiver Leave during this "single twelve (12) month period," the remainder is forfeited.

Military Caregiver Leave applies on a per-injury basis for each Servicemember. Consequently, an eligible employee may take separate periods of caregiver leave for each and every Covered Servicemember, and/or for each and every serious injury or illness of the same Covered Servicemember. A total of no more than twenty-six (26) workweeks of Military Caregiver Leave, however, may be taken within any single twelve (12) month period.

Within the "single twelve (12) month period" described above, an eligible employee may take a combined total of twenty-six (26) weeks of FMLA leave including up to twelve (12) weeks of leave for any other FMLA-qualifying reason (i.e., birth or adoption of a child, serious health condition of the employee or close family member, or a qualifying exigency). For example, during the "single twelve (12) month period," an eligible employee may take up to sixteen (16) weeks of FMLA leave to care for a Covered Servicemember when combined with up to ten (10) weeks of FMLA leave to care for a newborn child.

An employee seeking Military Caregiver Leave may be required to provide appropriate certification from the employee and/or Covered Servicemember and completed by an authorized health care provider within fifteen (15) days. Military Caregiver Leave is subject to the other provisions in our FMLA Leave Policy (requirements regarding employee eligibility, appropriate notice of the need for leave, use

of accrued paid leave, etc.). Military Caregiver Leave will be governed by, and handled in accordance with, the FMLA and applicable regulations, and nothing within this policy should be construed to be inconsistent with those regulations.

### Qualifying Exigency Leave

Eligible employees may take unpaid "Qualifying Exigency Leave" to tend to certain "exigencies" arising out of the duty under a call or order to active duty of a "covered military member" (*i.e.,* the employee's spouse, son, daughter, or parent). Up to twelve (12) weeks of Qualifying Exigency Leave is available in any twelve (12) month period, as measured by the same method that governs measurement of other forms of FMLA leave within the FMLA policy (with the exception of Military Caregiver Leave, which is subject to a maximum of twenty-six (26) weeks of leave in a "single twelve (12) month period"). The maximum amount of "Qualifying Exigency Leave" an employee may utilize to bond with a military member on short-term, temporary rest and recuperation during deployment is fifteen (15) days.

Although Qualifying Exigency Leave may be combined with leave for other FMLA-qualifying reasons, under no circumstances may the combined total exceed twelve (12) weeks in any twelve (12) month period (with the exception of Military Caregiver Leave as set forth above). The employee must meet all other eligibility standards as set forth within the FMLA policy.

Persons who can be ordered to active duty include active and retired members of the Regular Armed Forces, certain members of the retired Reserve, and various other Reserve members including the Ready Reserve, the Selected Reserve, the Individual Ready Reserve, the National Guard, state military, Army Reserve, Navy Reserve, Marine Corps Reserve, Air National Guard, Air Force Reserve, and Coast Guard Reserve.

A call to active duty refers to a *federal* call to active duty, and *state* calls to active duty are not covered unless under the order of the President of the United States pursuant to certain laws.

Qualifying Exigency Leave is available under the following circumstances:

- Short-notice deployment. To address any issue that arises out of short notice (within seven days or less) of an impending call or order to active duty.

- Military events and related activities. To attend any official military ceremony, program, or event related to active duty or a call to active duty status or to attend certain family support or assistance programs and informational briefings.

- Childcare and school activities. To arrange for alternative childcare; to provide childcare on an urgent, immediate need basis; to enroll in or transfer to a new school or daycare facility; or to attend meetings with staff at a school or daycare facility.

- Financial and legal arrangements. To make or update various financial or legal arrangements; or to act as the covered military member's representative before a federal, state, or local agency in connection with service benefits.

- Counseling. To attend counseling (by someone other than a health care provider) for the employee, the covered military member, or for a child or dependent when necessary as a result of duty under a call or order to active duty.

- Temporary rest and recuperation. To spend time with a covered military member who is on short-term, temporary rest and recuperation leave during the period of deployment. Eligible employees may take up to fifteen (15) days of leave for each instance of rest and recuperation.

- Post-deployment activities. To attend arrival ceremonies, reintegration briefings and events, and any other official ceremony or program sponsored by the military for a period of up to ninety (90) days following termination of the covered military member's active duty status. This also encompasses leave to address issues that arise from the death of a covered military member while on active duty status.

- Mutually agreed leave. Other events that arise from the close family member's call or order to active duty, provided that the Company and the employee agree that such leave qualifies as an exigency and agree to both the timing and duration of such leave.

An employee seeking Qualifying Exigency Leave may be required to submit appropriate supporting documentation in the form of a copy of the covered military member's active duty orders or other military documentation indicating the appropriate military status and the dates of active duty status, along with a statement setting forth the nature and details of the specific exigency, the amount of leave needed and the employee's relationship to the military member, within fifteen (15) days. Qualifying Exigency Leave will be governed by, and handled in accordance with, the FMLA and applicable regulations, and nothing within this policy should be construed to be inconsistent with those regulations.

## Bereavement Leave

Full-time employees are eligible to receive up to three (3) days of paid bereavement leave in the event they miss regularly scheduled workdays due to the death or funeral of a member of the employee's immediate family. Immediate family includes your spouse, children, stepchildren, parents, grandparents, grandchildren, brother or sister, or your spouse's parents.

Employees who are notified of a death in their immediate family while at work will be paid for the remainder of the scheduled hours that day. The three (3) day eligibility for paid bereavement leave will not commence until the next regularly scheduled workday

which is lost. All time off in connection with the death of an immediate family member, as defined above, should be scheduled with your supervisor.

# What We Expect of You

This section discusses your responsibilities to the Company as an employee. Please thoroughly familiarize yourself with these policies and apply them in your work.

Violation of any of the basic rules below, the policies in this handbook, or any other policy of the Company or misconduct on your part may lead to disciplinary action, up to and including termination. This list is not all inclusive and there may be other circumstances for which employees may be disciplined, up to and including termination. If you have any questions about what we expect of you as one of our employees, please discuss them with your supervisor.

These rules do not alter the at-will nature of your employment.

# Employee Conduct

## Absenteeism and Tardiness

You are expected to be at work ready to perform your job duties on time each day. Absenteeism or tardiness, even for good reasons, is disruptive of our operations and creates a burden for co-workers. Absenteeism or tardiness can result in disciplinary action, up to and including termination.

If you are going to be late or absent from work for any reason, you must personally notify your supervisor as far in advance as possible so that proper arrangements can be made to handle your work during your absence. Of course, some situations may arise in which prior notice cannot be given. In those circumstances, you are expected to notify your supervisor as soon as possible or practicable.

If you are required to leave work early, you must also personally contact your supervisor and obtain permission. Leaving work early without authorization is strictly prohibited.

When an unexcused absence is due to illness, the Company may require supporting medical documentation in accordance with federal, state, and local law.

Although you may be terminated at any time for failing to report to work without contacting the Company, if you fail to report for work or call in for more than three (3) consecutive calendar days, you may be considered to have abandoned your job and may be terminated.

Case 1:25-cv-05319-LJL    Document 2-6    Filed 06/26/25    Page 28 of 49

# Alcohol and Drug Policy

All employees are prohibited from manufacturing, cultivating, distributing, dispensing, possessing, or using illegal drugs and marijuana (regardless of prescription) or other unauthorized, mind-altering, or intoxicating substances while on Company property (including parking areas and grounds), or while otherwise performing their work duties away from the Company's premises. Included within this prohibition are lawful controlled substances which have been illegally or improperly obtained. This policy does not prohibit the possession and proper use of lawfully prescribed drugs other than marijuana taken in accordance with the prescription.

Employees are also prohibited from having any such illegal or unauthorized controlled substances (and marijuana regardless of prescription) in their system while at work and from having excessive amounts of otherwise lawful controlled substances in their systems. This policy does not apply to the authorized dispensation, distribution, or possession of legal drugs where such activity is a necessary part of an employee's assigned duties.

All employees are prohibited from distributing, dispensing, possessing, or using alcohol while at work or on duty. Furthermore, off-duty alcohol use, while generally not prohibited by this policy, must not interfere with your ability to perform the essential functions of your job. From time to time, the Company may host events where alcohol is served. During these authorized Company events, employees are permitted to engage in moderate consumption of alcohol that is served. Employees are expected to exercise good personal judgment concerning alcohol consumption and must not over indulge. The Company is not liable for employees' or their guests' behavior at these events.

## Prescription Drugs

With the exception of medically prescribed marijuana, the proper use of medication prescribed by your physician is not prohibited; however, we do prohibit the misuse of prescribed medication. Employees' drug use may affect their job performance, such as by causing dizziness or drowsiness. You are required to disclose any medication that may cause a risk of harm to yourself or to others in performing your job duties. It is your responsibility to determine from your physician whether a prescribed drug may impair your job performance.

## Notification of Impairment

Each employee who observes or has knowledge of another employee in a condition which impairs the employee in the performance of their job duties, or who presents a hazard to the safety and welfare of others, or is otherwise in violation of this policy, must promptly report that fact to their supervisor or another member of management.

## Who is Tested

You may be required to submit to drug or alcohol screening whenever the Company has a reasonable suspicion that you have violated any of the rules set forth in this policy. Reasonable suspicion may arise from, among other factors, supervisory observation, co-worker reports or complaints, performance decline, attendance or behavioral changes, results of searches or other detection methods, or involvement in a work-related injury or accident that may have been caused by drug or alcohol impairment. Injury or accident-based testing does not apply where the incident or accident is unlikely to have occurred as a result of drug or alcohol use, or where the cause of the incident or injury is known or clear (e.g., back sprains from lifting a heavy object, bug bites that require treatment, etc.).

Additionally, employees in safety sensitive positions may be tested on a random or periodic basis to the extent permitted by applicable state and federal laws.

### Discipline

Violation of this policy or any of its provisions may result in disciplinary action, up to and including termination of employment.

### Enforcement Policy

In order to enforce this policy and procedures, the Company may investigate potential violations and require employees to undergo drug or alcohol screening, including urinalysis, blood tests, or other appropriate tests and, where appropriate, searches of all areas of the Company's physical premises, including, but not limited to work areas, personal articles, employees' clothes, desks, work stations, lockers, and personal and Company vehicles. You will be subject to disciplinary action, up to and including termination of employment for refusing to cooperate with searches or investigations, refusing to submit to screening, tampering with any screening sample, or for failing to execute consent forms when required by the Company.

### What Happens When an Employee Tests Positive for Prohibited Substances

All employees who test positive in a confirmed substance test will be subject to disciplinary action, up to and including termination.

## Attitude and Professionalism

All employees must display a positive attitude towards their job and arrive to work motivated to perform their job duties. Further, employees are expected to demonstrate courtesy and professionalism toward their co-workers, customers, vendors, and/or members of the public in the course of their job duties. Rudeness, profanity, gossip, or disruptive conduct will not be tolerated.

A bad attitude or a failure to conduct oneself professionally creates a difficult working environment and prevents the Company from providing quality service to our customers.

If you consistently fail to approach your job duties with a positive attitude and in a professional manner, you may be subject to disciplinary action, up to and including termination. Concerns about other employees should be discussed confidentially with your manager, HR, or Compliance.

## Damage to Property

Deliberate or careless damage to a co-worker's, vendor's, or customer's property or the property of the Company will not be tolerated.

## Fraud, Dishonesty, and False Statements

Employees and applicants are prohibited from providing false, dishonest, or misleading information on any application, medical history record, leave request, time entry, investigative questionnaire, workplace injury report, or any other Company document. Employees are likewise prohibited from making any materially dishonest or false statement to another employee, or to a vendor, customer, or other third party in the course of performing the employee's job duties.

Under the law, an employee may be held personally liable for making misrepresentations to customers. It is also against the law and against Company policy for an employee to provide, or assist a customer in providing, false or misleading information on a credit application or regarding credit status to any financial institution.

Any employee found to have made false, dishonest, or misleading statements or omissions as detailed above will be subject to immediate termination of employment. If you observe any such violations, please report them to the Human Resources Department or another member of management immediately.

## Gambling

Gambling is prohibited on Company property, or through the use of the Company's property such as computers and telephone equipment.

## Gifts and Gratuities

Employees may not request or accept any gift or gratuity of any kind from a customer or supplier without the express written authorization of the COO of the Company.

## Illegal Activity

Employees are not permitted to engage in any kind of illegal activity while on duty or on the Company's property, or while off the job which reflects detrimentally on the Company's reputation.

## Insubordination

We all have duties to perform and every employee must follow lawful directions from their supervisor or manager. Employees must not refuse to follow the reasonable, job-related directions of a supervisor or management official or to treat a supervisor or management official in an insubordinate manner. Employees who engage in insubordinate conduct may be subject to disciplinary action, up to and including termination.

## Misuse of Property

Employees are prohibited from misusing, or using without authorization, equipment, vehicles or other property of the Company, customers, vendors, or other employees of the Company. Any non-business use of the Company's office equipment must be approved by management.

## Off-Duty Use of Facilities

Employees are prohibited from being on Company premises or making use of Company facilities while not on duty. Employees are expressly prohibited from using Company facilities, Company property, or Company equipment for personal use.

## Off-Duty Social and Recreational Activities

During the year, the Company may sponsor social or recreational activities for its employees. Your attendance at these events is completely voluntary and not required as a condition of employment and the time spent will not be considered time worked. Neither the Company nor its insurer will be liable for the payment of workers' compensation benefits for any injury that arises out of your voluntary participation in any off-duty recreational, social, or athletic activity that is not part of your job duties.

## Outside Employment

It is important that other employment, as well as outside interests, do not interfere in any way with your job with the Company. You should be careful that extra hours of work do not affect the performance of your job duties by leaving you tired or distracted. Also, if your second job creates a potential conflict of interest (i.e., working for a competitor) you are required to obtain written approval, in advance, from the Human Resources Department or the COO of the Company.

FILED: NEW YORK COUNTY CLERK 06/25/2025 11:51 AM
NYSCEF DOC. NO.

INDEX NO. 653837/2025
RECEIVED NYSCEF: 06/25/2025

Case 1:25-cv-05319-LJL    Document 2-6    Filed 06/26/25    Page 32 of 49

## Personal Dress and Appearance

We expect all employees to use good judgment with respect to their dress and appearance and to present a neat and well-groomed appearance. We feel that these qualities go further than any other factor in making a favorable impression on customers and your co-workers.

Flashy, ill-fitting, revealing, offensive, and other non-businesslike and distracting clothing are unacceptable. Employees who are provided with Company uniforms must keep them in a neat and clean condition and must wear them at all times when on duty. Employees who report to work in unacceptable attire may be required to leave work and return in acceptable attire. Such time away from work will be without pay.

The Company will not enforce this policy in violation of any federal, state, or local laws. The Company will provide reasonable accommodations to this policy for an employee's religious beliefs and practices, medical needs, or other protected reasons, provided the requested accommodation does not create an undue hardship for the Company and/or does not pose a direct threat to the health or safety of others in the workplace and/or to the individual. Once the Company is aware of the need for an accommodation, the Company will engage in an interactive process to identify possible accommodations. For more information, please see the Reasonable Accommodations policy.

## Personal Mail

All mail which is delivered to the Company is presumed to be related to our business. Mail or packages sent to you at the Company may be opened by office personnel and routed to your department. If you do not wish to have your correspondence handled in this manner, please have it delivered to your home or personal mailbox.

Company postage meters and letterhead may not be used for personal correspondence.

## Personal Telephone Calls and Visits

We ask our employees to refrain from making or receiving personal calls except in emergencies. Long distance business calls must be cleared by your supervisor unless your job duties include the routine making of long distance calls. Employees will be held financially responsible for unauthorized calls and will be subject to disciplinary action, up to and including immediate termination.

## Poor Performance

You are expected to make every effort to learn your job and to perform at a level satisfactory to the Company at all times. Consistent failure to do so may result in disciplinary action, up to and including termination.

Case 1:25-cv-05319-LJL     Document 2-6     Filed 06/26/25     Page 33 of 49

## Romantic or Sexual Relationships with Other Employees

The Company has adopted this policy because of the potential problems posed by romantic or sexual relationships between employees. These problems include conflicts of interest, interference with the productivity of co-workers, and potential charges of sexual harassment. Such problems can be particularly serious in situations in which one person has a position of authority over the other, such as in a supervisor-subordinate position. Employees are expected to behave in a professional manner and avoid inappropriate displays of affection, arguments over relationship issues, etc., in the workplace.

Questions and clarifications will be addressed by the Human Resources Department.

## Smoking

Smoking is prohibited in all Company buildings and vehicles. This policy specifically extends to electronic cigarettes ("e-cigarettes") or any other personal vaporizing devices. Smoking must be confined to designated outdoor areas. Of course, smoking is prohibited in all areas where hazardous and flammable materials are present.

## Solicitation - Distribution Policy

In order to allow employees to perform their job duties and provide our customers with their undivided attention, the solicitation by an employee of another employee for the support of any organization is prohibited during the working time of either employee. In addition, the distribution of advertising materials, handbills or other literature is prohibited in all working areas at all times. Similarly, non-employees may not come on the Company's property at any time to solicit for any cause or distribute material or literature of any kind for any purpose.

## Theft

Theft of money or property from the Company, your co-workers, or customers is strictly prohibited. Employees found to have stolen or misappropriated money or property will be subject to immediate termination and will also be reported to law enforcement. The Company reserves the right to inspect all purses, briefcases, backpacks, packages, lockers, and vehicles on the Company's property to investigate allegations of theft. Failure to cooperate in such a search will result in disciplinary action, up to and including termination.

## Workplace Violence Policy

The Company has a zero-tolerance policy for violent acts or threats of violence against our employees, applicants, customers, or vendors.

We do not allow fighting or threatening words or conduct. No employee may commit or threaten to commit any violent act against a co-worker or third party. This

includes discussions of the use of dangerous weapons, such as bombs, guns, or knives, even in a joking manner.

Employees who are subjected to or threatened with violence in the workplace, or are aware of another individual who has been subjected to or threatened with violence, are to report this information to their supervisor or the Human Resources Department as soon as possible.

All threats should be taken seriously. Please bring <u>all</u> threats to our attention so that we can deal with them appropriately. All threats will be thoroughly investigated, and all complaints which are reported to management will be treated with as much confidentiality as possible. Procedures and Guidelines

## Weapons in the Workplace

Possession, use, or sale of weapons, firearms, or explosives on work premises, while operating Company machinery, equipment, or vehicles for work-related purposes or while engaged in Company business off premises is forbidden except where expressly authorized by the Company and permitted under state or local laws. This policy applies to all employees, including, but not limited to, those who have a valid permit to carry a firearm. This policy does not apply to firearms and ammunition stored out-of-sight in an employee's locked motor vehicle, so long the employee holds a valid handgun carry permit, the employee's vehicle is parked in a permitted area, and the firearm and/or ammunition is locked within the trunk, glove box, or interior of the vehicle or a container securely affixed to the vehicle if the employee is not in the vehicle.

Employees who are aware of violations or threats of violations of this policy are required to report such violations or threats of violations to the Human Resources Department.

## Workplace Bullying Prevention Policy

All employees have the right to be treated with dignity and respect at all times. Our Company is firmly committed to a workplace free of abusive conduct, including, but not limited to, abusive conduct defined in this policy. As part of this policy, the Company seeks to prevent workplace violence before it begins and reserves the right in its sole discretion to separate, or otherwise discharge, any employee from the workplace or otherwise deal with behavior that suggests a propensity toward violence even prior to any violent behavior occurring.

This policy applies to all full-time and part-time employees of the Company including interns. It does not apply to independent contractors, but other contract employees are included. Additionally, this policy is not limited to conduct that occurs in the workplace and applies to any Company-sponsored program, event, or activity. This policy further applies to electronic communications by any employee.

### Recognizing Abusive Conduct

Abusive conduct includes acts or omissions that could cause a reasonable person to believe that based on the severity, nature, and frequency of the conduct, an employee was subject to an abusive work environment, which can include, but is not limited to:

- Repeated verbal abuse in the workplace, including derogatory remarks, insults, and epithets;

- Verbal, nonverbal, or physical conduct of a threatening, intimidating, or humiliating nature in the workplace; or

- The sabotage or undermining of an employee's work performance in the workplace.

Abusive conduct does not include: disciplinary procedures in the Employee Handbook; routine coaching and counseling; reasonable work assignments; individual differences in personal expression; passionate, loud expression without intent to harm others; differences of opinion on work-related concerns; non-abusive exercise of managerial prerogative; etc.

### Company Responsibilities

Supervisors and others in positions of authority have a particular responsibility to ensure that healthy and appropriate behaviors are exhibited at all times and that complaints to the contrary are addressed in a timely manner. All supervisors are expected to foster a safe and respectful work environment, implement preventative measures to achieve this goal, and respond appropriately to reported or witnessed violations of this policy.

### Employee Duties

All employees are expected to treat others with dignity and respect. No employee shall engage in threatening, violent, intimidating, or other abusive conduct or behaviors. Employees are expected to cooperate with all preventative measures put in place by their supervisors recognize that a finding of unacceptable behaviors at work will be dealt with through appropriate disciplinary procedures.

All threats of (or actual) violence, both direct and indirect, unprofessional conduct, or verbal abuse should be reported as soon as possible to the employee's immediate supervisor or any other member of management. This includes threats by employees, as well as threats by customers, vendors, solicitors, or other members of the public. When reporting a threat of violence, employees should be as specific and detailed as possible. This responsibility applies to employees who are victims of prohibited conduct or witnesses to prohibited conduct.

All suspicious individuals or activities should also be reported as soon as possible to a supervisor. Employees must not place themselves in peril. If employees see or hear a commotion or disturbance near their workstation or on the job site, they must not try to intercede or see what is happening.

### Complaint and Investigation Response Process

Employees who feel they have been subjected to abusive conduct or who witnesses conduct that could violate this policy should report the matter to their supervisor, manager, or the Human Resources Department. Employees should not feel obligated to report their complaints to their immediate supervisor first before bringing the matter to the attention another supervisor, member or management, or the Human Resources Department. Further, any supervisor made aware of a potential violation of this policy should promptly report the matter to the Human Resources Department.

Upon notification of a potential violation, the Company will investigate the conduct thoroughly, objectively, and with sensitivity and respect for all parties. The person complained against will be notified that an allegation has been made against him or her and informed of the investigative procedure.

Investigations of abusive conduct will be conducted as soon as practicable. All employees are expected to fully cooperate with the Company throughout the course of any investigations. All available evidence will be gathered and fully considered, and all interviews will be appropriately documented. The Company will maintain the confidentiality of each party involved to the extent it does not interfere with the Company's investigation or ability to take corrective action, unless otherwise required by law.

Any employee engaging in conduct that violates this policy or encourages such conduct will be subject to disciplinary action, up to and including immediate termination of employment. Likewise, supervisors or managers who allow abusive conduct to continue or fail to take appropriate action upon learning of such conduct will also be subject to corrective action up to and including immediate termination.

While the Company encourages all employees to raise any concerns under this policy and procedure, the Company recognizes that intentional or malicious false allegations can have a serious effect on innocent people. Employees falsely accusing another of violations of this policy may be subject to disciplinary action up to and including termination of employment.

### Retaliation Is Not Permitted

Employees submitting complaints of abusive conduct can do so without fear of retaliation. Retaliation is any act of reprisal, interference, restraint, penalty, discrimination, intimidation, or harassment against an individual exercising rights under this policy. Any person who retaliates against an employee for reporting abusive conduct will be subject to disciplinary action up to and including immediate termination of employment.

### Confidentiality

The Company will maintain the confidentiality of each party involved to the extent it does not interfere with the Company's investigation or ability to take corrective action, except where otherwise required by law.

## Background Screening

To ensure that employees of the Company continue to be qualified and to ensure that the Company maintains a safe and productive work environment free of any form of violence, harassment, or misconduct, and to determine eligibility for promotion, re-assignment, or retention, the Company reserves the right to conduct background screening on all of its employees.

Should you have any questions regarding the Company's background screening policy, please contact the Human Resources Department.

## Bulletin and Message Boards

The Company may maintain a bulletin board(s), message board(s), or internal webpage as a source of information for employees. Any such resource is to be used solely to post information approved by the Company regarding Company policies, governmental regulations, and other matters of concern to all employees. No information may be placed on these resources without the prior approval of the Human Resources Department.

## Company Key

Each employee to whom a key card is given is responsible for proper use of that key card and will be required to sign for it. A lost or misplaced key must be reported immediately to your supervisor. Never duplicate or loan a key to anyone for any reason. See your supervisor if you need another key. All keys must be turned in to the Human Resources Department upon separation from the Company. Employees who take a leave of absence must turn in any keys prior to beginning their leave.

## Company Vehicles & Safe Driving

Only authorized employees may operate Company vehicles. If a Company vehicle incurs any damage while under the charge of a particular employee, that employee must report the damage immediately.

You must hold a valid state driver's license for the class of vehicle you are driving. All persons in Company vehicles are required to use their seatbelts. Not using seatbelts in a Company vehicle may lead to disciplinary action, up to and including termination. Only persons authorized by your supervisor can be passengers in Company vehicles. Permitting unauthorized passengers may lead to disciplinary action, up to and including termination.

You must notify the Company immediately of any change in the status of your driving record. Any employee whose duties include the operation of Company vehicles who is convicted of DUI/DWI or for reckless driving will be considered to have an unacceptable driving record and the employee's continued employment will be subject to

review. Further, you may never use a motorcycle to conduct business or provide transportation for a customer or fellow employee. Any employee whose duties include the operation of Company vehicles who becomes uninsurable under the Company's liability policy will be considered to have an unacceptable driving record and the employee's continued employment will be subject to review.

If you receive a traffic citation while operating a Company vehicle, you will be responsible for paying any fine or penalty. If you are involved in a traffic accident while operating a Company vehicle, you are required to call 911 and report the accident. You must also report the accident to the Human Resources Department immediately.

## Conflicts of Interest

Our policy forbids employees from engaging in any other business which competes with the Company. Company policy also forbids an employee from holding a financial or ownership interest in an entity that does business with or is a competitor of the Company (except where such ownership consists of securities of a corporation regularly traded on the public stock market). Providing consulting services to any entity that does business with or is a competitor of the Company, except with the knowledge and written consent of the President of the Company, is also prohibited. If you think that there is a possibility that any business venture of yours may conflict with this policy, it is your responsibility to notify the President of the Company and obtain approval in writing.

## Hazardous and Toxic Materials

If your job requires that you use hazardous or toxic materials, you are expected to comply with all laws, rules, and regulations concerning their safe handling and disposal. If you have any questions about the materials you work with or the proper safety or disposal procedures to follow, please discuss them with your supervisor before taking any action.

## Housekeeping

Work areas must be maintained in a clean, healthy, and orderly fashion to prevent unsafe conditions and potential accidents. If you observe conditions or equipment which are potentially dangerous, report them immediately to your supervisor. It is each employee's responsibility to make sure the work area is clean and orderly at the completion of the scheduled work shift. Employees may not litter or discard personal items on the premises.

## Meetings

From time to time, individual or group meetings may be scheduled either during or outside of your normal working hours. You are required to attend all Company meetings involving your department or which you have been asked to attend, unless excused by your supervisor.

## Parking

So that we will have sufficient and convenient parking for our customers, we require all of our employees to park their vehicles in the area designated for employee parking. If you have any questions as to where you should park your vehicle, please ask your supervisor.

## Personnel Records

Recognizing the confidential nature of the information in your personnel record, the Company limits access to the personnel records to you and those with proper authorization or pursuant to legal process.

No documents contained in your personnel file will be released without your consent, except pursuant to legal process. Any records of medical evaluation results will be maintained in a separate file, in accordance with legal requirements, and may only be reviewed by authorized individuals.

You may review your own personnel file with the Human Resources Department present to answer any questions. Additionally, a manager may review your personnel file if you have a current reporting relationship to that manager or have been interviewed and are being considered for a position reporting to that manager. Your personnel records also are subject to review by investigative agencies, or during periodic internal audits conducted by the Company.

## Safety

It is our policy to promote safety on the job. The health and well-being of our employees is foremost among the Company's concerns. For this reason, you are urged to follow common sense safety practices and correct or report any unsafe condition to your supervisor. Each employee is expected to assist the Company in maintaining safe working conditions. Safety is a state of mind and requires constant vigilance and common sense. Safety is everyone's responsibility. Remember: SAFETY FIRST.

All accidents, including those which do not involve serious injury and those involving customers, must be reported immediately to your supervisor. It is only through full knowledge of every accident that the Company can become a safer, healthier place to work for everyone.

## Searches and Inspections

In order to protect the safety and property of all of our employees, the Company reserves the right to inspect employees' lockers, desks, cabinets, briefcases, backpacks, toolboxes, purses, personal computers, personal motor vehicles, and any other personal belongings brought onto Company property. Employees are expected to cooperate in any search. Failure to cooperate will result in disciplinary action, up to and including termination of employment.

Case 1:25-cv-05319-LJL    Document 2-6    Filed 06/26/25    Page 40 of 49

# Technology and Information

## Mobile and Electronic Devices

Excessive use of personal mobile or electronic devices ("mobile devices") during the workday can interfere with employee productivity and be distracting to others. Employees are, therefore, prohibited from using mobile devices for personal purposes during working hours except in an emergency. Employees should ensure that friends and family members are aware of the Company's policy.

Employees may not use a mobile device in a manner that violates our Policy Against Unlawful Harassment, Discrimination, and Retaliation, Equal Employment Opportunity Policy, or any other Company policies.

The Company will not be liable for the loss of personal mobile devices brought into the workplace.

### Personal Use of Company-Provided Mobile Devices

The Company may issue a Company-owned mobile device to an employee for work-related communications. These devices should be used in accordance with this policy. Employees will be held responsible for any charges incurred for an employee's personal or unauthorized use of any Company-provided mobile devices.

### Recording Devices

Employees are prohibited from taking photographs or making audio or video recordings of our customers at any time. Employees are also prohibited from taking photographs or copying for their own use confidential business documents not related to employee wages or working conditions at any time. Employees who violate this policy are subject to disciplinary action, up to and including immediate termination of employment.

### Safety Issues for Mobile Devices

Employees are required to refrain from using mobile devices while driving in connection with their job duties, except as set forth below. Safety must come before all other concerns. You are not permitted to use any mobile device to write, send, or read any text-based message while driving, except through the use of hands-free voice command. Under no circumstances are employees allowed to place themselves or anyone else at risk to communicate via mobile devices.

Employees who are charged with traffic violations resulting from the use of mobile devices while driving will be solely responsible for all fines, penalties and liabilities that result from such actions. Employees who violate this policy will be subject to disciplinary action, up to and including termination.

### Reimbursement

Unless expressly authorized by the Company, using a personal mobile device for work is not a necessary part of the job and is strictly prohibited. If you feel that your job duties require use of a mobile device, please seek authorization from a supervisor prior to using your personal mobile device for work. To the extent possible, employees should conduct Company business by using Company-provided phones rather than by their personal mobile devices.

The Company reimburses employees for business expenses reasonably incurred in performing their duties, including employees' mandatory use of their personal mobile device. If your job requires you to use your personal mobile device, such usage will generally be reimbursed at a reasonable rate. If you believe that the business that is being conducted via your mobile device results in an expense to you that is greater than what the Company is offering, please contact the Human Resources Department.

Reimbursement for any expense will only be made upon the employee's timely submission of a request for reimbursement along with sufficient documentation, such as receipts. It is the employee's responsibility to seek reimbursement for business expenses, as the Company can only reimburse expenses for which it receives a request and sufficient documentation.

# Information Technology

The following policy governs the use of all Company-owned computers, databases, and personal computers used for Company business, email and voice mail systems, and Internet access via Company computers and/or data lines, hereinafter referred to in this policy as "Company IT." Personal computers used for Company business include laptops, tablets, or home computers that are connected with the Company's network on a regular or intermittent basis.

The Company invests in information technology to facilitate the business of the Company. These tools are intended to assist employees with the execution of their job duties and must not be abused. Employees should not use or access Company IT in any manner that is contrary to this policy.

### Company Property

All Company IT is the Company's property. All information that is temporarily or permanently stored, transmitted, or received with the aid of Company IT remains the sole and exclusive property of the Company.

In addition, all data temporarily or permanently received, collected, downloaded, uploaded, copied, and/or created on Company IT, and all data temporarily or permanently received, collected, downloaded, uploaded, copied, and/or created on non-Company computers used for Company business that relates in any manner to the Company's business is subject to monitoring by the Company, is the exclusive property of the Company and may not be copied or transmitted to any outside party or used in any manner that violates this policy.

All software that has been installed on Company IT may not be used in any manner that violates this policy.

Upon termination of employment, employees are prohibited from removing any software, documents, or data from Company IT and must completely remove all data collected, downloaded, and/or created on non-Company computers used for Company business that relate in any manner to the Company's business. Upon request of the Company, a terminating employee will provide proof that such data has been removed from all personal computers used for Company business.

**Prohibited Use Under Any Circumstances**

It is not possible to identify every type of inappropriate or impermissible use of Company IT. The following conduct, however, is strictly prohibited under any circumstances and at any time:

- Employees may not transmit, retrieve, download, or store inappropriate messages or images relating to sex, race, religion, or any other protected category as defined in the Equal Employment Opportunity Policy, or any other status protected under federal, state, and local laws.

- Employees may not use Company IT in any way that violates the Company's policy against unlawful harassment, including sexual harassment. By way of example, employees may not transmit messages that would constitute sexual harassment; may not use sexually suggestive or explicit screen savers or backgrounds; may not access, browse, receive, transmit, or print pornographic, obscene or sexually offensive material or information; and may not access, browse, transmit, retrieve, download, store, or print messages or images that are offensive, derogatory, defamatory, off-color, sexual in content, or otherwise inappropriate in a business environment. Employees are also prohibited from communicating threatening or harassing statements to another employee, or to a vendor, customer, or other outside party.

- Employees may not use Company IT in any manner that violates the Company's Employee Conduct policies.

- Employees may not use Company IT in any manner that violates the Protection of the Company's Trade Secrets and Confidential Information policy.

- Employees may not use or allow another individual to use Company IT for any purpose that is competitive with the Company. All such access and use is unauthorized.

- Employees must honor and comply with all laws applicable to trademarks, copyrights, patents and licenses to software and other electronically available information. Employees may not send, receive, download, upload, or copy software or other copyrighted or otherwise legally protected information through Company IT, email, or the Internet without prior authorization.

- Employees may not engage in gambling of any kind, stream movies or videos, watch television programs, or play electronic games utilizing Company IT.

- Employees may not engage in day trading, or otherwise purchase or sell stocks, bonds or other securities or transmit, retrieve, download, or store messages or images related to the purchase or sale of stocks, bonds, or other securities through Company IT.

## Prohibited Use During Working Time

The following conduct is prohibited during an employee's working time, which excludes time spent on an employee's meal or rest break, or before or after an employee's shift:

- Employees may not solicit personal business opportunities or conduct personal advertising through Company IT.

- Employees may not download, transmit, stream, or retrieve messages, data, or information from multi-network gateways, real-time data, and conversation programs including, but not limited to, messaging services, social media, or similar platforms, unless such activity is necessary for business purposes.

## Unsolicited Email

Abuse of email, as well as the receipt and transmission of unsolicited commercial email places an incredible drain on the Company's servers and network, and imposes significant monetary costs to filter and remove unsolicited emails from our system. To eliminate the receipt and transmission of unsolicited commercial email, the Company complies with the federal "CAN-SPAM" law. Commercial email means email the primary purpose of which is the commercial advertisement or promotion of a commercial product or service. You are responsible for complying with the federal Anti-Spam regulations and therefore you may not use Company IT to transmit unsolicited commercial email:

- Promoting the Company's business, goods, products, and services without prior authorization.

- Promoting your own personal business, goods, products, and services.

- To the Company's customers who have elected to "opt-out" of receiving the Company's electronic advertisements.

- That contains or is accompanied by maliciously false information.

In addition, to help the Company eliminate the receipt of unsolicited commercial email from outside parties advertising various websites, products, or services and to further prevent the receipt of offensive or undesired outside email, you should delete unfamiliar or suspicious email from outside the Company without opening it.

### Monitoring

Employees should expect that all information created, transmitted, downloaded, received, or stored in Company IT may be accessed by the Company at any time without prior notice. Employees should have no expectation of privacy or confidentiality in such data, messages, or information (whether or not password-protected), or that deleted messages are necessarily removed from the system.

The Company's monitoring policy may include, but is not limited to, inspection of internet activity, e-mails sent or received, internal drives, external memory devices, and mobile devices; review of content passing through the Company's network, data lines, and other systems; and use of screen monitoring software.

### System Integrity

Because outside storage devices may compromise Company IT, employees are not permitted to use personal storage devices or copies of software or data in any form on any Company computer without first: (1) obtaining specific authorization from the IT Department, and (2) scanning the data for viruses or malware. Any employee who introduces a virus or malware into the Company's system via use of personal software or data will be deemed guilty of gross negligence and/or willful misconduct and may be held responsible for the consequences, including cost of repair and lost productivity.

Similarly, information is not to be downloaded directly from the Internet onto Company IT.

### Enforcement

Violations of this policy may result in disciplinary action, up to and including termination. Employees who damage Company IT through unauthorized use may additionally be liable for the costs resulting from such damage. Employees who unlawfully misappropriate copyrighted or confidential and proprietary information, or who unlawfully distribute harassing messages or information, or who unlawfully access the computer systems and information it stores may additionally be subject to criminal prosecution and/or substantial civil money damages.

## Protection of the Company's Trade Secrets and Confidential Information

In the course of your employment with the Company, you may be exposed to and/or provided with trade secrets ("Trade Secrets") and other confidential and proprietary information ("Confidential Information") of the Company relating to the operation of the Company's business and its customers (collectively referred to as "Trade Secrets/Confidential Information").

"Trade Secrets" mean information, including a formula, pattern, compilation, program, device, method, technique or process, that: (1) derives independent economic value, actual or potential, from not being generally known to the public or to other persons

or entities who can obtain economic value from its disclosure or use; and (2) is the subject of efforts that are reasonable under the circumstances to maintain its secrecy. The Company's Trade Secrets are: (1) not generally known to the public or to the Company's competitors; (2) were developed or compiled at significant expense by the Company over an extended period of time; and (3) are the subject of the Company's reasonable efforts to maintain their secrecy.

"Confidential Information" means information belonging to the Company, whether reduced to writing or in a form from which such information can be obtained, translated, or derived into reasonably usable form, that has been provided to employees during their employment with the Company and/or employees have gained access to while employed by the Company and/or were developed by employees in the course of their employment with the Company, that is proprietary and confidential in nature.

As part of the consideration you provide to the Company in exchange for your employment and continued employment with the Company, you agree and acknowledge that all Trade Secrets/Confidential Information developed, created or maintained by you remains at all times the sole property of the Company, and that if the Company's Trade Secrets/Confidential Information were disclosed to a competing business or otherwise used in an unauthorized manner, such disclosure or use would cause immediate and irreparable harm to the Company and would give a competing business an unfair business advantage against the Company.

Employees are strictly prohibited, at all times during their employment with the Company, except with prior written approval of the Company's COO, from forwarding from their Company email account to personal email account(s) any emails or documents containing any Trade Secrets/Confidential Information, as well as from copying, transferring or uploading to employee's personal cloud-based or online storage accounts (such as a personal Dropbox or Google Drive account) any documents containing any Trade Secrets/Confidential Information. Employees are also strictly prohibited, at all times during their employment with the Company, except with the express or implicit authorization of the Company, and then only for the sole benefit of the Company during the term of employment, from removing from the premises of the Company any physical item or document, or any written, electronic or recorded copy of any physical item or document, containing or embodying any Trade Secrets/Confidential Information, including without limitations the same in electronic or digital form. Employees must not leave any of the Company's Trade Secrets/Confidential Information unattended in any area, whether on or off the Company's premises, where leaving such information unattended creates a risk that the information may be accessed or acquired by any individual who is not authorized to view or access the Trade Secrets/Confidential Information.

Employees must not, except as required in the conduct of the Company's business or as authorized in writing by the Company, disclose or use during the term of their employment or subsequent thereto any Trade Secrets/Confidential Information. Furthermore, all records, files, plans, documents, and the like relating to the business of the Company you prepare, use, or come in contact with remains the sole property of the Company and is not to be copied without written permission of the Company and is to be

returned to the Company on termination of your employment, regardless of whether requested by the Company to do so at the time of your termination, or at the Company's request at any time.

## Social Media

This policy governs employee use of social media, including any tools used to share content and profiles including, but not limited to, social networking websites, apps, and blogs. The lack of explicit reference to a specific site or type of social media does not limit the application of this policy.

The Company respects the rights of all employees to use social media. However, because communications by Company employees on social media could, in certain situations, negatively impact business operations or create legal liability, it is necessary for the Company to provide these guidelines. These guidelines are intended to ensure employees understand the types of conduct that are prohibited. This policy will not be interpreted or applied so as to interfere with the rights of employees to discuss or share information related to their wages, hours, or other terms and conditions of employment. Employees have the right to engage in or refrain from such activities.

Employees engaging in use of social media are subject to all of the Company's policies and procedures, including, but not limited to, the Company's policies: (1) protecting trade secrets and confidential information related to the Company's operation; (2) safeguarding Company property; (3) prohibiting unlawful discrimination, harassment, and retaliation; and (4) governing the use of Company IT.

Employees are prohibited from the following:

- Disclosing on social media the Company's or any third party's Trade Secrets/Confidential Information (as defined above).

- Using social media to post or to display comments about co-workers, supervisors, customers, vendors, suppliers, or members of management that are obscene, physically threatening or intimidating, or that otherwise constitute a violation of the Company's Policy Against Unlawful Harassment, Discrimination, and Retaliation.

- Using social media to post or display content that is an intentional public attack on the Company's products and/or services in a manner that a reasonable person would perceive as calculated to harm the Company's business and is unrelated to any employee concern involving the terms and conditions of employment.

- Disclosing or publishing on social media any promotional content about the Company or its products, unless authorized and approved by the Company.

- Using social media while on working time, unless authorized and approved by the Company.

- Posting a photograph or video of a vendor, supplier, or customer on social media without that individual's express permission.

- Misrepresenting on social media an employee's title or position with the Company.

- Using social media to violate other established Company policies or procedures.

Violations of this policy may result in disciplinary action, up to and including termination. If you have any questions about this policy, contact your supervisor or the Human Resources Department.

Employees may not use Company-owned equipment, including Company information technology, Company-licensed software, or other electronic equipment, or facilities or Company time, to conduct personal blogging or social networking activities.

Employees should know that the Company has the right to and will monitor the use of its information technology, telephone, and other equipment and systems, as well as any publicly accessible social media. Employees should expect that any information created, transmitted, downloaded, exchanged, or discussed on publicly accessible online social media may be accessed by the Company at any time without prior notice.

**Social media account ownership:** To the extent employees are authorized as part of their job duties to use social media account(s) to advance the Company's interests, the Company, not the employee, owns the account(s) and employees are required to return all logins and passwords for such accounts at the end of employment. The Company will not request or require any employee to provide login and/or password information for personal social media accounts.

## Unauthorized Interviews

Employees should not speak to the media on the Company's behalf without contacting the Human Resources Department or COO of the Company. All media inquiries should be directed to them.

# Changes in Status

## Changes in Personnel Records

To keep your personnel records up to date and to ensure that the appropriate benefits are available to you, you are expected to notify the Company promptly of any change of name, address, phone number, number of dependents, or other applicable information.

## Outside Inquiries Concerning Employees

All inquiries concerning employees from outside sources, including requests for references, should be directed to the Human Resources Department. No employee information should be given by any other employee or manager to an outside source. The Company's policy as to references for employees who have left the Company is to disclose only the dates of employment and the title of the last position held.

## Notice of Resignation

In the event you choose to resign from your position, we ask that you provide at least two (2) weeks' written notice. You are responsible for returning Company property in your possession or for which you are responsible.

## Exit Interview

Any employee leaving the Company may be requested to attend an exit interview conducted by the employee's supervisor or Human Resources Department. The purpose of the interview is to determine the reasons for separation and to resolve any questions of compensation, Company property, or other matters related to the separation.

## To Sum It All Up

This handbook highlights your opportunities and responsibilities at the Company. By always keeping the contents of the handbook in mind, you should be successful and happy in your work here. Once again, welcome to our Company, and we look forward to working with you.

# Employee Acknowledgment and Agreement

By signing below, I acknowledge that I have received a copy of the Southern Roofing and Renovations LLC ("Company") Employee Handbook and I will familiarize myself with its contents.

I acknowledge that nothing in the Employee Handbook creates or is intended to create a promise or representation of continued employment and that my employment, position, and compensation at the Company are at-will, shall be for no specific duration, and may be changed or terminated at the will of the Company. Both I and the Company have the right to terminate my employment at any time, with or without cause or prior notice. By signing below, I certify that I understand that employment at-will is the sole and entire agreement between myself and the Company concerning the duration of my employment and the circumstances under which my employment may be terminated. It supersedes all prior agreements, understandings, and representations (whether written or oral) concerning the duration of my employment with the Company and/or the circumstances under which my employment may be terminated. My employment-at-will status may only be changed in a written document signed by the COOt of the Company.

**MY SIGNATURE BELOW ATTESTS TO THE FACT THAT I HAVE READ, UNDERSTAND, AND AGREE TO BE LEGALLY BOUND TO ALL OF THE ABOVE TERMS.**

**DO NOT SIGN UNTIL YOU HAVE READ THE ABOVE ACKNOWLEDGMENT AND AGREEMENT.**

_____
Signature

_____
Date