# EXHIBIT A



| FTI Matter Number / Reference |
|---|
| F14767-Ceiling - 50002.6338 |
| Evidence Acquisition Number |
| F14719-I-EE1-E001 |

## DIGITAL FORENSICS CHANGE OF CUSTODY RECORD & EVIDENCE CONTROL DOCUMENT

### Description of Item(s)

| # | Make/Model/Serial #/Asset Tag | Pwr Supply | Notes |
|---|---|---|---|
| 1 | Apple MacBook Air  SN: MHCYNNMQGV | ☐ Yes | Leah Raffles |
| 2 | | ☐ Yes | |
| 3 | | ☐ Yes | |
| 4 | | ☐ Yes | |
| 5 | | ☐ Yes | |

### CHAIN OF CUSTODY

| DATE/TIME | RELEASED BY | RECEIVED BY | TRANSFER DESCRIPTION (Carrier / Tracking No) |
|---|---|---|---|
| Released 6/12/25 - 11am  Received | Signature  Name: Leah Raffles | Signature  Name: Ernesto Espiritu Jr | |
| Released 6/12/25 - 3:35pm  Received | Signature  Name: Ernesto Espiritu Jr | Signature  Name: Leah Raffles | |
| Released  Received | Signature  Name | Signature  Name | |

### FINAL EVIDENCE DISPOSITION

FTI understands as of _____ this evidence is no longer required to be retained

### Disposal Method:

☐ **Return to Client**
  Returned By: _____    Date of Return: _____
  Return Address: _____    Return Tracking #: _____

☐ **FTI Drive Wiping**
  Software Used: _____    Date of Wiping: _____

☐ **Third Party Data Destruction**
  Vendor used: _____    Date of Destruction: _____
  Remote  /  On-site     Certification Acquired:  Y  /  N