FILED: NEW YORK COUNTY CLERK 06/25/2025 11:51 AM	INDEX NO. 653837/2025
NYSCEF DOC. NO. 14	RECEIVED NYSCEF: 06/25/2025

Case 1:25-cv-05319-LJL    Document 2-13    Filed 06/26/25    Page 1 of 2

# EXHIBIT B

FILED: NEW YORK COUNTY CLERK 06/25/2025 11:51 AM
NYSCEF DOC. NO. 14

INDEX NO. 653837/2025
RECEIVED NYSCEF: 06/25/2025

Case 1:25-cv-05319-LJL    Document 2-13    Filed 06/26/25    Page 2 of 2

Raffles Text Message Records

| Record | Sender | Recipient | Message Sent Date/Time - UTC | Message | Type | Status |
|---|---|---|---|---|---|---|
| 113914 | Me | XXXXXXX7988 | 3/28/25 3:42 PM | i'm looking into it and I could probably take my GC in a few weeks and pass that bitch but there's one big thing is that I would need to be listed on the LLC for me to test…. So what if you guys figured out a situation where like every branch I was a 10% equity partner so it's minimal but I can be listed on the LLC or partnership documentation and then everybody could use my license… Something to think about, but I'm looking at this right now and I could take this bitch and pass it and I would also be fueled by the fact that Kirtis failed it. 🤣🤣🤣🤣🤣🤣🤣 | iMessage | Sent |
| 113935 | Me | XXXXXXX2743 | 3/28/25 5:49 PM | it's all right I just secured myself something that will make me indispensable with Junior and protect me tenfold we'll talk about it later | iMessage | Sent |
| 113953 | Me | XXXXXXX2743 | 3/28/25 5:57 PM | I was gonna ask you because we can just rebrand your training content and sell it to them when they quit and start their own roofing thing… They're gonna start a roofing business as Brian is the partner because the other guys don't have a noncompete. Only Junior does so we're just gonna do it as Brian be in the partner and then he'll sign over equity to Junior as soon as his noncompete runs out. | iMessage | Sent |
| 113999 | Me | XXXXXX7988 | 3/28/25 6:47 PM | Bc once you're outside of your non compete we can get you added to the LLC and then we can do gov contracts…..minority veteran and a woman listed on the company…..WE GETTING THEM ALLLLLLLLLL | iMessage | Sent |
| 114011 | Me | XXXXXXX7988 | 3/28/25 8:58 PM | and hunting Federal contracts with you and I listed we're gonna get awarded all of them because you're a minority and a veteran and I'm a woman that lake puts us above everybody on federal contracts | iMessage | Sent |
| 117879 | Me | XXXXXXX7988 | 5/14/25 12:38 AM | I need that picture of you and Brian together that you used in ChatGPTT so that I can finish this damn vendor packet | iMessage | Sent |
| 120956 | Me | XXXXXXX2743 | 6/6/25 5:20 PM | I do love Junior….he just said "dont stress, if they try and push you out or under Christina, I will make it work for you over here. I'll just pay you 3 months upfront of your current salary and by the time you push these guys to perform me me in those three months I'll be able to afford your salary. I just dont want you to worry because me and Brian have your back." | iMessage | Sent |
| 121677 | Me | XXXXXXX2743 | 6/11/25 3:23 AM | junior just called me and said "start planning your exit" 🤫🤫🤫, they need me sooner than he thought and he just sweetened the deal that he's gonna figure out how to pay me the salary that I want and he's also going to give me profit share in every company that I have to put my hands on | iMessage | Sent |