# REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 12/16/2024)

**SUPREME** COURT, COUNTY OF **NEW YORK**

Index No: _____    Date Index Issued: _____

| | For Court Use Only: |
|---|---|
| | IAS Entry Date |
| | Judge Assigned |
| | RJI Filed Date |

**CAPTION**    Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

Legacy Restoration, LLC

Plaintiff(s)/Petitioner(s)

-against-

Oswaldo "Junior" Barajas, John Doe Entity 1, Leah Raffles, and Brian Wolff

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING**    Check only one box and specify where indicated.

**COMMERICIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ● Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ○ Other Commercial (*specify*): _____
  *NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.*

**TORTS**
- ○ Asbestos
- ○ Environmental (*specify*): _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (*specify*): _____
- ○ Other Negligence (*specify*): _____
- ○ Other Professional Malpractice (specify): _____
- ○ Other Tort (specify): _____

**SPECIAL PROCEEDINGS**
- ○ Child-Parent Security Act (*specify*): ○Assisted Reproduction  ○Surrogacy Agreement
- ○ CPLR Article 75 – Arbitration  [see *NOTE* in **COMMERCIAL** section]
- ○ CPLR Article 78 – Proceeding against a Body or Officer
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 – Kendra's Law
- ○ MHL Article 10 – Sex Offender Confinement (*specify*): ○Initial  ○Review
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (*specify*): _____
- ○ Other Special Proceeding (*specify*): _____

**MATRIMONIAL**
- ○ Contested
  *NOTE: If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI ADDENDUM (UCS-840M)**.*
  *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (**UD-13**).*

**REAL PROPERTY**    Specify how many properties the application includes: _____
- ○ Condemnation
- ○ Mortgage Foreclosure (*specify*): ○Residential  ○Commercial
  Property Address: _____
  *NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.*
- ○ Partition
  *NOTE: Complete and attach the **PARTITION RJI ADDENDUM (UCS-840P)**.*
- ○ Tax Certiorari (*specify*):    Section: _____  Block: _____  Lot: _____
- ○ Tax Foreclosure
- ○ Other Real Property (*specify*): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution  [see *NOTE* in **COMMERCIAL** section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change/Sex Designation Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (*specify*): _____

**STATUS OF ACTION OR PROCEEDING**    Answer YES or NO for every question and enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ● | ○ | If yes, date filed: _06/25/2025_ |
| Has a summons and complaint or summons with notice been served? | ○ | ● | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ○ | ● | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**    Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice    Date Issue Joined: _____
- ○ Notice of Motion    Relief Requested: _____    Return Date: _____
- ○ Notice of Petition    Relief Requested: _____    Return Date: _____
- ● Order to Show Cause    Relief Requested: Preliminary Injunction/Temporary Restraining Order    Return Date: _____
- ○ Other Ex Parte Application    Relief Requested: _____
- ○ Partition Settlement Conference
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Waiver of Court Costs, Fees, and Expenses
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

**RELATED CASES**          List any related actions.  For Matrimonial cases, list any related criminal or Family Court cases.  If none, leave blank.
If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**PARTIES**          For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided.
If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Un-Rep | Parties<br>List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants<br>For represented parties, provide attorney's name, firm name, address, phone and email.  For unrepresented parties, provide party's address, phone and email. | Issue Joined<br>For each defendant, indicate if issue has been joined. | Insurance Carriers<br>For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: Legacy Restoration, LLC<br>Role(s): Plaintiff | Melissa Colon-Bosolet, Sidley Austin LLP, 787 Seventh Avenue, New York, NY 10019<br>Phone: (212) 839-5300 Email: mcolon-bosolet@sidley.com | ○ YES   ○ NO |  |
| ☒ | Name: Oswaldo "Junior" Barajas<br>Role(s): Defendant | 1167 Ewing Way, Clarksville, TN 37043 and 1229 Morstead Drive, Clarksville, TN 37042<br>Phone: (931) 220-7988 | ○ YES   ● NO |  |
| ☒ | Name: John Doe Entity 1<br>Role(s): Defendant | Unknown | ○ YES   ● NO |  |
| ☒ | Name: Leah Raffles<br>Role(s): Defendant | 1200 Broadway, Apt 1302, Nashvill, TN 37203<br>Phone: (407) 276-3504 | ○ YES   ● NO |  |
| ☒ | Name: Brian Wolff<br>Role(s): Defendant | 2016 Queens Bluff Way, Clarksville, TN 37043<br>Phone: (931) 801-1160 | ○ YES   ● NO |  |
| ☐ | Name:<br>Role(s): |  | ○ YES   ○ NO |  |
| ☐ | Name:<br>Role(s): |  | ○ YES   ○ NO |  |
| ☐ | Name:<br>Role(s): |  | ○ YES   ○ NO |  |
| ☐ | Name:<br>Role(s): |  | ○ YES   ○ NO |  |
| ☐ | Name:<br>Role(s): |  | ○ YES   ○ NO |  |
| ☐ | Name:<br>Role(s): |  | ○ YES   ○ NO |  |
| ☐ | Name:<br>Role(s): |  | ○ YES   ○ NO |  |
| ☐ | Name:<br>Role(s): |  | ○ YES   ○ NO |  |
| ☐ | Name:<br>Role(s): |  | ○ YES   ○ NO |  |
| ☐ | Name:<br>Role(s): |  | ○ YES   ○ NO |  |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: _____ **06/25/2025** _____          /s/ Melissa Colon-Bosolet
_____
                                                                Signature

_____          _____
          **4618369**                                         **/s/ Melissa Colon-Bosolet**
Attorney Registration Number                          Print Name