AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Legacy Restoration, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-05319 |
| Oswaldo "Junior" Barajas, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Legacy Restoration, LLC      .

Date:  06/26/2025

/s/ Melissa Colon-Bosolet
*Attorney's signature*

Melissa Colon-Bosolet, Bar No. 4618369
*Printed name and bar number*

Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
*Address*

mcolon-bosolet@sidley.com
*E-mail address*

(212) 839-5300
*Telephone number*

(212) 838-5599
*FAX number*