UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LEGACY RESTORATION, LLC,

                    Plaintiff,

   -against-

OSWALDO "JUNIOR" BARAJAS, JOHN DOE ENTITY
1, LEAH RAFFLES, and BRIAN WOLFF,

                  Defendants.
------------------------------------------------------------------------X

Case No.: 1:25-cv-5319 (LJL) (OTW)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants Oswaldo "Junior" Barajas, Leah Raffles, and Brian Wolff in the above-captioned case.

I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Jamaica, New York
       June 26, 2025

Respectfully submitted,
**SAGE LEGAL LLC**
  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants
Oswaldo "Junior" Barajas,
Leah Raffles, and
Brian Wolff*

**VIA ECF**
Sidley Austin LLP
Attn: Melissa Colón-Bosolet
787 Seventh Avenue
New York, NY 10019
mcolon-bosolet@sidley.com

*Attorneys for Plaintiff
Legacy Restoration, LLC*