UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
LEGACY RESTORATION, LLC,

                                     Plaintiffs,      Case No.: 1:25-cv-5319 (LJL) (OTW)

        -against-

OSWALDO "JUNIOR" BARAJAS, JOHN DOE ENTITY 1, LEAH RAFFLES, and BRIAN WOLFF,

                                     Defendants.
------------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Eduard Kushmakov, Esq. hereby appears as counsel for Defendants Oswaldo "Junior" Barajas, Leah Raffles, and Brian Wolff in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Forest Hills, New York
        June 26, 2025

                                                          **KUSHMAKOV LAW, P.C.**

                                                          /s/ Eduard Kushmakov
                                                          Eduard Kushmakov, Esq.
                                                          71-50 Austin Street, Ste. 205
                                                          Forest Hills, New York 11375
                                                          (646) 694-0248
                                                          eduard@kushmakovlaw.com