# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

July 3, 2025

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Lewis J. Liman, U.S.D.J.
500 Pearl Street
Courtroom 15C
New York, NY 10007-1312

    Re:    **Legacy Restoration, LLC v. Barajas,** *et al.*
              <u>Case No.: 1:25-cv-5319 (LJL) (OTW)</u>

Dear Judge Liman:

    This firm represents Defendants Oswaldo "Junior" Barajas ("Barajas"), Leah Raffles ("Raffles"), and Brian Wolff ("Wolff") (Barajas, Raffles, and Wolff collectively hereinafter the "Defendants") in the above-referenced case. Because Plaintiff filed its motion by appending it to a letter, Defendants are regrettably forced to follow suit, as they are unable to "append" the opposition papers to any motion event in the CM/ECF system. Enclosed herewith, Defendants respectfully submit their memorandum of law and the declarations of Barajas, Raffles (with an accompanying exhibit), and Wolff in opposition to Plaintiff's motion for a preliminary injunction.

    Defendants thank this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
         July 3, 2025                        Respectfully submitted,

                                                      **SAGE LEGAL LLC**

                                                      <u>*/s/ Emanuel Kataev, Esq.*</u>
                                                      Emanuel Kataev, Esq.
                                                      18211 Jamaica Avenue
                                                      Jamaica, NY 11423-2327
                                                      (718) 412-2421 (office)
                                                      (917) 807-7819 (cellular)
                                                      (718) 489-4155 (facsimile)
                                                      emanuel@sagelegal.nyc

                                                      *Attorneys for Defendants*
                                                     *Oswaldo "Junior" Barajas*
                                                     *Leah Raffles, and*
                                                     *Brian Wolff*

**VIA ECF**
 All counsel of record