

**SOUTHERN ROOFING AND RENOVATIONS**

04/01/2024

Leah Raffles
Murfreesboro, TN

Re: New Assignment Letter

Effective 4/1/24, your new position will be Director of Administration, reporting to John Falls.

- Salary: $95,000 subject to all taxes and other deductions.
- Benefits: If you choose to use the company's medical plan benefit, you will receive an additional reimbursement equivalent to 25% of the employee only base plan.
- Sign on bonus: $5,000, less all applicable taxes, which must be repaid in full if you resign, or are terminated for cause within 12 months of 4/1/2024.
- Annual bonus: You will be eligible for discretionary annual bonus commensurate with other employees of your same level and based on both company and personal performance.
- Expenses: SNR will book your hotels and you may submit your receipts for meals while you are traveling on company business. A detailed policy will be provided to you.
- Credit Card: You will be considered for a company credit card at such time as they are issued. Final decisions on which employees receive a company credit card are made by the Legacy CFO.
- Company Vehicle: A new vehicle will be leased for you by the company for a term of 1 year. After one year your need for a company vehicle will be reevaluated. You will be responsible for all maintenance on this vehicle, but the company will reimburse you for fuel used on company business. This includes travel to other sites and travel to Memphis.
- Company Stock: You will be offered the opportunity to purchase company stock at the same time as other staff members at the Director level at Corporate. Final decisions on stock offerings are made by the Board of Directors and subject to change at any time.
- Residential requirements: You will be allowed to remain in your current city for a term of 1 year, at which point your requirement to reside in Memphis will be reevaluated.
- You may work remotely when not at a branch or in Memphis.
- You may submit an IT request for a dual monitor setup.
- Travel: You will spend at least one week in your first 30 days in Minneapolis at Legacy's headquarters, and at least one in every 3 weeks in Memphis for the first 90 days of this position. Additional travel to Memphis will be evaluated after 90 days.

Scanned with CamScanner

- **Travel to Branches:** You will be expected to travel frequently to other branches, visiting every branch as soon as possible to work directly with each Office Manager. Your manager John Falls will work with you to create a travel schedule.
- **Customer Transfer:** You will split your open deals as proposed, keeping a 22.5% commission on them according to SOP.
- **Direct Reports:** At this time you will have no employee reporting directly to you, but in the future this position may have partial management responsibility over Office Managers.

**Entire Agreement:** This employment agreement, along with the Confidentiality Agreement, sets forth the terms and conditions of your employment with the Company, and supersedes any prior representations or agreements concerning your employment with the Company, whether written or oral. You acknowledge and agree that you are not relying on any statements or representations concerning the Company or your employment with the Company except those made in this agreement. This employment agreement may not be modified or amended except by a written agreement signed by you and an authorized officer of the Company. **This agreement is not a contract. Your employment is at-will and may be severed by either party without notice.**

Printed name  Leah Raffles

Sincerely,

Signature  *Leah Raffles*

HR Director
Southern R&R Corporate
5865 Ridgeway Center Pkwy, Suite 200
Memphis, TN, 38120
(901) 616-7718

*Curtis Brown*

Scanned with CamScanner