

# Brad Hadamik

Managing Director
Technology, Digital Insights & Risk Management

1301 McKinney Street, Suite 3500, Houston, TX, 77010
+1 346 462 8953
Brad.Hadamik@fticonsulting.com

**Education**
B.S., Business, Miami University (Ohio)

**Certifications/Licenses**
EnCase Certified Examiner

Cellebrite Advanced Smartphone Analysis (CASA) Examiner

Private Investigator, Texas Department of Public Safety (License #: 01531842)

Certified Information Systems Auditor (*inactive*)

**Brad Hadamik** is a digital forensics and E-Discovery expert with 20 years of experience. Mr. Hadamik provides clients with forensic analysis, litigation readiness and consulting in global investigations, litigations, audits and other high-risk matters. He provides written testimony to courts and regulators relating to the forensic analysis of a wide range of systems and devices for a variety of disputes and investigations. Mr. Hadamik works with clients in diverse industry sectors including energy, mining, government, healthcare, insurance, financial services, real estate and manufacturing.

Mr. Hadamik has led digital forensics and E-Discovery matters for *Fortune* 100 clients facing regulatory inquiries that have often times transitioned into complex litigations. He has provided technical and business know-how to clients and law firms while being a part of several global investigations, collection efforts, litigations, audits, data analytics projects, financial restatements and engagements where clients have required answers to unresolved issues.

Mr. Hadamik began his career undertaking information technology audits, before shifting focus to E-Discovery and digital forensics. Prior to joining FTI Technology, Mr. Hadamik held several forensics and auditor roles within multiple Big Four consulting firms.

**EXPERTS WITH IMPACT™**



Brad Hadamik

**Relevant Experience:**

— Performed a forensic analysis on iOS data sources and presented findings and opinions in an expert report and deposition.

— Served as the subject matter expert for numerous clients in intellectual property/trade secret cases. Metadata was often at the heart of each case given it is a critical component in uncovering unauthorized access, copying, transfer, or dissemination of sensitive information.

— Delivered reports opining on the authenticity of documents leveraging metadata and other digital artifacts identified on computer systems and/or mobile devices to do so.

— Led collection, review support and production efforts in the People's Republic of China for a client investigation involving the alleged unauthorized sale of equipment to a U.S. sanctioned country. Also assisted the client with facilitating document review to determine whether there was a broader issue of unauthorized sales.

— Collected from, analyzed, and transformed data from various cloud and emerging data sources such as M365, Google Workspace, Slack and others. Provided guidance to clients on leading practice for collection, processing, review, and production of such sources.

— Provided digital forensics written testimony by way of multiple declarations in response to a class action lawsuit filed against a leading global chemical company client.

— Performed several computer and mobile forensics investigations related to intellectual property for clients across various sectors. Served in a subject matter expert capacity for numerous clients dealing with IP or trade secret theft concerns and in situations where restraining orders, temporary injunctions and other employment-related court orders are in play.

— Assisted a natural gas exploration company with their T&E Anti-Fraud Analytics Program. Co-developed the framework, SQL scripts, fraud tests and visualizations for the corporate security group's monitoring of T&E activity. This work ultimately helped the client uncover areas of fraud, waste and abuse within its employees' spending.

— Led data abstraction, analysis and lease roll-up activities for multiple oil, gas and chemical companies in an effort to help them achieve successful lease system implementations and compliance with FASB lease accounting standards.

— Performed an assessment for an executive audience of a financial services client's deceased customer notification process and provided suggestions to enhance existing processes.

— Assisted clients with information governance needs, including electronically stored information (ESI) data mapping and personally identifiable information (PII) data leakage risk assessments.

— Assisted financial auditors in analyzing journal entry and accounts receivable data, including analysis of client vendors and customers against OFAC sanctions list and other publicly and privately available databases.

**Testimony/Expert Witness:**

— Designated expert, expert report, and deposition - In RE Apple Inc., District Court of Hockley County, Texas, 286th Judicial District, Cause No. 190925996

— Designated expert and expert report - In RE City Waste Holdings, L.P. and City Waste, L.P., District Court of Harris County, Texas, 234th Judicial District, Cause No. 202212467

— Retained as subject matter expert - In RE Kuraray America, Inc., District Court of Harris Country, Texas, 333rd Judicial District, Cause No. 201862973



Brad Hadamik

**Publications and Speaking Engagements:**

— Hadamik, Brad (June 6, 2025). "In Digital Forensics, Beware of Over-Promised Tools and Techniques". https://www.ftitechnology.com/resources/blog/in-digital-forensics-beware-of-over-promised-tools-and-techniques.

— Fike, Rebecca; Hadamik, Brad; Hein, Nathan; Mady, Shelly (June 10, 2025). "The First 48 Hours: Setting the Right Course for an Internal Investigation". Panel/discussion. Association of Corporate Counsel, Dallas-Fort Worth.

