# **<u>EXHIBIT B</u>**

**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 24 | Date Range: 3/20/2025 - 3/24/2025 |

**Outline of Conversations**

 **chat7478406134257277** · 24 messages between 3/20/2025 - 3/24/2025 · Brian Wolff · Junior has small feet Feet · Leah Raffles

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **chat7478406134257277**

LR **Leah Raffles**                                                                 3/20/2025, 8:16 AM

On my way… I haven't been to bed… thriving off Adderall and Vyvanse… Went down a rabbit hole last night and started building a welcome presentation for your sales guys when they start, a sales training plan base model, and an employee handbook

> BW **Brian Wolff**                                                              3/20/2025, 8:19 AM

Nice !!!

LR **Leah Raffles**                                                                 3/20/2025, 8:22 AM

be ready Brian I have about 1 million questions for you on my list lol

> BW **Brian Wolff**                                                              3/20/2025, 8:25 AM

I was born ready !

LR **Leah Raffles**                                                                 3/20/2025, 8:26 AM

Don't let me forget, but will order those custom temporary tattoos while I'm up here so I can make your shoes like you wanted

> BW **Brian Wolff**                                                              3/20/2025, 8:26 AM

Ok shaggy has JPEG

LR **Leah Raffles**                                                                 3/20/2025, 8:29 AM

Will he be around today? I got things I need from him and I wanna show him. I started building us a custom AI brain to get smarter the more I tell it about the business… It can help him write script for the website plan social media campaigns, all kinds of shit

> LR **Leah Raffles**                                                             3/23/2025, 5:40 PM

What time are they required to be at work in the morning

> BW **Brian Wolff**                                                              3/23/2025, 5:40 PM

9:00

> LR **Leah Raffles**                                                             3/23/2025, 5:44 PM

dbrian- shaggy said you have some type of checklist for requirements when starting a vehicle already?

> BW **Brian Wolff**                                                              3/23/2025, 5:45 PM

We start them on Monday morning and Thursday morning , they check for lights and if they need gas , leave them running 10-15 min

> LR **Leah Raffles**                                                             3/23/2025, 5:47 PM

Perfect thanks!

> BW **Brian Wolff**                                                              3/23/2025, 5:47 PM

Loved "Perfect thanks!"

> BW **Brian Wolff**                                                              3/23/2025, 5:48 PM

Also keep them lined up , wheels straight , windows up

> LR    **Leah Raffles**                                                                                    3/24/2025, 3:38 AM
⌘

*Attachment: USA FLEET Employee Handbook.pdf (415 KB)*

> LR    **Leah Raffles**                                                                                    3/24/2025, 3:40 AM
I already noticed something I have to change lol….but look over it and let me know what adjustments or additions you
need

> LR    **Leah Raffles**                                                                                    3/24/2025, 9:30 AM
Nothing?! I wrote y'all a book!!!

> BW    **Brian Wolff**                                                                                     3/24/2025, 9:31 AM
Loved "Nothing?! I wrote y'all a book!!!"

> BW    **Brian Wolff**                                                                                     3/24/2025, 9:32 AM
We getting there , gotta read on computer

> LR    **Leah Raffles**                                                                                    3/24/2025, 9:32 AM
I forgot you are blind lol

> JF    **Junior has small feet Feet**                                                                      3/24/2025, 9:34 AM
Love it!

> JF    **Junior has small feet Feet**                                                                      3/24/2025, 9:34 AM
Literally forgot to press send

> LR    **Leah Raffles**                                                                                    3/24/2025, 9:35 AM
0⌘This is the updated one because I renamed #12

*Attachment: USA Fleet employee handbook.pdf (415 KB)*

> JF    **Junior has small feet Feet**                                                                      3/24/2025, 3:34 PM
Loved an attachment



# EMPLOYEE

# HANDBOOK

# TABLE OF CONTENTS

1. **Welcome to USA Fleet Sales**
2. **Company Overview**
3. **Employment Policies**
4. **Code of Conduct**
5. **Sales Policies and Procedures**
6. **Compensation Structure**
7. **Vehicle Management**
8. **Training and Development**
9. **Workplace Safety**
10. **Company Technology and Resources**
11. **Social Media Posting Policy**
12. **Morning Lot Check Requirements**
13. **Vehicle Mechanics Checklist**
14. **Acknowledgment**



# WELCOME TO USA FLEET SALES

Welcome to USA Fleet Sales — we're thrilled to have you as part of our team! You're not just joining a dealership — you're becoming a member of a driven, energized culture that believes in hard work, high standards, and doing things the right way.

At USA Fleet Sales, we are passionate about setting the gold standard in the commercial vehicle sales industry. Our mission goes beyond simply selling trucks — we provide reliable solutions for businesses that depend on these vehicles to power their livelihood. Every sale we make impacts someone's business, family, and future, and we take that responsibility seriously.

Culture is everything to us. We believe in a winning environment where teammates uplift one another, celebrate each other's successes, and take personal ownership of their growth. We believe that hustle, positivity, and professionalism should be at the heart of everything we do — whether we're working with customers, helping a co-worker, or posting a new vehicle on social media.

This handbook outlines the core policies, procedures, and expectations that ensure consistency, performance, and fairness for everyone on our team. By understanding what's expected, you'll be better equipped to succeed and thrive here at USA Fleet Sales. Let's raise the bar and set the standard together — welcome to the team!

# COMPANY OVERVIEW

**Mission Statement**
To provide quality commercial vehicles and exceptional service to businesses across Tennessee and beyond, with industry-leading turnaround times and customer satisfaction. We aim to be the go-to solution for businesses seeking dependable fleet vehicles, expert guidance, and transparent, efficient service from first contact through delivery.

**Our Vision** To lead the industry in fleet vehicle sales by providing unmatched service, cutting-edge vehicle solutions, and a culture of accountability and innovation that creates long-term value for both our clients and our team.

**Who We Serve** USA Fleet Sales works with a wide range of clients—from contractors and small businesses to large commercial operations—who rely on their fleet to drive productivity and growth. Our team plays a crucial role in helping these businesses operate smoothly, meet customer demand, and maintain professional, road-ready fleets.

Core Values Our culture is built on a foundation of values that guide every decision we make:

- **Integrity:** We do what's right, even when no one is watching. Every sale must be honest and transparent.
- **Excellence:** We pursue the highest standards in sales, service, and operations. No shortcuts.
- **Innovation:** We constantly seek better ways to serve our clients and improve our processes.
- **Efficiency:** We respect our customers' time and make every interaction purposeful.
- **Growth:** Personally and professionally, we are committed to development and success—for our customers, our company, and ourselves.

By aligning with these values daily, we create a workplace that inspires performance, promotes loyalty, and achieves big results.

**2**

# EMPLOYMENT POLICY

## Employment Status
- Full-time employees work 40 hours per week
- 90-day probationary period for all new hires
- At-will employment relationship

## Work Hours
- Start time: 9:00 AM
- Standard business hours: Monday–Friday
- Weekend schedules as required

## Attendance
- Punctuality is essential
- Notify manager of absences minimum 2 hours before shift
- Excessive absences may result in disciplinary action

## Additional Policies
- All keys must be checked in/out with the Sales Manager (sign-in chart required; last 6 of VIN must be noted).
- Participation in the 5-star Google review incentive program: $25 per review from a customer. The review must include your name to qualify. Payout is capped at ten qualifying reviews per month.

# CODE OF CONDUCT

**Professional Behavior**

As a representative of USA Fleet Sales, you are expected to conduct yourself in a professional, and courteous manner at all times. Whether interacting with customers, coworkers, vendors, or the public, you reflect the values and reputation of our company.

**We expect team members to:**
- Treat everyone with dignity and respect
- Communicate clearly and respectfully
- Avoid gossip, negativity, or toxic behavior in the workplace
- Act responsibly in all work-related situations
- Be accountable for your words, decisions, and actions

Respect for Colleagues and Customers Every member of our team is important. We promote a workplace that values diversity, collaboration, and mutual respect. Customer satisfaction is a direct result of internal cooperation and morale, so we expect all employees to foster a positive, team-oriented culture.

**Confidentiality**

Employees must maintain the confidentiality of all proprietary business information, client data, and employee records. This includes vehicle pricing, customer contact info, deal structures, commission schedules, and more. Breaches of confidentiality may result in disciplinary action or termination.

**Dress Code**

Our professional image is critical to customer trust. Employees must maintain a clean, polished appearance every day.
- Wear USA Fleet Sales-branded gear or business casual attire
- Pants must be neat, and free of holes or distress
- No offensive graphics, baggy clothes, or open-toed footwear
- Facial hair should be neat and well-maintained
- Good hygiene is expected daily

**Management reserves the right to ask any employee to change or correct appearance if deemed unprofessional or inconsistent with company standards.**

**4**

# SALES POLICIES AND PROCEDURES

Our sales process is designed to ensure consistency, compliance, and exceptional customer service. Sales Representatives are expected to follow established protocols. Every customer deserves a consistent and professional experience from first contact to post-sale.

- **Lead Management:** All leads must be entered and tracked in Dealer Center with appropriate status updates and notes. Leads should be contacted within 30 minutes of assignment and followed up on regularly.
- **Customer Qualification:** Ask questions to understand the customer's business, vehicle use case, budget, and timeline. Recommend suitable vehicles and upfitting solutions accordingly.
- **Vehicle Presentation:** Provide detailed walkarounds, highlight key features, and explain the benefits of our inventory. Reps should know the product inside and out.
- **Test Drives:** Follow the test drive protocol—verify license, accompany the drive, and log it appropriately.
- **Pricing and Financing:** Clearly explain pricing, financing options, and any available warranties.
- **Closing the Deal:** Ensure all documents are complete, signatures are collected, and payments are received per policy. All documents must be submitted through Dealer Center.
- **Post-Sale Follow-Up:** Follow up with the customer within 24–48 hours after delivery to ensure satisfaction, answer questions, and ask for a review or referral.

**Performance Tracking**

We use key performance indicators (KPIs) to track each rep's performance and guide coaching conversations.

- **Vehicles Sold:** The number of vehicles sold per month directly impacts commission tiers and bonuses.
- **Lead Conversion Rate:** The percentage of leads converted into buyers.
- **CRM Activity Compliance:** Daily log-ins and documentation in Dealer Center.
- **A&G Truck Bed Upsell Revenue:** Contribution to accessory sales.
- **Customer Satisfaction:** Quality of interactions and reviews mentioning your name.
- **Social Media Posting Compliance:** Minimum required posts completed each day.

**5**

# SALES REP COMPENSATION STRUCTURE

### Base Commission
- 15% commission on net profit of every utility vehicle sold
- 20% commission on all vehicles in following month if 9+ vehicles are sold in current month

### Volume Bonuses
- 15+ vehicles = $2,000 bonus
- 30+ vehicles = $5,000 bonus

### A&G Truck Beds Upsell
- 20% commission on net profit of upsell (separate from vehicle commission)

### Commission Terms
- Net profit calculated after applicable costs and discounts
- Sales must be finalized, delivered, and paid in full before commission payment
- Commissions paid bi-weekly; bonuses on first paycheck following month-end
- Post-sale repairs or returns/swaps will result in commission adjustments
- Commission disputes must be reported within 5 business days

# VEHICLE MANAGEMENT

Vehicle management is essential to keeping our inventory in pristine condition. Sales Representatives play a vital role in ensuring vehicles are accessible, secured, and properly maintained during the sales process.

**Test Drives** Test drives are one of the most important touchpoints with our customers. It is your responsibility to create a safe, informative, and confident experience during every test drive.

- Always verify and retain a copy of the customer's driver's license before initiating a test drive.
- All test drives must be accompanied by a USA Fleet Sales representative—no exceptions.
- Ensure the vehicle is safe and presentable before the drive (fuel, tire pressure, seat adjusted, etc.).
- Be prepared to answer questions about specs, performance, upfitting options, and pricing.

**Key Management** Key control is critical for safety, inventory tracking, and professionalism.

- Keys must be signed in and out daily through the Sales Manager or designated sign-in chart.
- Each entry must include the rep's name, time, and last 6 digits of the vehicle VIN.
- Never leave keys unattended, especially inside vehicles.
- Always return keys immediately after use.
- Notify management of missing or malfunctioning key fobs.

**Inventory Presentation** Sales reps are responsible for the condition and appearance of the vehicles on the lot. You should take pride in how our inventory is presented to potential buyers.

- Make sure vehicles are clean, lined up properly, and in top visual condition.
- Ensure window stickers and pricing sheets are up to date and visible.
- Report any damage, odd smells, or cleanliness concerns immediately.

# TRAINING AND DEVELOPMENT

At USA Fleet Sales, training and development are at the core of our success. We believe that when our people grow, the company grows. Our training is designed to provide every sales rep with the tools, knowledge, and confidence to excel in commercial vehicle sales.

**Initial Training Program** All new hires will complete a structured onboarding program during their first week. This includes both classroom-style instruction and hands-on training. Key components include:

- **Auto Sales Fundamentals:** Learn the full customer journey from first contact to closing. Topics include prospecting, qualifying, objection handling, closing techniques, and post-sale follow-up.
- **Dealer Center CRM System:** In-depth walkthrough of logging activities, scheduling follow-ups, managing leads, and submitting paperwork.
- **Microsoft Suite Proficiency:** Basic training in Excel, Word, Outlook, and Teams to support communication and deal tracking.
- **Company Operations and Procedures:** Understanding how USA Fleet Sales operates day-to-day, including inventory management, vehicle intake, and interdepartmental communication.
- **Product Knowledge:** Deep dive into our vehicle types, features, upfitting packages, warranties, and how to explain value to customers.
- **Finance and Compliance:** Introduction to financing options, documentation requirements, and legal compliance related to vehicle sales.

We are also committed to continual learning.  You'll sharpen your skills, increase your earning potential, and contribute to setting the standard in fleet sales.

# WORKPLACE SAFETY

At USA Fleet Sales, your safety—and the safety of your team, customers, and the community—is a top priority. A safe work environment ensures productivity, reduces risk, and reinforces the professionalism we expect from our entire staff.

## General Safety

- Maintain a clean and organized workspace inside the office and throughout the lot
- Keep walkways, entry points, and exits clear of debris or obstacles
- Store equipment, tools, and supplies properly to avoid hazards
- Follow all posted safety instructions and participate in emergency drills when scheduled

## Emergency Procedures

- In case of fire, medical emergency, or extreme weather, follow the posted emergency exit plans
- Know where fire extinguishers, first aid kits, and emergency contacts are located
- If you witness an accident or incident, notify management and document details immediately
- Do not leave the scene of a workplace incident without proper clearance

## Vehicle Safety

- Always operate dealership vehicles with care, and full awareness of your surroundings
- Obey all traffic laws and speed limits on and off the lot
- Verify that customers are licensed and safe to test drive — and accompany all test drives as required
- Report any vehicle damage or mechanical issues immediately

Workplace safety is everyone's responsibility. A single mistake can cause injury, damage a vehicle, or cost the company thousands. Always stay alert, act responsibly, and look out for your team.

**9**

# COMPANY TECHNOLOGY & RESOURCES

At USA Fleet Sales, technology is a key component of our business success. From CRM systems to digital communication tools, we rely on these platforms to manage leads, document activity, and communicate with both customers and the internal team.

**CRM System:** Dealer Center Dealer Center is the heart of your daily workflow as a sales rep.

- Every customer interaction must be logged in Dealer Center — calls, emails, texts, appointments, test drives, etc.
- You are required to enter notes, status updates, and next follow-up tasks within 24 hours of each interaction.
- Accurate recordkeeping ensures better communication, stronger customer service, and proper deal tracking.
- Leads assigned to you must be followed up with consistently and tracked for accountability.
- Use the CRM to pull reports, review KPIs, and set reminders for high-priority opportunities.

**Company Equipment**

- Company phones, tablets, or laptops (if issued) must be used solely for work purposes.
- Protect devices from theft, water damage, and unnecessary wear.
- Always log out of programs and lock screens when not in use.
- Any technical issues must be reported to your manager right away.

By properly using and protecting our technology tools, we ensure accuracy, security, and performance across every area of the business.

# SOCIAL MEDIA POSTING POLICY

At USA Fleet Sales, our digital presence plays a vital role in generating leads, building brand trust, and showcasing our unique culture. As a Sales Representative, you are an extension of our brand online just as much as in person.

**Posting Requirement** Each Sales Representative is required to post a minimum of **2 videos per day** on personal or business-related social media platforms. Acceptable platforms include Instagram, Facebook, and TikTok.

**Content Ideas:**
- Vehicle walkarounds or inventory highlights
- Customer deliveries or testimonial clips
- Behind-the-scenes footage at the lot
- Vehicle start-up or feature demonstrations
- Service or upfitting spotlights
- Deal celebrations or sales tips

**Best Practices for Posting:**
- Always tag @usafleetsales in your posts and include approved hashtags like #USAFleetSales, #FleetLife, #WorkTrucks, etc.
- Keep all content professional, energetic, and aligned with our brand tone
- Make sure videos are clear, steady, and have good lighting/audio
- Include yourself in the video when possible to build trust and brand recognition

**Accountability & Compliance:**
- Management may audit your posts
- Reps who go above and beyond may be featured on the company's official page, gaining additional exposure
-

The goal is not just to post — it's to promote the dealership, educate our audience, and show your personality as a trusted advisor in fleet sales.

**11**

# OPENING & CLOSING REQUIREMENTS

**Morning Opening Duties:**

- Walk the entire lot and assess presentation
- Pick up any visible trash throughout the lot
- Confirm all vehicles are clean and trash-free
- Ensure all vehicles are lined up properly with wheels straight and windows up
- Verify that all price tags and stickers are visible and accurate
- Re-park crooked or blocked vehicles
- Check for fluid leaks or visible damage
- Confirm all keys are in the correct boxes
- Start all vehicles every **Monday and Thursday morning**
  - Check for dashboard warning lights and fuel levels
  - Leave vehicles running for 10–15 minutes to maintain battery health
- **Check DealerCenter for any new leads, tasks, or scheduled appointment**s
- Report any issues or concerns to the Sales Manager immediately

**End-of-Day Closing Duties:**

- Complete all required paperwork in DealerCenter for vehicles sold that day
- Ensure customer files and documentation are stored securely and accurately
- Put away all marketing materials, keys, chargers, and office items
- Ensure the dealership lobby, offices, and lot are clean and free of trash
- Make sure all vehicles are locked
- Confirm all keys are in the lock box and accounted for
- Turn off all office lights and electronics
- Lock all dealership doors
- Set the alarm system before exiting

12

# VEHICLE MECHANICS CHECKLIST

***To be completed when starting vehicles or receiving new inventory***

This checklist ensures that each vehicle on the lot is safe, functional, and ready to be shown or delivered to a customer. Whether you're doing a routine start-up or inspecting a newly arrived unit, you are responsible for documenting the vehicle's condition thoroughly. This checklist should be completed every time we start a vehicle.

- Start engine and allow idle for 3–5 minutes
- Check battery health and warning lights
- Verify all fluid levels (oil, coolant, brake, transmission)
- Check for unusual noises or vibrations
- Confirm tire pressure and tread
- Test lights, wipers, and horn
- Note interior condition and cleanliness
- Report issues immediately

**13**

# ACKNOWLEDGEMENT

*I acknowledge that I have received and read the USA Fleet Sales Sales Representative Handbook. I understand and agree to comply with the policies, procedures, and expectations outlined in this handbook.*

**Employee Name:**

**Signature:**

**Date:**



# EMPLOYEE

# HANDBOOK

# TABLE OF CONTENTS

1. **Welcome to USA Fleet Sales**
2. **Company Overview**
3. **Employment Policies**
4. **Code of Conduct**
5. **Sales Policies and Procedures**
6. **Compensation Structure**
7. **Vehicle Management**
8. **Training and Development**
9. **Workplace Safety**
10. **Company Technology and Resources**
11. **Social Media Posting Policy**
12. **Open & Close Requirements**
13. **Vehicle Mechanics Checklist**
14. **Acknowledgment**



# WELCOME TO USA FLEET SALES

Welcome to USA Fleet Sales — we're thrilled to have you as part of our team! You're not just joining a dealership — you're becoming a member of a driven, energized culture that believes in hard work, high standards, and doing things the right way.

At USA Fleet Sales, we are passionate about setting the gold standard in the commercial vehicle sales industry. Our mission goes beyond simply selling trucks — we provide reliable solutions for businesses that depend on these vehicles to power their livelihood. Every sale we make impacts someone's business, family, and future, and we take that responsibility seriously.

Culture is everything to us. We believe in a winning environment where teammates uplift one another, celebrate each other's successes, and take personal ownership of their growth. We believe that hustle, positivity, and professionalism should be at the heart of everything we do — whether we're working with customers, helping a co-worker, or posting a new vehicle on social media.

This handbook outlines the core policies, procedures, and expectations that ensure consistency, performance, and fairness for everyone on our team. By understanding what's expected, you'll be better equipped to succeed and thrive here at USA Fleet Sales. Let's raise the bar and set the standard together — welcome to the team!

# COMPANY OVERVIEW

**Mission Statement**
To provide quality commercial vehicles and exceptional service to businesses across Tennessee and beyond, with industry-leading turnaround times and customer satisfaction. We aim to be the go-to solution for businesses seeking dependable fleet vehicles, expert guidance, and transparent, efficient service from first contact through delivery.

**Our Vision** To lead the industry in fleet vehicle sales by providing unmatched service, cutting-edge vehicle solutions, and a culture of accountability and innovation that creates long-term value for both our clients and our team.

**Who We Serve** USA Fleet Sales works with a wide range of clients—from contractors and small businesses to large commercial operations—who rely on their fleet to drive productivity and growth. Our team plays a crucial role in helping these businesses operate smoothly, meet customer demand, and maintain professional, road-ready fleets.

Core Values Our culture is built on a foundation of values that guide every decision we make:

- **Integrity:** We do what's right, even when no one is watching. Every sale must be honest and transparent.
- **Excellence:** We pursue the highest standards in sales, service, and operations. No shortcuts.
- **Innovation:** We constantly seek better ways to serve our clients and improve our processes.
- **Efficiency:** We respect our customers' time and make every interaction purposeful.
- **Growth:** Personally and professionally, we are committed to development and success—for our customers, our company, and ourselves.

By aligning with these values daily, we create a workplace that inspires performance, promotes loyalty, and achieves big results.

**2**

# EMPLOYMENT POLICY

**Employment Status**
- Full-time employees work 40 hours per week
- 90-day probationary period for all new hires
- At-will employment relationship

**Work Hours**
- Start time: 9:00 AM
- Standard business hours: Monday–Friday
- Weekend schedules as required

**Attendance**
- Punctuality is essential
- Notify manager of absences minimum 2 hours before shift
- Excessive absences may result in disciplinary action

**Additional Policies**
- All keys must be checked in/out with the Sales Manager (sign-in chart required; last 6 of VIN must be noted).
- Participation in the 5-star Google review incentive program: $25 per review from a customer. The review must include your name to qualify. Payout is capped at ten qualifying reviews per month.

**3**

# CODE OF CONDUCT

**Professional Behavior**

As a representative of USA Fleet Sales, you are expected to conduct yourself in a professional, and courteous manner at all times. Whether interacting with customers, coworkers, vendors, or the public, you reflect the values and reputation of our company.

**We expect team members to:**

- Treat everyone with dignity and respect
- Communicate clearly and respectfully
- Avoid gossip, negativity, or toxic behavior in the workplace
- Act responsibly in all work-related situations
- Be accountable for your words, decisions, and actions

Respect for Colleagues and Customers Every member of our team is important. We promote a workplace that values diversity, collaboration, and mutual respect. Customer satisfaction is a direct result of internal cooperation and morale, so we expect all employees to foster a positive, team-oriented culture.

**Confidentiality**

Employees must maintain the confidentiality of all proprietary business information, client data, and employee records. This includes vehicle pricing, customer contact info, deal structures, commission schedules, and more. Breaches of confidentiality may result in disciplinary action or termination.

**Dress Code**

Our professional image is critical to customer trust. Employees must maintain a clean, polished appearance every day.

- Wear USA Fleet Sales-branded gear or business casual attire
- Pants must be neat, and free of holes or distress
- No offensive graphics, baggy clothes, or open-toed footwear
- Facial hair should be neat and well-maintained
- Good hygiene is expected daily

**Management reserves the right to ask any employee to change or correct appearance if deemed unprofessional or inconsistent with company standards.**

4

# SALES POLICIES AND PROCEDURES

Our sales process is designed to ensure consistency, compliance, and exceptional customer service. Sales Representatives are expected to follow established protocols. Every customer deserves a consistent and professional experience from first contact to post-sale.

- **Lead Management:** All leads must be entered and tracked in Dealer Center with appropriate status updates and notes. Leads should be contacted within 30 minutes of assignment and followed up on regularly.
- **Customer Qualification:** Ask questions to understand the customer's business, vehicle use case, budget, and timeline. Recommend suitable vehicles and upfitting solutions accordingly.
- **Vehicle Presentation:** Provide detailed walkarounds, highlight key features, and explain the benefits of our inventory. Reps should know the product inside and out.
- **Test Drives:** Follow the test drive protocol—verify license, accompany the drive, and log it appropriately.
- **Pricing and Financing:** Clearly explain pricing, financing options, and any available warranties.
- **Closing the Deal:** Ensure all documents are complete, signatures are collected, and payments are received per policy. All documents must be submitted through Dealer Center.
- **Post-Sale Follow-Up:** Follow up with the customer within 24–48 hours after delivery to ensure satisfaction, answer questions, and ask for a review or referral.

## Performance Tracking

We use key performance indicators (KPIs) to track each rep's performance and guide coaching conversations.

- **Vehicles Sold:** The number of vehicles sold per month directly impacts commission tiers and bonuses.
- **Lead Conversion Rate:** The percentage of leads converted into buyers.
- **CRM Activity Compliance:** Daily log-ins and documentation in Dealer Center.
- **A&G Truck Bed Upsell Revenue:** Contribution to accessory sales.
- **Customer Satisfaction:** Quality of interactions and reviews mentioning your name.
- **Social Media Posting Compliance:** Minimum required posts completed each day.

# SALES REP COMPENSATION STRUCTURE

**Base Commission**
- 15% commission on net profit of every utility vehicle sold
- 20% commission on all vehicles in following month if 9+ vehicles are sold in current month

**Volume Bonuses**
- 15+ vehicles = $2,000 bonus
- 30+ vehicles = $5,000 bonus

**A&G Truck Beds Upsell**
- 20% commission on net profit of upsell (separate from vehicle commission)

**Commission Terms**
- Net profit calculated after applicable costs and discounts
- Sales must be finalized, delivered, and paid in full before commission payment
- Commissions paid bi-weekly; bonuses on first paycheck following month-end
- Post-sale repairs or returns/swaps will result in commission adjustments
- Commission disputes must be reported within 5 business days

# VEHICLE MANAGEMENT

Vehicle management is essential to keeping our inventory in pristine condition. Sales Representatives play a vital role in ensuring vehicles are accessible, secured, and properly maintained during the sales process.

**Test Drives** Test drives are one of the most important touchpoints with our customers. It is your responsibility to create a safe, informative, and confident experience during every test drive.

- Always verify and retain a copy of the customer's driver's license before initiating a test drive.
- All test drives must be accompanied by a USA Fleet Sales representative—no exceptions.
- Ensure the vehicle is safe and presentable before the drive (fuel, tire pressure, seat adjusted, etc.).
- Be prepared to answer questions about specs, performance, upfitting options, and pricing.

**Key Management** Key control is critical for safety, inventory tracking, and professionalism.

- Keys must be signed in and out daily through the Sales Manager or designated sign-in chart.
- Each entry must include the rep's name, time, and last 6 digits of the vehicle VIN.
- Never leave keys unattended, especially inside vehicles.
- Always return keys immediately after use.
- Notify management of missing or malfunctioning key fobs.

**Inventory Presentation** Sales reps are responsible for the condition and appearance of the vehicles on the lot. You should take pride in how our inventory is presented to potential buyers.

- Make sure vehicles are clean, lined up properly, and in top visual condition.
- Ensure window stickers and pricing sheets are up to date and visible.
- Report any damage, odd smells, or cleanliness concerns immediately.

# TRAINING AND DEVELOPMENT

At USA Fleet Sales, training and development are at the core of our success. We believe that when our people grow, the company grows. Our training is designed to provide every sales rep with the tools, knowledge, and confidence to excel in commercial vehicle sales.

**Initial Training Program** All new hires will complete a structured onboarding program during their first week. This includes both classroom-style instruction and hands-on training. Key components include:

- **Auto Sales Fundamentals:** Learn the full customer journey from first contact to closing. Topics include prospecting, qualifying, objection handling, closing techniques, and post-sale follow-up.
- **Dealer Center CRM System:** In-depth walkthrough of logging activities, scheduling follow-ups, managing leads, and submitting paperwork.
- **Microsoft Suite Proficiency:** Basic training in Excel, Word, Outlook, and Teams to support communication and deal tracking.
- **Company Operations and Procedures:** Understanding how USA Fleet Sales operates day-to-day, including inventory management, vehicle intake, and interdepartmental communication.
- **Product Knowledge:** Deep dive into our vehicle types, features, upfitting packages, warranties, and how to explain value to customers.
- **Finance and Compliance:** Introduction to financing options, documentation requirements, and legal compliance related to vehicle sales.

We are also committed to continual learning.  You'll sharpen your skills, increase your earning potential, and contribute to setting the standard in fleet sales.

# WORKPLACE SAFETY

At USA Fleet Sales, your safety—and the safety of your team, customers, and the community—is a top priority. A safe work environment ensures productivity, reduces risk, and reinforces the professionalism we expect from our entire staff.

### General Safety

- Maintain a clean and organized workspace inside the office and throughout the lot
- Keep walkways, entry points, and exits clear of debris or obstacles
- Store equipment, tools, and supplies properly to avoid hazards
- Follow all posted safety instructions and participate in emergency drills when scheduled

### Emergency Procedures

- In case of fire, medical emergency, or extreme weather, follow the posted emergency exit plans
- Know where fire extinguishers, first aid kits, and emergency contacts are located
- If you witness an accident or incident, notify management and document details immediately
- Do not leave the scene of a workplace incident without proper clearance

### Vehicle Safety

- Always operate dealership vehicles with care, and full awareness of your surroundings
- Obey all traffic laws and speed limits on and off the lot
- Verify that customers are licensed and safe to test drive — and accompany all test drives as required
- Report any vehicle damage or mechanical issues immediately

Workplace safety is everyone's responsibility. A single mistake can cause injury, damage a vehicle, or cost the company thousands. Always stay alert, act responsibly, and look out for your team.

**9**

# COMPANY TECHNOLOGY & RESOURCES

At USA Fleet Sales, technology is a key component of our business success. From CRM systems to digital communication tools, we rely on these platforms to manage leads, document activity, and communicate with both customers and the internal team.

**CRM System:** Dealer Center Dealer Center is the heart of your daily workflow as a sales rep.
- Every customer interaction must be logged in Dealer Center — calls, emails, texts, appointments, test drives, etc.
- You are required to enter notes, status updates, and next follow-up tasks within 24 hours of each interaction.
- Accurate recordkeeping ensures better communication, stronger customer service, and proper deal tracking.
- Leads assigned to you must be followed up with consistently and tracked for accountability.
- Use the CRM to pull reports, review KPIs, and set reminders for high-priority opportunities.

**Company Equipment**
- Company phones, tablets, or laptops (if issued) must be used solely for work purposes.
- Protect devices from theft, water damage, and unnecessary wear.
- Always log out of programs and lock screens when not in use.
- Any technical issues must be reported to your manager right away.

By properly using and protecting our technology tools, we ensure accuracy, security, and performance across every area of the business.

10

# SOCIAL MEDIA POSTING POLICY

At USA Fleet Sales, our digital presence plays a vital role in generating leads, building brand trust, and showcasing our unique culture. As a Sales Representative, you are an extension of our brand online just as much as in person.

**Posting Requirement** Each Sales Representative is required to post a minimum of **2 videos per day** on personal or business-related social media platforms. Acceptable platforms include Instagram, Facebook, and TikTok.

### Content Ideas:
- Vehicle walkarounds or inventory highlights
- Customer deliveries or testimonial clips
- Behind-the-scenes footage at the lot
- Vehicle start-up or feature demonstrations
- Service or upfitting spotlights
- Deal celebrations or sales tips

### Best Practices for Posting:
- Always tag @usafleetsales in your posts and include approved hashtags like #USAFleetSales, #FleetLife, #WorkTrucks, etc.
- Keep all content professional, energetic, and aligned with our brand tone
- Make sure videos are clear, steady, and have good lighting/audio
- Include yourself in the video when possible to build trust and brand recognition

### Accountability & Compliance:
- Management may audit your posts
- Reps who go above and beyond may be featured on the company's official page, gaining additional exposure
-

The goal is not just to post — it's to promote the dealership, educate our audience, and show your personality as a trusted advisor in fleet sales.

**11**

# OPEN & CLOSE REQUIREMENTS

**Morning Opening Duties:**

- Walk the entire lot and assess presentation
- Pick up any visible trash throughout the lot
- Confirm all vehicles are clean and trash-free
- Ensure all vehicles are lined up properly with wheels straight and windows up
- Verify that all price tags and stickers are visible and accurate
- Re-park crooked or blocked vehicles
- Check for fluid leaks or visible damage
- Confirm all keys are in the correct boxes
- Start all vehicles every **Monday and Thursday morning**
  - Check for dashboard warning lights and fuel levels
  - Leave vehicles running for 10–15 minutes to maintain battery health
- **Check DealerCenter for any new leads, tasks, or scheduled appointment**s
- Report any issues or concerns to the Sales Manager immediately

**End-of-Day Closing Duties:**

- Complete all required paperwork in DealerCenter for vehicles sold that day
- Ensure customer files and documentation are stored securely and accurately
- Put away all marketing materials, keys, chargers, and office items
- Ensure the dealership lobby, offices, and lot are clean and free of trash
- Make sure all vehicles are locked
- Confirm all keys are in the lock box and accounted for
- Turn off all office lights and electronics
- Lock all dealership doors
- Set the alarm system before exiting

# VEHICLE MECHANICS CHECKLIST

***To be completed when starting vehicles or receiving new inventory***

This checklist ensures that each vehicle on the lot is safe, functional, and ready to be shown or delivered to a customer. Whether you're doing a routine start-up or inspecting a newly arrived unit, you are responsible for documenting the vehicle's condition thoroughly. This checklist should be completed every time we start a vehicle.

- Start engine and allow idle for 3–5 minutes
- Check battery health and warning lights
- Verify all fluid levels (oil, coolant, brake, transmission)
- Check for unusual noises or vibrations
- Confirm tire pressure and tread
- Test lights, wipers, and horn
- Note interior condition and cleanliness
- Report issues immediately

# ACKNOWLEDGEMENT

*I acknowledge that I have received and read the USA Fleet Sales Sales Representative Handbook. I understand and agree to comply with the policies, procedures, and expectations outlined in this handbook.*

**Employee Name:**

**Signature:**

**Date:**

14