# **<u>EXHIBIT C</u>**

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 40 | Date Range: 3/28/2025 |

## Outline of Conversations

   **+19312207988** • 40 messages on 3/28/2025 • Junior has small feet Feet • Leah Raffles

**Messages in chronological order** (times are shown in GMT -05:00)

**+19312207988**

**LR** — **Leah Raffles** — 3/28/2025, 10:42 AM
i'm looking into it and I could probably take my GC in a few weeks and pass that bitch but there's one big thing is that I would need to be listed on the LLC for me to test…. So what if you guys figured out a situation where like every branch I was a 10% equity partner so it's minimal but I can be listed on the LLC or partnership documentation and then everybody could use my license… Something to think about, but I'm looking at this right now and I could take this bitch and pass it and I would also be fueled by the fact that Kirtis failed it. 🤣🤣🤣🤣🤣🤣🤣🤣

> **LR** — **Leah Raffles** — 3/28/2025, 11:56 AM
Highlighted yellow is what I need you to work on….

> **LR** — **Leah Raffles** — 3/28/2025, 11:57 AM
[OBJ]

*Attachment: Doc11.pdf (302 KB)*

> **LR** — **Leah Raffles** — 3/28/2025, 11:57 AM
I can get all my ducks in a row for the exam now but I need all that stuff to submit my passed test to register with the state

**LR** — **Leah Raffles** — 3/28/2025, 12:15 PM
can I use the amex and order this book? it's 88 bucks and I just found out that the first test is open book…how the HELL did kirtis fail?!?! 😂😂😂😂

> **JF** — **Junior has small feet Feet** — 3/28/2025, 12:18 PM
Lmao yeah it's open book

> **JF** — **Junior has small feet Feet** — 3/28/2025, 12:18 PM
Yes you can order it

**LR** — **Leah Raffles** — 3/28/2025, 12:22 PM
how do you fail an open book test?!

**LR** — **Leah Raffles** — 3/28/2025, 1:05 PM
the book is 150 to have it overnighted…i'm going to start studying and take the first test in like two weeks….we doing this thing

**LR** — **Leah Raffles** — 3/28/2025, 1:06 PM
it's two tests and I'm doing nascla second because fuck just tennessee we going to have all southern states…..OPEN BOOK?! how do you fail OPEN BOOK?!?!

**LR** — **Leah Raffles** — 3/28/2025, 1:08 PM
i need the security number on the front of the card

> **LR** — **Leah Raffles** — 3/28/2025, 1:10 PM
[OBJ]



Image: Screenshot 2025-03-28 at 1.09.29 PM.png (31 KB)

> LR  **Leah Raffles**  3/28/2025, 1:15 PM
> They have a prep course for $299 that has a 98% pass rate and gives me unlimited practice tests……can you tell my petty is fueling me??? To say I have my GC and I got it on the first try 😎😎😎

> LR  **Leah Raffles**  3/28/2025, 1:15 PM
> [OBJ]



Image: Screenshot 2025-03-28 at 1.13.40 PM.png (366 KB)

> LR  **Leah Raffles**  3/28/2025, 1:22 PM
> cIm not even paying attention to the executive call because all I care about is this bahahahahahahha

> JF  **Junior has small feet Feet**  3/28/2025, 1:29 PM
> Emphasized "They have a prep course for $299 that has a 98% pass rate and gives me unlimited practice tests……can you tell my petty is fueling me??? To say I have my GC and I got it on the first try 😎😎😎"

> JF  **Junior has small feet Feet**  3/28/2025, 1:30 PM
> We are going to smash this shit!!!!

> LR  **Leah Raffles**  3/28/2025, 1:31 PM
> Give me the code on the front of the amex…..Im ordering the book and when it gets here tomorrow Ill sign up for the online course and start studying tomorrow

> LR  **Leah Raffles**  3/28/2025, 1:34 PM
> This company offers the same thing for the NASCLA (much more expensive) but they are so confident that they give you money back if you fail

> LR  **Leah Raffles**  3/28/2025, 1:38 PM
> Scratch that……NASCLA doesnt cover BC-21 in tennessee……but I can get it later for other states…..we need the BC-A to cover BC-21 in tennessee

\> LR  **Leah Raffles**  3/28/2025, 1:40 PM
These are my options once I pass the business law test…

\> LR  **Leah Raffles**  3/28/2025, 1:40 PM
[OBJ]


Image: Screenshot 2025-03-28 at 1.39.55 PM.png (407 KB)

\> JF  **Junior has small feet Feet**  3/28/2025, 1:43 PM
Yes bca is what's needed

\> JF  **Junior has small feet Feet**  3/28/2025, 1:43 PM
[OBJ]Already had it and got Bailey on it as well


Image: IMG_7945.jpg (875 KB)

\> LR  **Leah Raffles**  3/28/2025, 1:44 PM
Im on the GC tell Bailey to watch videos on Quickbooks lol

\> LR  **Leah Raffles**  3/28/2025, 1:45 PM
We can do NASCLA when you want to take on commercial jobs

\> LR  **Leah Raffles**  3/28/2025, 1:47 PM
Bc once you're outside of your non compete we can get you added to the LLC and then we can do gov contracts…..minority veteran and a woman listed on the company…..WE GETTING THEM ALLLLLLLLLL

| | | |
|---|---|---|
| > LR | **Leah Raffles** | 3/28/2025, 1:48 PM |
| | I need her to be the master bc I am not lol | |
| > LR | **Leah Raffles** | 3/28/2025, 1:49 PM |
| | KShit…….you should pay for her to become a CPA…..we'd be UNSTOPPABLE | |
| > LR | **Leah Raffles** | 3/28/2025, 2:03 PM |
| | Give me the 4 digits so I can order the book lol | |
| > JF | **Junior has small feet Feet** | 3/28/2025, 3:02 PM |
| | We will bring in someone that specialize in commercial once we are in the black and Cory Allen will hunt all federal contracts | |
| > JF | **Junior has small feet Feet** | 3/28/2025, 3:05 PM |
| | I don't have my wallet on me right now | |
| LR | **Leah Raffles** | 3/28/2025, 3:58 PM |
| | Laughed at "I don't have my wallet on me right now " | |
| LR | **Leah Raffles** | 3/28/2025, 3:58 PM |
| | and hunting Federal contracts with you and I listed we're gonna get awarded all of them because you're a minority and a veteran and I'm a woman that lake puts us above everybody on federal contracts | |
| LR | **Leah Raffles** | 3/28/2025, 4:03 PM |
| | I found the front number. I did have it in a message to you when I sent you a photo of your card. | |
| > JF | **Junior has small feet Feet** | 3/28/2025, 4:06 PM |
| | Disabled vet so even better! | |
| > JF | **Junior has small feet Feet** | 3/28/2025, 4:06 PM |
| | Let me know when you run it | |
| LR | **Leah Raffles** | 3/28/2025, 4:07 PM |
| | I just ran it lol | |
| LR | **Leah Raffles** | 3/28/2025, 4:07 PM |
| | 141 | |
| LR | **Leah Raffles** | 3/28/2025, 4:08 PM |
| | I'm gonna read half that bitch by tomorrow when it gets here | |

## ✅ Step 1: Verify Your Eligibility

Before applying, ensure that you meet the following requirements:

* **Age Requirement:** You must be at least 18 years old.
* **Experience:** It's helpful (though not required) to have prior experience in roofing or the construction industry, especially if you plan to apply for a high monetary limit.

## ✅ Step 2: Choose the Right License Classification

* **License Classification:** You need a license with the **BC-21 Roofing classification** under the Building Contractor license.
    o BC (Building Contractor) License
    o BC-21 Subclassification allows roofing work specifically.

## ✅ Step 3: Take and Pass Required Exams

To qualify for a contractor's license, you'll need to pass:

1. **Business and Law Exam:** Required for all applicants. It covers state laws, rules, and regulations regarding business management, insurance, and taxes.
2. **Trade Exam:** The BC-21 Roofing exam focuses on roofing techniques, safety, codes, and installation processes.

### 📚 Exam Details:

* **Exam Provider:** PSI Services LLC ([psiexams.com](psiexams.com))
* **Cost per Exam:** $55 each
* **Exam Format:** Open-book, multiple-choice
* **Passing Score:** Minimum of 73% on both exams.

### 📝 How to Register:

* Schedule online at [PSI's Website](PSI's Website) or call (800) 733-9267.
* Bring valid government-issued identification on exam day.

## ✅ Step 4: Prepare Financial Documentation

You'll need to submit financial information with your application. This is used to establish your **monetary limit**, which is the maximum size of projects you're authorized to undertake.

📄 **Requirements:**

- **Financial Statement:** Reviewed or audited by a **Certified Public Accountant (CPA)**. A **Compilation Report** is sufficient if your monetary limit is under $1,500,000.
- **Monetary Limit Calculation:**
    - 10x working capital (current assets minus current liabilities), OR
    - 10x net worth (total assets minus total liabilities).

## ✅ Step 5: Provide Proof of Insurance

Tennessee requires licensed contractors to maintain:

- **General Liability Insurance:** Minimum coverage amount depends on your monetary limit.
- **Workers' Compensation Insurance:** Required if you have employees. Sole proprietors and partnerships without employees may be exempt but must file an exemption.

## ✅ Step 6: Register Your Business Entity

If operating as a **corporation, LLC, or partnership**, you must register your business with the **Tennessee Secretary of State**.

📄 **Business Registration Requirements:**

- Choose your business structure (LLC, Corporation, etc.)
- File formation documents with the Tennessee Secretary of State.
- Obtain an **Employer Identification Number (EIN)** from the IRS.

## ✅ Step 7: Submit Application to the Tennessee Board for Licensing Contractors

After passing your exams and gathering the required documentation, you can submit your application.

### 📄 Application Details:

- **Application Fee:** $250 (Non-refundable, valid for 2 years)
- **Form:** Download from the Tennessee Board for Licensing Contractors.
- **Deadline:** Applications must be submitted at least 20 days before the next Board meeting.

## ✅ Step 8: Pass Background Check (If Required)

Depending on your situation, you may be asked to submit a criminal background check.

## ✅ Step 9: Interview with the Board (If Requested)

In some cases, the Tennessee Board for Licensing Contractors may request an interview to assess your experience and qualifications.

## ✅ Step 10: Await License Approval

- **Processing Time:** 4 to 6 weeks after submission.
- **Board Review:** The Board meets monthly to review and approve applications.

## 📚 Recommended Exam Preparation Programs

To ensure you pass the required exams, consider enrolling in one of these reputable exam prep courses:

1. **American Contractors Exam Services**
   - 99% success rate
   - Offers trade and business law exam prep
2. **Builders License Training Institute**
   - Online, self-paced courses with practice exams
3. **AtHomePrep**
   - Live and online courses with exam simulations

## 📋 Summary Checklist

- ✓ Verify eligibility
- ✓ Choose BC-21 Roofing License
- ✓ Register for and pass Business and Law and Trade exams
- ✓ Submit financial statement reviewed by CPA
- ✓ Provide proof of insurance
- ✓ Register business entity (if required)
- ✓ Complete and submit license application
- ✓ Background check (if required)
- ✓ Attend interview (if required)
- ✓ Receive license approval



| | | |
|---|---|---|
| ① | Tennessee, 4th Edition - Tabs Bundle | $87.99 |

| Discount code | Apply |
|---|---|

| | |
|---|---|
| Subtotal | $87.99 |
| Shipping | $53.50 |

**Total**  USD **$141.49**



## Tennessee Business/Law for General Contractors Prep Course

**$299.00**

As low as $28.56/mo with PayPal. Learn more

**SKU:** TNBL-Course

**Reviews:** 5.0 stars, based on 230 reviews

**Course Guarantee:**

### View Our 110% Money Back Guarantee

#### Add Book And Book Tabs

 Tennessee Nascla Business Law & Project Management for General Contractors
$78.00

 NASCLA Business Law Book Tabs
$10.00

 Contractor Exam Calculator
$49.95

**ADD TO CART**



Chat with u





## Tennessee BC-A Residential Contractor

The BC-A Residential license permits ground-up residential construction, as well as residential remodeling.

**Exams Required:** Tennessee BC-A trades exam and Tennessee Business Law exam.

## Tennessee BC-A(B) Residential & Small Commercial Contractor

The BC-Ab license allows residential construction and small commercial projects up to $1,500,000.

**Exams Required:** Tennessee BC-Ab trades exam and Tennessee Business Law exam.



# Tennessee Residential Contractor (BC-A)

This contractor license covers the construction, remodeling, repair, or improvement of 1, 2, 3, or 4 family unit residences not exceeding 3 stories in height and accessory use structures in connection therewith. A license is required for jobs over $25,000.

Availability: **Online Registration Available**

**Seminars and Required Books**