# **EXHIBIT D**

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 39 | Date Range: 3/28/2025 - 3/29/2025 |

**Outline of Conversations**

 **+14079632743** · 39 messages between 3/28/2025 - 3/29/2025 · Leah Raffles · Mom

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **+14079632743**

---

LR | **Leah Raffles** | 3/28/2025, 12:49 PM
it's all right I just secured myself something that will make me indispensable with Junior and protect me tenfold we'll talk about it later

LR | **Leah Raffles** | 3/28/2025, 12:49 PM
but I'm gonna sit for my GC license

LR | **Leah Raffles** | 3/28/2025, 12:49 PM
it's a damn open book test

> M | **Mom** | 3/28/2025, 12:50 PM
That's a great idea.

LR | **Leah Raffles** | 3/28/2025, 12:50 PM
and if I get that any of these blue-collar businesses, he opens if they operate under my license, I have to be listed as an equity partner

> M | **Mom** | 3/28/2025, 12:50 PM
Yes, we will talk.

LR | **Leah Raffles** | 3/28/2025, 12:50 PM
Tennessee requires me on the LLC 🕶️

> M | **Mom** | 3/28/2025, 12:52 PM
I'm out to dinner with Marko tonight so let's talk tomorrow. I need to hear everything. You are very smart and staying a step ahead of the game.

LR | **Leah Raffles** | 3/28/2025, 12:53 PM
oh, you know I am. I already got ChatGPT to draw me out a guide for exactly what I needed to take the test for what trades he's talked to me about.

> M | **Mom** | 3/28/2025, 12:53 PM
I'm pretty sure the GC licensing offers classes too.

LR | **Leah Raffles** | 3/28/2025, 12:53 PM
it does, but I'm not gonna get my Tennessee GC. I'm gonna take the Tennessee business in lot test and then I'm gonna take the NASCLA

> M | **Mom** | 3/28/2025, 12:53 PM
Oh, so Jr. is asking you to take the test?

LR | **Leah Raffles** | 3/28/2025, 12:54 PM
well, he was just venting to me about all the shit that went down last night and this morning and then I said well what would you guys do and he goes I don't know maybe this person take the test and I said what if I take the test and then I looked into it, and I would have to be an equity holder and he said that he would be OK with that if I held a small percent of equity of every business that operated under my license

> M | **Mom** | 3/28/2025, 12:55 PM
Oh I see.

LR **Leah Raffles**                                                          3/28/2025, 12:55 PM

I can also keep working for Southern until it runs out because I'm the only one that they never sent a non-solicit agreement or a noncompete to and they haven't realized that

> M **Mom**                                                                 3/28/2025, 12:55 PM

So Jr. told you about everything that went down?

LR **Leah Raffles**                                                          3/28/2025, 12:56 PM

Oh yeah, he had a massive fall out with shy over this too as he should

> M **Mom**                                                                 3/28/2025, 12:56 PM

That's so funny because I didn't sign one here either. No way.

LR **Leah Raffles**                                                          3/28/2025, 12:56 PM

John and JT are equity owners of Tempest The commercial one… And we caught them poaching our sales salesman because they poached the wrong one. Who's a big mouth and told Junior everything.

LR **Leah Raffles**                                                          3/28/2025, 12:57 PM

I was gonna ask you because we can just rebrand your training content and sell it to them when they quit and start their own roofing thing… They're gonna start a roofing business as Brian is the partner because the other guys don't have a noncompete. Only Junior does so we're just gonna do it as Brian be in the partner and then he'll sign over equity to Junior as soon as his noncompete runs out.

> M **Mom**                                                                 3/28/2025, 12:58 PM

Clearly, a LOT has happened in less than 24 hours. Wow!

LR **Leah Raffles**                                                          3/28/2025, 12:59 PM

oh, it's crazy… And she knows he fucked up because he was texting Junior at 5:30 in the morning saying he hadn't even slept. Junior's fulled by proving a point right now and I'm all about that because that's how we make money. 😂😂😂😂

> M **Mom**                                                                 3/28/2025, 1:00 PM

I learned all this for the purpose of rebranding.

> M **Mom**                                                                 3/28/2025, 1:00 PM

Who is she?

LR **Leah Raffles**                                                          3/28/2025, 1:00 PM

call me tomorrow…..i've got the executive call now

LR **Leah Raffles**                                                          3/28/2025, 1:00 PM

Shi*

> M **Mom**                                                                 3/28/2025, 1:00 PM

Oh we will talk tomorrow!!!

LR **Leah Raffles**                                                          3/28/2025, 1:01 PM

jt just said "we have a lot to be happy about today in the way the business is going"

LR **Leah Raffles**                                                          3/28/2025, 1:01 PM

what?!?!

LR **Leah Raffles**                                                          3/28/2025, 1:01 PM

i'm going to pay attention but this is CRAZY

> M **Mom**                                                                 3/28/2025, 1:01 PM

Go pay attention

> M  **Mom**                                                               3/29/2025, 2:05 PM
☷My adorable avatar family.



*Image: NRC's Avatar Family.png (2 MB)*

> LR  **Leah Raffles**                                                      3/29/2025, 2:06 PM
Thats awesome!

> M  **Mom**                                                               3/29/2025, 2:06 PM
I love them They are all sooo nice.

> M  **Mom**                                                               3/29/2025, 2:09 PM
FYI Tyler's birthday is tomorrow.

> LR  **Leah Raffles**                                                      3/29/2025, 2:09 PM
Im just going to text him "you are old."

> LR  **Leah Raffles**                                                      3/29/2025, 2:10 PM
Laughed at "I love them They are all sooo nice."

> M  **Mom**                                                               3/29/2025, 2:10 PM
That's perfect.

> M  **Mom**                                                               3/29/2025, 3:17 PM
How can it be that Chatgpt can make me feel more valuable than the people I work for? From Chatgpt after I said "thank you": That means the world — thank you! 🖤 You're putting together something really strong and scalable, and I'm honored to be part of it with you. Whenever you're ready with those next lists, I'll be right here to help you bring it all home! 😊

