# **EXHIBIT E**



| FTI Matter Number/Reference |
|---|
| F14719_Ceiling / 500002.6338 |

| Evidence Acquisition Number |
|---|
| F14719-1-BH4-E003 |

# DIGITAL FORENSICS CHANGE OF CUSTODY RECORD & EVIDENCE CONTROL DOCUMENT

*Description of Item(s)*

| # | Make/Model/Serial #/Asset Tag | Pwr Supply | Notes |
|---|---|---|---|
| 1 | Apple MacBook Air | Model: A2941 | S/N: MHC4NNMQGV | Yes | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

## CHAIN OF CUSTODY

| DATE/TIME | RELEASED BY | RECEIVED BY | TRANSFER DESCRIPTION |
|---|---|---|---|
| Released 6/30/25 @ 8:16 AM EDT | Signature: N/A | Signature: FedEx Shipment | Shipment of laptop to FTI |
| Received 6/30/25 @ 8:16 AM EDT | Name: Emanuel Kataev (Sage Legal) | Name: 882387293553 | |
| Released 7/1/25 @ 11:00 AM CDT | Signature: FedEx Shipment | Signature: *[signed]* | Receive laptop for forensic imaging |
| Received 7/1/25 @ 11:00 AM CDT | Name: 882387293553 | Name: Brad Hadamik (FTI) | |
| Released | Signature | Signature | |
| Received | Name | Name | |
| Released | Signature | Signature | |
| Received | Name | Name | |
| Released | Signature | Signature | |

## CHAIN OF CUSTODY (Continued)

| Released | Signature | Signature | |
|---|---|---|---|
| Received | Name | Name | |
| Released | Signature | Signature | |
| Received | Name | Name | |
| Released | Signature | Signature | |
| Received | Name | Name | |
| Released | Signature | Signature | |
| Received | Name | Name | |
| Released | Signature | Signature | |
| Received | Name | Name | |
| Released | Signature | Signature | |
| Received | Name | Name | |
| Released | Signature | Signature | |
| Received | Name | Name | |
| Released | Signature | Signature | |
| Received | Name | Name | |

### FINAL EVIDENCE DISPOSITION

FTI understands as of _____ this evidence is no longer required to be retained

**Disposal Method:**

☐ Return to Client
  Returned By: _____       Date of Return: _____
  Return Address: _____   Return Tracking #: _____

☐ FTI Drive Wiping
  Software Used: _____     Date of Wiping: _____

☐ Third Party Data Destruction
  Vendor used: _____        Date of Destruction: _____
  Remote  /  On-site                   Certification Acquired:  Y  /  N