# **EXHIBIT F**

```
13626
Received: from DS0PR20MB4984.namprd20.prod.outlook.com (2603:10b6:8:c8::19) by
 BYAPR20MB2791.namprd20.prod.outlook.com with HTTPS; Thu, 4 Apr 2024 18:25:06
 +0000
Received: from PH7PR20MB6139.namprd20.prod.outlook.com (2603:10b6:510:2a7::15)
 by DS0PR20MB4984.namprd20.prod.outlook.com (2603:10b6:8:c8::19) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.7409.46; Thu, 4 Apr
 2024 18:25:03 +0000
Received: from PH7PR20MB6139.namprd20.prod.outlook.com
 ([fe80::2d03:50a8:c4ce:4126]) by PH7PR20MB6139.namprd20.prod.outlook.com
 ([fe80::2d03:50a8:c4ce:4126%5]) with mapi id 15.20.7409.042; Thu, 4 Apr 2024
 18:25:03 +0000
From: Curtis Brown <curtisb@srnr-us.com>
To: Malcolm Futhey <malcolm@futheylawfirm.com>
CC: Christina Shickles <cshickles@legacyrestorationllc.com>, Greg Brinkmeyer
        <gbrinkmeyer@legacyrestorationllc.com>, Kale Walters <kalew@srnr-us.com>,
Luc
 Rubin <lrubin@legacyrestorationllc.com>, Leah Raffles <leahr@srnr-us.com>
Subject: Company IT Policy
Thread-Topic: Company IT Policy
Thread-Index: AdqGvPb+xTIZD27WQCWumLug8jsfyQ==
Date: Thu, 4 Apr 2024 18:24:59 +0000
Message-ID:
 <PH7PR20MB61392C6432A581E643DC6A14EB3C2@PH7PR20MB6139.namprd20.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Exchange-Organization-AuthAs: Internal
X-MS-Exchange-Organization-AuthMechanism: 04
X-MS-Exchange-Organization-AuthSource: PH7PR20MB6139.namprd20.prod.outlook.com
X-MS-Has-Attach:
X-MS-Exchange-Organization-Network-Message-Id:
 7859380b-5076-4ca5-c6d6-08dc54d48956
X-MS-Exchange-Organization-SCL: 1
X-MS-TNEF-Correlator:
x-ms-publictraffictype: Email
X-Microsoft-Antispam-Mailbox-Delivery:
	ucf:0;jmr:0;auth:0;dest:I;ENG:(910001)(944506478)(944626604)(920097)(425001)(930097)(140003)(1420198);
X-Microsoft-Antispam-Message-Info:
	+soXoVTn35kACXVSqpbUYcOP9V+Vpu2EmDG1W3CTtxC9LJdGH1K7tuL8yug42AY9z+K+8yYCgnJQUx60i5G
 qROqBy8FJmL3eLRMaWhF2yAqy6CNDuk+gTUaAmPWAV5o0yCcyi2/qXQQ8kOPA8Yux39THsjuhZtD3k3QyJ6
 KgzLSE4EAHAO3fjPp5O6CuVXuwF5pcGxhl86xVqf3mGcmAuJ7H7bwD71EFi42DG3otq5Uu4WZO0UI1h9dtw
 kjE9ZKHgOFIY+x5+cJMRH4EBHB0g/dYPFuqIvRSX0Jyr9Ar16xBaox/VkXVavfSIINJuClTJ79yS7JdYB2Y
 92CjWDZpxm8A99ylOgAU8JVjz+QIQpHzsxxYH/sKxsM6fujx3dsyZr3Ke4X8y6uLGOTpBne0BHlHYJNcehQ
 ZYmyWxSGcBs3s0etET6pAisz4hsmhD5yerNp9mXAmd7wj1V8EWV+pDRQKNlAlGGw1xa2FxoDPlRQYM5RXp4
 7k5RNsF/YSzPrrAROIFYyaEkVvGnYqemS/SypoaJeVnQrTNrZa/e6/A5tcBRu+VV6EG+jXfTbyIjF4I+42g
 B/8yR9L/JWhbt2BLw9tYQ5a2xkb1AOCiumtTilX8jjQQzByXj7/2o6iI+o/P3tM7cj+24Pup8JViPHVaRst
```

IszN5u9LQfUzYfyljZXEwd9cv8NhuIu+bTR4ZhbOXNhx6BL0cFzwZ59XMhvQM/tMfvOGLEV1VR4Y/rnCwgn
WR/k8Vt10nMOUefR5UvtpoE53uLXcpspzfDlc6kwWew==
Content-Type: multipart/alternative;
          boundary="_000_PH7PR20MB61392C6432A581E643DC6A14EB3C2PH7PR20MB6139namp_"
MIME-Version: 1.0

--_000_PH7PR20MB61392C6432A581E643DC6A14EB3C2PH7PR20MB6139namp_
Content-Type: text/plain; charset="Windows-1252"
Content-Transfer-Encoding: quoted-printable

Malcolm, following up on our conversation last week=85.below is the relevan=
t portion of our company handbook that we believes covers us in the followi=
ng action:

Many of our employees have @gmail email addresses. 100% of them were set up=
 by the company; in most cases it was a local office manager. We are migrat=
ing those accounts to a company domain. To do so, we need their passwords. =
We are asking for a brief review and confirmation that the policy below pro=
tects the company=92s right to demand access to those company email account=
s that were all created and furnished to the employee by the company.


https://drive.google.com/file/d/1Xax8AX6DgabuHb01FvbBE8K97RWXHYyg/view<http=
s://nam12.safelinks.protection.outlook.com/?url=3Dhttps%3A%2F%2Fdrive.googl=
e.com%2Ffile%2Fd%2F1Xax8AX6DgabuHb01FvbBE8K97RWXHYyg%2Fview&data=3D05%7C02%=
7Cleahr%40srnr-us.com%7C7859380b50764ca5c6d608dc54d48956%7C49a992fd30344f4c=
ac5feef45d051b45%7C0%7C0%7C638478519066035030%7CUnknown%7CTWFpbGZsb3d8eyJWI=
joiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&=
sdata=3DIV5PhXl2SoDUhCBbYRczhFAGyzp4uNDemvAH0dMOYjU%3D&reserved=3D0>


Company Property
All Company IT is the Company=92s property. All information that is tempora=
rily or
permanently stored, transmitted, or received with the aid of Company IT rem=
ains the sole
and exclusive property of the Company.
In addition, all data temporarily or permanently received, collected, downl=
oaded,
uploaded, copied, and/or created on Company IT, and all data temporarily or

permanently received, collected, downloaded, uploaded, copied, and/or creat=
ed on non-
Company computers used for Company business that relates in any manner to t=
he

Company=92s business is subject to monitoring by the Company, is the exclus=
ive property of
the Company and may not be copied or transmitted to any outside party or us=
ed in any

manner that violates this policy.

Employee Handbook Page 38
All software that has been installed on Company IT may not be used in any m=
anner
that violates this policy.
Upon termination of employment, employees are prohibited from removing any
software, documents, or data from Company IT and must completely remove all=
 data
collected, downloaded, and/or created on non-Company computers used for Com=
pany
business that relate in any manner to the Company=92s business. Upon reques=
t of the
Company, a terminating employee will provide proof that such data has been =
removed
from all personal computers used for Company business.


Curtis Brown
HR Director
Southern R&R Corporate
5865 Ridgeway Center Pkwy, Suite 200
Memphis, TN, 38120
New email address: curtisb@srnr-us.com<mailto:curtisb@srnr-us.com>
(901) 616-7718


--_000_PH7PR20MB61392C6432A581E643DC6A14EB3C2PH7PR20MB6139namp_
Content-Type: text/html; charset="Windows-1252"
Content-Transfer-Encoding: quoted-printable

<html xmlns:v=3D"urn:schemas-microsoft-com:vml" xmlns:o=3D"urn:schemas-micr=
osoft-com:office:office" xmlns:w=3D"urn:schemas-microsoft-com:office:word" =
xmlns:m=3D"http://schemas.microsoft.com/office/2004/12/omml" xmlns=3D"http:=
//www.w3.org/TR/REC-html40"><head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3DWindows-1=
252">
<meta name=3D"Generator" content=3D"Microsoft Word 15 (filtered medium)">
<style><!--
/* Font Definitions */
@font-face
	{font-family:"Cambria Math";
	panose-1:2 4 5 3 5 4 6 3 2 4;}
@font-face
	{font-family:Aptos;}
/* Style Definitions */
p.MsoNormal, li.MsoNormal, div.MsoNormal
	{margin:0in;
	font-size:12.0pt;
	font-family:"Aptos",sans-serif;

```
         mso-ligatures:standardcontextual;}
a:link, span.MsoHyperlink
        {mso-style-priority:99;
        color:#467886;
        text-decoration:underline;}
span.EmailStyle17
        {mso-style-type:personal-compose;
        font-family:"Aptos",sans-serif;
        color:windowtext;}
.MsoChpDefault
        {mso-style-type:export-only;}
@page WordSection1
        {size:8.5in 11.0in;
        margin:1.0in 1.0in 1.0in 1.0in;}
div.WordSection1
        {page:WordSection1;}
--></style><!--[if gte mso 9]><xml>
<o:shapedefaults v:ext=3D"edit" spidmax=3D"1026" />
</xml><![endif]--><!--[if gte mso 9]><xml>
<o:shapelayout v:ext=3D"edit">
<o:idmap v:ext=3D"edit" data=3D"1" />
</o:shapelayout></xml><![endif]-->
</head>
<body lang=3D"EN-US" link=3D"#467886" vlink=3D"#96607D" style=3D"word-wrap:=
break-word">
<div class=3D"WordSection1">
<p class=3D"MsoNormal">Malcolm, following up on our conversation last week=
=85.below is the relevant portion of our company handbook that we believes =
covers us in the following action:<o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal">Many of our employees have @gmail email addresses. 1=
00% of them were set up by the company; in most cases it was a local office=
 manager. We are migrating those accounts to a company domain. To do so, we=
 need their passwords. We are asking
 for a brief review and confirmation that the policy below protects the com=
pany=92s right to demand access to those company email accounts that were a=
ll created and furnished to the employee by the company.
<o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal"><a href=3D"https://nam12.safelinks.protection.outloo=
k.com/?url=3Dhttps%3A%2F%2Fdrive.google.com%2Ffile%2Fd%2F1Xax8AX6DgabuHb01F=
vbBE8K97RWXHYyg%2Fview&amp;data=3D05%7C02%7Cleahr%40srnr-us.com%7C7859380b5=
0764ca5c6d608dc54d48956%7C49a992fd30344f4cac5feef45d051b45%7C0%7C0%7C638478=
519066035030%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLC=
JBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&amp;sdata=3DIV5PhXl2SoDUhCBbYRczh=
FAGyzp4uNDemvAH0dMOYjU%3D&amp;reserved=3D0" originalsrc=3D"https://drive.go=
ogle.com/file/d/1Xax8AX6DgabuHb01FvbBE8K97RWXHYyg/view" shash=3D"QvFhRZlZ4S=
ZUnAwLR01MBArfTDxkN4Hypk0yK+zDA8ab+/yKI5+JVJR+G65tN6muztIEgJ7o+yIj3cLJQaMRl=
ZNjj8wAo79354w0qUdhukYw1aJ/q0XxUcuZyDXF9+X1xQpXt1yVTfdFl06n71ZUyH7L6x6XNrSG=
```

```
1ie0prNIquk=3D">https://drive.google.com/file/d/1Xax8AX6DgabuHb01FvbBE8K97R=
WXHYyg/view</a><o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal">Company Property<o:p></o:p></p>
<p class=3D"MsoNormal">All Company IT is the Company=92s property. All info=
rmation that is temporarily or<o:p></o:p></p>
<p class=3D"MsoNormal">permanently stored, transmitted, or received with th=
e aid of Company IT remains the sole<o:p></o:p></p>
<p class=3D"MsoNormal">and exclusive property of the Company.<o:p></o:p></p=
>
<p class=3D"MsoNormal">In addition, all data temporarily or permanently rec=
eived, collected, downloaded,<o:p></o:p></p>
<p class=3D"MsoNormal">uploaded, copied, and/or created on Company IT, and =
all data temporarily or<o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal">permanently received, collected, downloaded, uploade=
d, copied, and/or created on non-<o:p></o:p></p>
<p class=3D"MsoNormal">Company computers used for Company business that rel=
ates in any manner to the<o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal">Company=92s business is subject to monitoring by the=
 Company, is the exclusive property of<o:p></o:p></p>
<p class=3D"MsoNormal">the Company and may not be copied or transmitted to =
any outside party or used in any<o:p></o:p></p>
<p class=3D"MsoNormal">manner that violates this policy.<o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal">Employee Handbook Page 38<o:p></o:p></p>
<p class=3D"MsoNormal">All software that has been installed on Company IT m=
ay not be used in any manner<o:p></o:p></p>
<p class=3D"MsoNormal">that violates this policy.<o:p></o:p></p>
<p class=3D"MsoNormal">Upon termination of employment, employees are prohib=
ited from removing any<o:p></o:p></p>
<p class=3D"MsoNormal">software, documents, or data from Company IT and mus=
t completely remove all data<o:p></o:p></p>
<p class=3D"MsoNormal">collected, downloaded, and/or created on non-Company=
 computers used for Company<o:p></o:p></p>
<p class=3D"MsoNormal">business that relate in any manner to the Company=92=
s business. Upon request of the<o:p></o:p></p>
<p class=3D"MsoNormal">Company, a terminating employee will provide proof t=
hat such data has been removed<o:p></o:p></p>
<p class=3D"MsoNormal">from all personal computers used for Company busines=
s.<o:p></o:p></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
<p class=3D"MsoNormal"><b><span style=3D"font-size:13.5pt;font-family:&quot=
;Times New Roman&quot;,serif;color:#888888;background:white;mso-ligatures:n=
one"><br>
Curtis Brown</span></b><span style=3D"mso-ligatures:none"><o:p></o:p></span=
></p>
<p class=3D"MsoNormal" style=3D"background:white"><span style=3D"font-famil=
```

```
y:&quot;Times New Roman&quot;,serif;color:#888888;mso-ligatures:none">HR Di=
rector</span><span style=3D"font-family:&quot;Arial&quot;,sans-serif;color:=
#888888;mso-ligatures:none"><o:p></o:p></span></p>
<p class=3D"MsoNormal" style=3D"background:white"><b><span style=3D"font-fa=
mily:&quot;Times New Roman&quot;,serif;color:#888888;mso-ligatures:none">So=
uthern R&amp;R Corporate </span></b><span style=3D"font-family:&quot;A=
rial&quot;,sans-serif;color:#888888;mso-ligatures:none"><o:p></o:p></span><=
/p>
<p class=3D"MsoNormal" style=3D"background:white"><span style=3D"font-famil=
y:&quot;Times New Roman&quot;,serif;color:#888888;mso-ligatures:none">5865 =
Ridgeway Center Pkwy, Suite 200</span><span style=3D"font-family:&quot;Aria=
l&quot;,sans-serif;color:#888888;mso-ligatures:none"><o:p></o:p></span></p>
<p class=3D"MsoNormal" style=3D"background:white"><span style=3D"font-famil=
y:&quot;Times New Roman&quot;,serif;color:#888888;mso-ligatures:none">Memph=
is, TN, 38120</span><span style=3D"font-family:&quot;Arial&quot;,sans-serif=
;color:#888888;mso-ligatures:none"><o:p></o:p></span></p>
<p class=3D"MsoNormal" style=3D"background:white"><span style=3D"font-famil=
y:&quot;Times New Roman&quot;,serif;color:#888888;mso-ligatures:none">New e=
mail address: <a href=3D"mailto:curtisb@srnr-us.com" target=3D"_blank"=
><span style=3D"color:#1155CC">curtisb@srnr-us.com</span></a></span><span s=
tyle=3D"font-family:&quot;Arial&quot;,sans-serif;color:#888888;mso-ligature=
s:none"><o:p></o:p></span></p>
<p class=3D"MsoNormal" style=3D"background:white"><span style=3D"font-famil=
y:&quot;Times New Roman&quot;,serif;color:#888888;mso-ligatures:none">(901)=
 616-7718</span><span style=3D"font-family:&quot;Arial&quot;,sans-serif;col=
or:#222222;mso-ligatures:none"><o:p></o:p></span></p>
<p class=3D"MsoNormal"><o:p> </o:p></p>
</div>
</body>
</html>

--_000_PH7PR20MB61392C6432A581E643DC6A14EB3C2PH7PR20MB6139namp_--
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
	<key>conversation-id</key>
	<integer>12170</integer>
	<key>date-last-viewed</key>
	<integer>0</integer>
	<key>date-received</key>
	<integer>1712255106</integer>
	<key>flags</key>
	<integer>8590195713</integer>
	<key>remote-id</key>
```

<string>AAMkAGNhNWQwNDkzLTQ0NDEtNGUwMS1hYTY0LWI0NWI0YzNiYjMwOQBGAAAAAAA4pZyOxzX9QZHBCe2ZARXvBwCJouhss1xISaJUNpmaHbR/AAAc8snuAACJouhss1xISaJUNpmaHbR/AABaZQ9lAAA=</string>

```
</dict>
</plist>
```