# **EXHIBIT 1**

4911-9661-0387v.2

**Raffles Downloaded Files by Type**

| Category | List of Files |
|---|---|
| **Customer Documents** ||
| Customer Contract Documents | • SRR – AL – Contract Documents – 5.20.25<br>• SRR – AL – Contract Documents – 5.23.25<br>• 100_SR_FL_CustomerAgreement_5.29.24 (20)<br>• SRR – KS – Contract Documents – 5.23.25_Fillable (3) |
| Customer-Specific Files | • Conrath – DNE (3)<br>• Vogt 20SPR-250039 |
| **Personnel-Related Files** ||
| Personnel Lists | • Territory 1-Branch Breakdown (2)<br>• Territory 2-Branch Breakdown (2)<br>• Territory 3-Branch Breakdown (2)<br>• Territory 4-Branch Breakdown (2)<br>• Territory 5-Branch Breakdown |
| Personnel-Related SOPs | • Admin Onboarding & Change of Status SOP Overview (2)<br>• Employee Lifecycle Process Map (2) |
| **Training Documents** ||
| Training Materials | • Uploading Docs and Photos into Acculynx Training Script (2) |

**Raffles Downloaded Files by Type**

|  |  |
|---|---|
|  | • Sales Introduction Insights Training Script (3)<br><br>• Door-Knocking Best Practices Training Script (3)<br><br>• Homeowner Conversation with ADJ Expectations (2)<br><br>• Depositing Checks |
| Training Videos | • LRSR-0020 Damage Inspection and PCC (3)<br><br>• LRSR-0017 Hover<br><br>• LRSR-0029 Best Practices for Sales Representatives at Legacy Restoration<br><br>• LRSR-0027 Budget Insurance Companies Overview<br><br>• LRSR-0025 Uploading Docs and Photos into Acculynx<br><br>• LRSR-0026 -Creating Adjuster Thread in AL<br><br>• LRSR-0024 Creating a New Customer in Acculynx's<br><br>• LRSR-0023 HO Conversation ADJ Expectations<br><br>• LRSR-0015 Spotio Training<br><br>• LRSR-0019 Basics Roofing System and Terms<br><br>• LRSR-0014 What's the Job – SR<br><br>• LRSR-0016 Introduction Script Insights |
| **SOPs** ||
| SOPs Relating to Specific Insurance Companies | • Budget Insurance Companies SOP (3) |

4911-9661-0387v.2

**Raffles Downloaded Files by Type**

| | |
|---|---|
| SOPs Relating to Use of Digital Platforms | - SRNR Acculynx SOP_6.5.2024 (22) |
| SOPs Relating to Payroll | - 1100_SR_CORP_Salary Plus Breakdown_7.11.24 (3) <br> - Payroll SOP (4) |
| SOPs Relating to the PC Department | - PC Dept SOP <br> - SR PC DEPT ROLLOUT PLANNING (3) <br> - PC Dept new SRNR Workflow (PDF and Word) (9) |
| SOPs Relating to Customer Payments | - Customer Invoicing <br> - Cash Deposit Report SOP <br> - ACH Customer Payment_SOP <br> - Collections SOP (2) <br> - Accounts Receivable Review SOP <br> - 201_SR_ADMIN_CLIENT Payments SOP_3.25.2025 <br> - 202_SR_ADMIN_CLIENT Payments SOP_4.10.2025 (3) <br> - 400_SR_ADMIN_BOUNCED Payments SOP (2) <br> - 300_SR_FIN_CC Transaction SOP_12.11.24 (2) <br> - 300_SR_ADMIN_DAILY DEPOSIT SOP_3.3.2025 (2) <br> - 100_SR_ADMIN_PAYMENT METHODS SOP (2) <br> - 200_SR_CORP_MORG CHK SOP_7.8.24 (2) |

## Raffles Downloaded Files by Type

|  |  |
|---|---|
|  | • 100_SR_FIN_AR REVIEW SOP_12.11.24 (2) |
| SOPs Relating to Job Management | • Production Chain of Command |
|  | • 100_SR_MF_Lead Form_7.15.24 (2) |
|  | • 215_sr_buildpacket_6.3.25 (5) |
|  | • 1900_SR_CORP_File Transfer SOP_12.9.24 (7) |
|  | • 1901_SR_CORP_File Transfer SOP_3.25.24 (3) |
|  | • Scope Notes 1 |
| Other | • SRNR travel policy |
|  | • Southern-Roofing-Brand-Guide |

4911-9661-0387v.2