# **EXHIBIT 2**

5/28/2025 19:20

50.249.145.105

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

Budget Insurance Companies SOP🏠.mp4

Downloaded from "Documents/Microsoft Teams Chat Files"

5/21/2025 20:02

2601:483:4400:80:1c76:9f45:b382:705a

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

SRR - AL - Contract Documents - 5.20.25_Fillable.pdf

Downloaded from "Contracts Paperwork/Southern Roofing/Fillable PDF's"

5/16/2025 19:08

2601:483:4400:80:4448:5484:a224:5721

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

100_SR_FL_CustomerAgreement_5.29.24.pdf

Downloaded from "Documents/admin/SRNR TEMPLATES/FLORIDA"

5/16/2025 16:20

2601:483:4400:80:4448:5484:a224:5721

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

Production Chain Of Command (Current).docx

Downloaded from "Documents"

5/13/2025 20:57

2601:483:4400:80:b8f7:7b71:f67b:88a8

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

Southern-Roofing-Brand-Guide (3).pdf

Downloaded from "Documents/Microsoft Teams Chat Files"

5/13/2025 14:28

2601:483:4400:80:b8f7:7b71:f67b:88a8

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

1100_SR_CORP_Salary Plus Breakdown_7.11.24.pdf

Downloaded from "Documents/admin/CORP EMPLOYEE DOCS"

5/12/2025 17:41

2601:483:4400:80:b8f7:7b71:f67b:88a8

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Conrath - DNE.pdf==

Downloaded from "Documents/Microsoft Teams Chat Files"

4/29/2025 22:19

2601:483:4400:80:44ae:be:ad37:9583

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Territory 5-Branch Breakdown.xlsx==

Downloaded from "Shared Documents/General/BRANCH TEAM BREAKDOWNS"

4/15/2025 15:37

2601:483:4400:80:ec1c:9f38:d45c:5a78

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Collections SOP 1.pdf==

Downloaded from "Documents/Microsoft Teams Chat Files"

4/15/2025 15:25

2601:483:4400:80:ec1c:9f38:d45c:5a78

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==202_SR_ADMIN_CLIENT PAYMENTS SOP_4.10.2025.pdf==

Downloaded from "Admin Team Resources/ADMIN SOPs"

4/15/2025 15:03

2601:483:4400:80:ec1c:9f38:d45c:5a78

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==400_SR_ADMIN_BOUNCED PAYMENTS SOP_4.10.2025.pdf==

Downloaded from "Admin Team Resources/ADMIN SOPs"

4/1/2025 17:19

2601:483:4400:80:a54e:3d37:d0c3:462d

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==100_SR_MF_Lead Form_7.15.24.pdf==

Downloaded from "Shared Documents/SOPs and DOCs"

3/27/2025 20:39

2601:483:4400:80:6150:8ea7:f5b2:4687

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==300_SR_ADMIN_DAILY DEPOSIT SOP_3.3.2025.pdf==

Downloaded from "Admin Team Resources/ADMIN SOPs"

3/26/2025 14:53

2601:483:4400:80:6c2a:705d:cb1f:8b0d

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==201_SR_ADMIN_CLIENT PAYMENTS SOP_3.25.2025.pdf==

Downloaded from "Admin Team Resources/ADMIN SOPs"

3/12/2025 0:38

2601:483:4400:80:94b2:83a6:70:69d9

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==srnr travel policy.pdf==

Downloaded from "Documents/pdf docs"

3/3/2025 20:16

2601:483:4400:80:58a0:f17d:852c:235f

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Territory 5-Branch Breakdown.xlsx==

Downloaded from "Shared Documents/General/BRANCH TEAM BREAKDOWNS"

3/3/2025 20:16

2601:483:4400:80:58a0:f17d:852c:235f

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Territory 4-Branch Breakdown.xlsx==

Downloaded from "Shared Documents/General/BRANCH TEAM BREAKDOWNS"

3/3/2025 20:16

2601:483:4400:80:58a0:f17d:852c:235f

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Territory 3-Branch Breakdown.xlsx==

Downloaded from "Shared Documents/General/BRANCH TEAM BREAKDOWNS"

3/3/2025 20:16

2601:483:4400:80:58a0:f17d:852c:235f

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Territory 2-Branch Breakdown.xlsx==

Downloaded from "Shared Documents/General/BRANCH TEAM BREAKDOWNS"

3/3/2025 20:16

2601:483:4400:80:58a0:f17d:852c:235f

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Territory 1-Branch Breakdown.xlsx==

Downloaded from "Shared Documents/General/BRANCH TEAM BREAKDOWNS"

3/3/2025 18:53

2601:483:4400:80:58a0:f17d:852c:235f

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==300_SR_FIN_CC TRANSACTION SOP_12.11.24.pdf==

Downloaded from "Shared Documents/SOPs and DOCs"

2/14/2025 22:29

104.186.203.113

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==SRNR ACCULYNX SOP_6.5.2024.pdf==

Downloaded from "Documents/Microsoft Teams Chat Files"

2/14/2025 15:57

2601:483:4400:80:68ab:9542:6e94:937d

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==1900_SR_CORP_FIle Transfer SOP_12.9.24.pdf==

Downloaded from "Shared Documents/SOPs and DOCs"

2/14/2025 15:57

2601:483:4400:80:68ab:9542:6e94:937d

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==100_SR_FIN_AR REVIEW SOP_12.11.24.pdf==

Downloaded from "Shared Documents/SOPs and DOCs"

2/13/2025 20:02

2601:483:4400:80:9f:5a66:e6fc:aeda

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==SRNR ACCULYNX SOP_6.5.2024.pdf==

Downloaded from "Documents/Microsoft Teams Chat Files"

2/12/2025 21:36

2601:483:4400:80:7df5:d886:8fcc:d60a

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==SRNR ACCULYNX SOP_6.5.2024.pdf==

Downloaded from "Documents/Microsoft Teams Chat Files"

1/22/2025 21:16

2607:fb90:d102:48d5:9c3b:f708:442c:aaa9

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Door-Knocking Best Practices Training Script.docx==

Downloaded from "Shared Documents/General/Training scripts"

1/22/2025 21:16

2607:fb90:d102:48d5:9c3b:f708:442c:aaa9

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Homeowner Conversation with ADJ Expectations.docx==

Downloaded from "Shared Documents/General/Training scripts"

1/22/2025 21:16

2607:fb90:d102:48d5:9c3b:f708:442c:aaa9

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Sales Introduction Insights Training Script.docx==

Downloaded from "Shared Documents/General/Training scripts"

1/22/2025 21:16

2607:fb90:d102:48d5:9c3b:f708:442c:aaa9

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==Uploading Docs and Photos into Acculynx Training Script .docx==

Downloaded from "Shared Documents/General/Training scripts"

1/22/2025 16:25

12.189.103.202

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

LRSR-0027 Budget Insurance Companies Overview.mp4

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

1/22/2025 15:40

12.189.103.202

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

Door-Knocking Best Practices Training Script.docx

Downloaded from "Shared Documents/General/Training scripts"

1/22/2025 15:21

12.189.103.202

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

200_SR_CORP_MORG CHK SOP_7.8.24.pdf

Downloaded from "Shared Documents/SOPs and DOCs"

1/22/2025 15:21

12.189.103.202

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

200_SR_CORP_MORG CHK SOP_7.8.24.pdf

Downloaded from "Shared Documents/SOPs and DOCs"

1/17/2025 16:59

2601:483:4400:80:70f0:2b7a:5c14:f603

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

PC DEPT SOP.docx

Downloaded from "Documents/Microsoft Teams Chat Files"

1/8/2025 21:53

2601:483:4400:80:4959:bbda:386c:a986

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

PAYROLL SOP.pdf

Downloaded from "Shared Documents/SOPs and DOCs"

1/8/2025 21:51

2601:483:4400:80:4959:bbda:386c:a986

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

PAYROLL SOP.pdf

Downloaded from "Shared Documents/SOPs and DOCs"

12/11/2024 21:45

2601:483:4400:80:f955:46dd:5b97:2d06

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

1900_SR_CORP_FIle Transfer SOP_12.9.24.pdf

Downloaded from "Shared Documents/SOPs and DOCs"

12/11/2024 19:10

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

Depositing Checks.docx

Downloaded from "Shared Documents/SNR Accounting SOPs"

12/11/2024 19:10

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

Customer Invoicing.docx

Downloaded from "Shared Documents/SNR Accounting SOPs"

12/11/2024 19:10

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

Customer Deposits.docx

Downloaded from "Shared Documents/SNR Accounting SOPs"

12/11/2024 16:49

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

ACH CUSTOMER PAYMENT_SOP.pdf

Downloaded from "Shared Documents/SNR Accounting SOPs"

12/11/2024 16:45

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

Accounts Receivable Review.pdf

Downloaded from "Shared Documents/SNR Accounting SOPs"

12/11/2024 16:42

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

Accounts Receivable Review.pdf

Downloaded from "Shared Documents/SNR Accounting SOPs"

12/11/2024 16:40

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

CASH_DEPOSIT_REPORT_SOP.pdf

Downloaded from "Shared Documents/SNR Accounting SOPs"

12/10/2024 18:09

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

LRSR-0024 Creating a New Customer in Acculynx's.mp4

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:09

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

LRSR-0025 Uploading Docs and Photos into Acculynx.mp4

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:09

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

LRSR-0026 -Creating Adjuster Thread in AL.mp4

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:08

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

LRSR-0020 Damage Inspection and PCC.mp4

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:08

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**LRSR-0023 HO Conversation ADJ Expectations.mp4**

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:08

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**LRSR-0027 Budget Insurance Companies Overview.mp4**

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:08

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**LRSR-0029 Best Practices for Sales Representatives at Legacy Restoration 🔑.mp4**

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:07

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**LRSR-0019 Basics Roofing System and Terms.mp4**

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:07

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**LRSR-0017 Hover Video.mp4**

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:07

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**LRSR-0014 What's the Job - SR.mp4**

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:07

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==LRSR-0016 Introduction Script Insights 🎥.mp4==

Downloaded from "Documents/LMS Video/LMS SR Onboarding"

12/10/2024 18:07

2601:483:4400:80:6950:f4c:7ec9:5530

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

==LRSR-0015 Spotio Training.mp4==

Downloaded from "Documents/LMS Video/LMS SR Onboardi

6/24/2025 18:06

2601:483:4400:80:6131:6c85:865c:31d1

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Employee Lifecycle Process Map.pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/24/2025 18:04

2601:483:4400:80:6131:6c85:865c:31d1

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Employee Lifecycle Process Map.pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/24/2025 16:14

2a09:bac3:b990:1c32::2cf:5a

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Admin Onboarding & Change of Status SOP Overview.docx**

Downloaded from "SOPs Training"

6/19/2025 22:39

2601:483:4400:80:cd48:afb2:979b:edb1

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Scope Notes 1 (3) (1).pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/19/2025 21:03

2601:483:4400:80:cd48:afb2:979b:edb1

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Scope Notes 1 (3) (1).pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/19/2025 21:03

2601:483:4400:80:cd48:afb2:979b:edb1

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Scope Notes 1 (3) (1).pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/19/2025 20:11

68.54.232.158

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Scope Notes 1 (3) (1).pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/19/2025 18:33

2607:fb91:2f95:818e:84e6:8a9a:8f6:50ce

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Scope Notes 1 (3) (1).pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/19/2025 6:32

2601:483:4400:80:8c6f:ad39:4fd1:b65e

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Scope Notes 1 (3) (1).pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/18/2025 19:09

2601:483:4400:80:a82b:5a34:fb1:c804

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Scope Notes 1 (3) (1).pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/18/2025 19:09

2601:483:4400:80:95bd:e515:4b0b:278b

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Scope Notes 1 (3) (1).pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/16/2025 16:45

2601:483:4400:80:580a:e32c:aa6c:69b

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Vogt 20SPR-250039.pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/16/2025 16:44

2601:483:4400:80:580a:e32c:aa6c:69b

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Vogt 20SPR-250039.pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/16/2025 16:43

2601:483:4400:80:580a:e32c:aa6c:69b

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Vogt 20SPR-250039.pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/11/2025 16:24

2601:483:4400:80:d1aa:d80:f07a:f3

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**PC Dept new SRNR Workflow.pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/10/2025 15:39

2601:483:4400:80:b4a6:e090:83b2:477b

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**PC Dept new SRNR Workflow.pdf**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/9/2025 15:24

2601:483:4400:80:8c56:99f2:4e27:a162

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**215_SR_BuildPacket_6.3.25.pdf**

Downloaded from "SOPs/Fillable Documents"

6/9/2025 15:24

2601:483:4400:80:8c56:99f2:4e27:a162

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**215_SR_BuildPacket_6.3.25.pdf**

Downloaded from "SOPs/Fillable Documents"

6/6/2025 14:20

2601:483:4400:80:141:9e4e:1df0:5c82

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**PC Dept new SRNR Workflow.pdf**

Downloaded from "SOPs"

6/5/2025 19:55

50.249.145.105

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**PC Dept new SRNR Workflow.docx**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/4/2025 20:24

2601:483:4400:80:29f8:3b90:3448:b92b

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**SR PC DEPT ROLLOUT PLANNING (1).docx**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/3/2025 19:32

2601:483:4400:80:99ee:3bfb:2de7:ea22

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**SR PC DEPT ROLLOUT PLANNING.docx**

Downloaded from "Documents/Microsoft Teams Chat Files"

6/2/2025 20:52

2601:483:4400:80:69d8:7e29:61dd:3a9d

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**1901_SR_CORP_File Transfer SOP_3.25.24.pdf**

Downloaded from "Admin Team Resources/ADMIN SOPs"

6/2/2025 20:52

2601:483:4400:80:69d8:7e29:61dd:3a9d

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**100_SR_ADMIN_PAYMENT METHODS SOP_3.3.2025.pdf**

Downloaded from "Admin Team Resources/ADMIN SOPs"

6/2/2025 20:41

2601:483:4400:80:69d8:7e29:61dd:3a9d

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**1901_SR_CORP_File Transfer SOP_3.25.24.pdf**

Downloaded from "Admin Team Resources/ADMIN SOPs"

6/2/2025 16:01

2601:483:4400:80:69d8:7e29:61dd:3a9d

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**SRR - AL - Contract Documents - 5.23.25_Fillable.pdf**

Downloaded from "SOPs/Contract Documents"

6/2/2025 15:58

2601:483:4400:80:69d8:7e29:61dd:3a9d

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**SRR - KS - Contract Documents - 5.20.25_Fillable.pdf**

Downloaded from "SOPs/Contract Documents"

5/29/2025 20:36

2601:483:4400:80:a58c:e581:5f6b:ebfd

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**300_SR_ADMIN_DAILY DEPOSIT SOP_3.3.2025.pdf**

Downloaded from "Admin Team Resources/ADMIN SOPs"

5/28/2025 19:20

50.249.145.105

lraffles@srnr-us.com

SharePointFileOperation

Downloaded file

**Budget Insurance Companies SOP🏠.mp4**

Downloaded from "Documents/Microsoft Teams Chat Files"