# EXHIBIT 3

**CONFIDENTIAL**

**ATTORNEYS' EYES ONLY**

**FILED UNDER SEAL**