# EXHIBIT 4

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL