# EXHIBIT 5

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL