# **EXHIBIT 6**

# **CONFIDENTIAL ATTORNEYS' EYES ONLY**

# **FILED UNDER SEAL**