# EXHIBIT 7

## CONFIDENTIAL
## ATTORNEYS' EYES ONLY
## FILED UNDER SEAL