# EXHIBIT 8

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL