# EXHIBIT 9

## CONFIDENTIAL
## ATTORNEYS' EYES ONLY
## FILED UNDER SEAL