# **EXHIBIT 10**

# **CONFIDENTIAL**
# **ATTORNEYS' EYES ONLY**
# **FILED UNDER SEAL**