# EXHIBIT 11

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL