# EXHIBIT 15

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL