# EXHIBIT 16

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL