# EXHIBIT 17

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL