# EXHIBIT 19

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL