# EXHIBIT 20

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL