# EXHIBIT 22

**CONFIDENTIAL**

**ATTORNEYS' EYES ONLY**

**FILED UNDER SEAL**