# EXHIBIT 23

## CONFIDENTIAL
## ATTORNEYS' EYES ONLY
## FILED UNDER SEAL