# **EXHIBIT 24**

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL