# EXHIBIT 25

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL