# EXHIBIT 26

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL