# EXHIBIT 27

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL