# EXHIBIT 28

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL