# EXHIBIT 29

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL