# EXHIBIT 30

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL