# EXHIBIT 31

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL