# EXHIBIT 32

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL