# **EXHIBIT 34**

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL