# EXHIBIT 35

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL