# EXHIBIT 36

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL