# EXHIBIT 38

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL