# EXHIBIT 39

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL