# **EXHIBIT 40**

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL