# EXHIBIT 41

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL