# **EXHIBIT 42**

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL