# EXHIBIT 43

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL