# EXHIBIT 44

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL