# EXHIBIT 45

## CONFIDENTIAL
## ATTORNEYS' EYES ONLY
## FILED UNDER SEAL