# EXHIBIT 46

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL