# **EXHIBIT 47**

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL