# EXHIBIT 48

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL