# EXHIBIT 49

CONFIDENTIAL ATTORNEYS' EYES ONLY

FILED UNDER SEAL