# EXHIBIT 50

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL