# EXHIBIT 51

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL