# EXHIBIT 52

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL