# EXHIBIT 53

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL