# **EXHIBIT 54**

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL