# EXHIBIT 55

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL