# EXHIBIT 56

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL