# **EXHIBIT 57**

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL