# EXHIBIT 58

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL