# EXHIBIT 59

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL