# **EXHIBIT 60**

## CONFIDENTIAL ATTORNEYS' EYES ONLY

## FILED UNDER SEAL