# **EXHIBIT 61**

**Tracking Number**
**B2025245535**



**Tre Hargett**
Secretary of State

# Articles Of Organization

Division of Business and Charitable Organizations
Department of State
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
sos.tn.gov/businesses

Control #:  002017422
Filed: 04/28/2025  11:19 AM
Tre Hargett
Secretary of State

## Entity Information

**Entity Name:** USA CONTRACTING CO LLC
**Entity Type:** Limited Liability Company
**Additional Designation:** *(No additional designation)*
**Series LLC ?**
  ☐ Yes  ☒ No

**Fiscal Year Ending Month:** December

**Principal Office Address**
711 Providence Blvd
Clarksville, TN  37042
Montgomery County, USA

**Mailing Address**
711 Providence Blvd
Clarksville, TN  37042
Montgomery County, USA

**Period of Duration:**
  Perpetual

**Will this filing have a delayed effective date?**
  ☐ Yes  ☒ No

**Nature of Business (NAICS):**
  236118 - Residential Remodelers

**Other Provisions:**
  *(No other provisions)*

Do you have additional uploads you would like to attach to this filing?
  ☐ Yes  ☒ No

## Registered Agent Information

USA CONTRACTING CO LLC
711 Providence Blvd
Clarksville, TN  37042, USA

## Member Information

**The Limited Liability Company will be:** Member Managed
**Do you have six or fewer members at the date of this filing?**
  ☒ Yes  ☐ No
**Will this entity be registered as an Obligated Member Entity (OME)**
  ☐ Yes  ☒ No

**Number of Members at the date of filing:**

Page 2 of 2

## Organizer's Signature

☑ By entering my name in the space provided below, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day.

☑ The undersigned, acting as organizer of the limited liability company under the provisions of the Tennessee Revised Limited Liability Company Act, adopt the above Articles of Organization.

**Signed Electronically:** BRIAN RAY WOLFF                    **Date:** 04/28/2025