# **EXHIBIT 62**

4915-1714-3379v.1

