# **EXHIBIT 63**

4911-5073-1603v.1

