# **EXHIBIT 64**

4899-9513-5315v.1

# Madison business owners say they're facing major financial losses due to break-ins



Oswaldo Barajas and Brian Wolff, who have owned USA Fleet Sales for two months, report repeated break-ins targeting electrical wires and more.



**Stay informed with the latest weather tracking**

By: Aaron Cantrell

Posted 6:37 PM, Dec 23, 2024 and last updated 6:37 PM, Dec 23, 2024

MADISON, Tenn. (WTVF) — Business owners in Madison say they're losing money after buying a property on Gallatin Pike.

Oswaldo Barajas and Brian Wolff, who have owned USA Fleet Sales for two months, report repeated break-ins targeting electrical wires and more.

4899-9513-5315v.1