# **EXHIBIT 65**

CONFIDENTIAL
ATTORNEYS'
EYES ONLY
FILED UNDER
SEAL