# EXHIBIT 66



VIEW 3D MODEL

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15170842**
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025

**Hover** **Roof Measurements**

# 312 Norris Street, Guthrie, KY
## ROOF SUMMARY

| Roof | Area | Total | Length |
|------|------|-------|--------|
| Roof Facets | 2025 ft² | 7 | - |
| Ridges / Hips | - | 3 | 74' 5" |
| Valleys | - | 4 | 38' 10" |
| Rakes | - | 10 | 105' 8" |
| Eaves | - | 7 | 103' 11" |
| Flashing | - | 0 | - |
| Step Flashing | - | 5 | 20' 6" |
| Drip Edge/Perimeter | - | - | 209' 7" |

| Roof Pitch* | Area | Percentage |
|-------------|------|------------|
| 12 / 12 | 1259 ft² | 62.17% |
| 5 / 12 | 607 ft² | 29.98% |
| 3 / 12 | 159 ft² | 7.85% |



**Example Waste Factor Calculations**

|  | Zero Waste | +5% | +10% | +15% | +20% |
|--|------------|-----|------|------|------|
| **Area** | 2025 ft² | 2126 ft² | 2228 ft² | 2329 ft² | 2430 ft² |
| **Squares** | 20⅓ | 21⅓ | 22⅓ | 23⅓ | 24⅓ |

The table above provides the total roof area of a given property using waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific roofing techniques, and your own level of expertise. Additional square footage for Hip, Ridge, and Starter shingles are not included in this waste factor and will require additional materials. This table is only intended to make common waste calculations easier and should not be interpreted as recommendations.

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are the respective trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including, but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by  **Hover**

**PROPERTY ID: 15170842**
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025
Page 2

# Hover

**Roof Measurements**

## 312 Norris Street, Guthrie, KY
FOOTPRINT

**BACK**



38' 9"

13' 6"

22' 9"

11' 3"

30' 3"

40' 7"

29' 4"

5' 11"

20' 2"

16' 4"

**FRONT**



N

E

S

W

Number of Stories: 1

Footprint Perimeter: 158' 8"

Footprint Area: 1431 ft²

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170842**
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025
Page 3



**Roof Measurements**

# 312 Norris Street, Guthrie, KY
## SOFFIT



### Soffit Summary

| | Depth | Type | Count | Total Length | Total Area |
|---|---|---|---|---|---|
| ● | 1″ – 6″ | eaves | 1 | 1′ 3″ | 1 ft² |
| ● | 6″ – 12″ | eaves | 5 | 69′ 9″ | 52 ft² |
| ● | 12″ – 18″ | rakes | 8 | 89′ | 99 ft² |
| ● | | eaves | 1 | 20′ 7″ | 27 ft² |
| ● | > 48″ | eaves | 1 | 20′ 7″ | 122 ft² |
| | | **Totals** | | **201′ 2″** | **300 ft²** |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its content or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170842**
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025
Page 4

# Hover

**Roof Measurements**

312 Norris Street, Guthrie, KY

SOFFIT

**Soffit Breakdown**

| | num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|---|
| 🟢 | 1 | eave | 15″ | 20′ 7″ | 27 ft² | 3 / 12 |
| 🟤 | 2 | eave | 71″ | 20′ 7″ | 122 ft² | 3 / 12 |
| 🟠 | 3 | eave | 5″ | 1′ 3″ | 1 ft² | 12 / 12 |
| 🟢 | 4 | rake | 15″ | 11′ 1″ | 14 ft² | 12 / 12 |
| 🟢 | 5 | rake | 15″ | 23′ 2″ | 28 ft² | 5 / 12 |
| 🟡 | 6 | eave | 8″ | 22′ 9″ | 15 ft² | 5 / 12 |
| 🟡 | 7 | eave | 10″ | 1′ 1″ | 1 ft² | 12 / 12 |
| 🟢 | 8 | rake | 13″ | 8′ 4″ | 9 ft² | 12 / 12 |
| 🟢 | 9 | rake | 13″ | 9′ 11″ | 10 ft² | 12 / 12 |
| 🟡 | 10 | eave | 10″ | 12′ 4″ | 10 ft² | 12 / 12 |
| 🟢 | 11 | rake | 13″ | 11′ 9″ | 12 ft² | 12 / 12 |
| 🟢 | 12 | rake | 13″ | 1′ 4″ | 1 ft² | 12 / 12 |
| 🟡 | 13 | eave | 10″ | 31′ 5″ | 25 ft² | 12 / 12 |
| 🟢 | 14 | rake | 13″ | 11′ 9″ | 12 ft² | 12 / 12 |
| 🟢 | 15 | rake | 13″ | 11′ 9″ | 12 ft² | 12 / 12 |
| 🟡 | 16 | eave | 10″ | 2′ 2″ | 2 ft² | 12 / 12 |

 Feature is too small to label on the plan diagram

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its content or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170842**
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025
Page 5

# Hover

**Roof Measurements**

## 312 Norris Street, Guthrie, KY
### ROOF MEASUREMENTS

| Roof | Length |
|---|---|
| Ridges (RI) | 74' 5" |
| Hips (H) | - |
| Valleys (V) | 38' 10" |
| Rakes (RA) | 105' 8" |
| Eaves (E) | 103' 11" |
| Flashing (F)* | - |
| Step Flashing (SF)* | 20' 6" |
| Transition Line (TL) | 51' 4" |

*Please view the 3D model for more detail (e.g. flashing, step flashing and some other roof lines may be difficult to see on the PDF)



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use or use, including but not limited to, quality, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID:** 15170842
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025
Page 6

# Hover
**Roof Measurements**

# 312 Norris Street, Guthrie, KY
## ROOF FACETS

## Roof Facets

| Facet | Area | Pitch |
|-------|------|-------|
| RF-1 | 159 ft² | 3/12 |
| RF-2 | 345 ft² | 12/12 |
| RF-3 | 311 ft² | 12/12 |
| RF-4 | 405 ft² | 12/12 |
| RF-5 | 607 ft² | 5/12 |
| RF-6 | 62 ft² | 12/12 |
| RF-7 | 136 ft² | 12/12 |




Powered by Hover

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15170842**
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025
Page 7

**Hover** **Roof Measurements**

# 312 Norris Street, Guthrie, KY
## ROOF AREA



| Roof | Facets | Total |
|------|--------|-------|
| Total | 7 | 2025 ft² |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170842**
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025
Page 8

# Hover
**Roof Measurements**

312 Norris Street, Guthrie, KY
ROOF PITCH

| Roof Pitch | Area | Percentage |
|---|---|---|
| 12 / 12 | 1259 ft² | 62.17% |
| 5 / 12 | 607 ft² | 29.98% |
| 3 / 12 | 159 ft² | 7.85% |

12←  12→

5↑

12↑

12↓

12→

3↓

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by  Hover

**PROPERTY ID: 15170842**
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025
Page 9

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 11 of 113

**Hover**









© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

PROPERTY ID: 15170842
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025
Page 10

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 12 of 113







Powered by **Hover**

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15170842**
MODEL ID: 15168234
312 NORRIS ST
22 MAR 2025
Page 11



VIEW 3D MODEL

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179493**
MODEL ID: 15176885
WOLF PROPERTY 78&80
22 MAR 2025

| Roof | Area | Total | Length |
|------|------|-------|--------|
| Roof Facets | 3180 ft² | 8 | - |
| Ridges / Hips | - | 4 | 91' 9" |
| Valleys | - | 4 | 35' 3" |
| Rakes | - | 12 | 162' 6" |
| Eaves | - | 10 | 138' |
| Flashing | - | 2 | 1' 9" |
| Step Flashing | - | 2 | 41' |
| Drip Edge/Perimeter | - | - | 300' 5" |

| Roof Pitch* | Area | Percentage |
|-------------|------|------------|
| 6 / 12 | 3180 ft² | 100% |



**Example Waste Factor Calculations**

| | Zero Waste | +5% | +10% | +15% | +20% |
|---|-----------|-----|------|------|------|
| **Area** | 3180 ft² | 3339 ft² | 3498 ft² | 3657 ft² | 3816 ft² |
| **Squares** | 32 | 33⅔ | 35 | 36⅔ | 38⅓ |

The table above provides the total roof area of a given property using waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific roofing techniques, and your own level of expertise. Additional square footage for Hip, Ridge, and Starter shingles are not included in this waste factor and will require additional materials. This table is only intended to make common waste calculations easier and should not be interpreted as recommendations.

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



**PROPERTY ID: 15179493**
MODEL ID: 15176885
WOLF PROPERTY 78&80
22 MAR 2025
Page 2

# Hover

**Roof Measurements**

78 Welch Drive, Murray, KY
FOOTPRINT

**BACK**





Number of Stories: 1

Footprint Perimeter: 240' 1"

Footprint Area: 2518 ft²

**FRONT**


© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179493**
MODEL ID: 15176885
WOLF PROPERTY 78&80
22 MAR 2025
Page 3


### Soffit Summary

| | Depth | Type | Count | Total Length | Total Area |
|---|---|---|---|---|---|
| 🟡 | 6″ - 12″ | rakes | 2 | 41′ | 39 ft² |
| 🟡 | | eaves | 6 | 39′ 7″ | 28 ft² |
| 🟢 | 12″ - 18″ | rakes | 8 | 101′ 11″ | 122 ft² |
| 🟢 | | eaves | 9 | 136′ 4″ | 194 ft² |
| 🔵 | 18″ - 24″ | eaves | 1 | 7′ 4″ | 14 ft² |
| 🟤 | > 48″ | eaves | 2 | 15′ 1″ | 82 ft² |
| | | **Totals** | | **341′ 2″** | **479 ft²** |



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its content or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID:** 15179493
MODEL ID: 15176885
WOLF PROPERTY 78&80
22 MAR 2025
Page 4

# Hover

**Roof Measurements**

78 Welch Drive, Murray, KY

SOFFIT

## Soffit Breakdown

| num | Type | Depth | Length | Area | Pitch |
|-----|------|-------|--------|------|-------|
| 1 | eave | 17″ | 10′ 3″ | 15 ft² | 6 / 12 |
| 2 | eave | 23″ | 7′ 4″ | 14 ft² | 6 / 12 |
| 3 | rake | 14″ | 4′ 7″ | 6 ft² | 6 / 12 |
| 4 | eave | 9″ | 6′ 2″ | 4 ft² | 6 / 12 |
| 5 | eave | 9″ | 7′ 4″ | 5 ft² | 6 / 12 |
| 6 | rake | 14″ | 5′ 1″ | 6 ft² | 6 / 12 |
| 7 | rake | 14″ | 20′ 6″ | 25 ft² | 6 / 12 |
| 8 | eave | 65″ | 7′ 4″ | 40 ft² | 6 / 12 |
| 9 | eave | 17″ | 5′ 11″ | 8 ft² | 6 / 12 |
| 10 | eave | 9″ | 6′ 2″ | 4 ft² | 6 / 12 |
| 11 | eave | 17″ | 13′ 1″ | 19 ft² | 6 / 12 |
| 12 | rake | 12″ | 20′ 6″ | 20 ft² | 6 / 12 |
| 13 | rake | 12″ | 20′ 6″ | 20 ft² | 6 / 12 |
| 14 | eave | 17″ | 34′ | 48 ft² | 6 / 12 |
| 15 | rake | 14″ | 20′ 6″ | 25 ft² | 6 / 12 |
| 16 | eave | 17″ | 35′ 2″ | 50 ft² | 6 / 12 |
| 17 | rake | 14″ | 20′ 6″ | 25 ft² | 6 / 12 |
| 18 | rake | 14″ | 20′ 6″ | 25 ft² | 6 / 12 |
| 19 | eave | 17″ | 13′ 3″ | 19 ft² | 6 / 12 |

| num | Type | Depth | Length | Area | Pitch |
|-----|------|-------|--------|------|-------|
| 20 | eave | 9″ | 6′ 2″ | 4 ft² | 6 / 12 |
| 21 | eave | 17″ | 5′ 11″ | 8 ft² | 6 / 12 |
| 22 | eave | 65″ | 7′ 8″ | 42 ft² | 6 / 12 |
| 23 | rake | 14″ | 5′ 1″ | 6 ft² | 6 / 12 |
| 24 | eave | 9″ | 7′ 8″ | 5 ft² | 6 / 12 |
| 25 | rake | 14″ | 5′ 1″ | 6 ft² | 6 / 12 |
| 26 | eave | 9″ | 6′ 2″ | 4 ft² | 6 / 12 |
| 27 | eave | 17″ | 7′ 4″ | 10 ft² | 6 / 12 |
| 28 | eave | 17″ | 11′ 5″ | 16 ft² | 6 / 12 |

⊘ Feature is too small to label on the plan diagram

Powered by  Hover

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179493**
MODEL ID: 15176885
WOLF PROPERTY 78&80
22 MAR 2025
Page 5

# Hover

**Roof Measurements**

78 Welch Drive, Murray, KY
ROOF MEASUREMENTS

| Roof | Length |
|------|--------|
| Ridges (RI) | 91' 9" |
| Hips (H) | - |
| Valleys (V) | 35' 3" |
| Rakes (RA) | 162' 6" |
| Eaves (E) | 138' |
| Flashing (F)* | 1' 9" |
| Step Flashing (SF)* | 41' |
| Transition Line (TL) | - |

*Please view the 3D model for more detail (e.g. flashing, step flashing and some other roof lines may be difficult to see on the PDF)



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by **Hover**

**PROPERTY ID: 15179493**
MODEL ID: 15176885
WOLF PROPERTY 78&80
22 MAR 2025
Page 6

**Roof Facets**

| Facet | Area | Pitch |
|-------|------|-------|
| RF-1 | 695 ft² | 6/12 |
| RF-2 | 59 ft² | 6/12 |
| RF-3 | 739 ft² | 6/12 |
| RF-4 | 58 ft² | 6/12 |
| RF-5 | 59 ft² | 6/12 |
| RF-6 | 58 ft² | 6/12 |
| RF-7 | 734 ft² | 6/12 |
| RF-8 | 778 ft² | 6/12 |



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15179493**
MODEL ID: 15176885
WOLF PROPERTY 78&80
22 MAR 2025
Page 7

# Hover

**Roof Measurements**

78 Welch Drive, Murray, KY

## ROOF AREA



| Roof | Facets | Total |
|------|--------|-------|
| Total | 8 | 3180 ft² |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, measurement data, format and contents are the exclusive property of HOVER. HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by **Hover**

**PROPERTY ID: 15179493**
MODEL ID: 15176885
WOLF PROPERTY 78&80
22 MAR 2025
Page 8

# Hover
**Roof Measurements**

78 Welch Drive, Murray, KY
ROOF PITCH



| Roof Pitch | Area | Percentage |
|---|---|---|
| 6 / 12 | 3180 ft² | 100% |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by **Hover**

**PROPERTY ID: 15179493**
MODEL ID: 15176885
WOLF PROPERTY 78&80
22 MAR 2025
Page 9









© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 23 of 113








© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



VIEW 3D MODEL

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15180990**
MODEL ID: 15178382
WOLF PROPERTY 88&94
22 MAR 2025

**Hover** **Roof Measurements**    Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 25 of 113    88 Welch Drive, Murray, KY

ROOF SUMMARY

| Roof | Area | Total | Length |
|---|---|---|---|
| Roof Facets | 2855 ft² | 8 | - |
| Ridges / Hips | - | 7 | 159' 10" |
| Valleys | - | 4 | 28' 8" |
| Rakes | - | 4 | 21' 5" |
| Eaves | - | 10 | 209' 3" |
| Flashing | - | 0 | - |
| Step Flashing | - | 0 | - |
| Drip Edge/Perimeter | - | - | 230' 8" |

| Roof Pitch* | Area | Percentage |
|---|---|---|
| 5 / 12 | 2855 ft² | 100% |



**Example Waste Factor Calculations**

| | Zero Waste | +5% | +10% | +15% | +20% |
|---|---|---|---|---|---|
| **Area** | 2855 ft² | 2998 ft² | 3141 ft² | 3283 ft² | 3426 ft² |
| **Squares** | 28⅔ | 30 | 31⅓ | 33 | 34⅓ |

The table above provides the total roof area of a given property using waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific roofing techniques, and your own level of expertise. Additional square footage for Hip, Ridge, and Starter shingles are not included in this waste factor and will require additional materials. This table is only intended to make common waste calculations easier and should not be interpreted as recommendations.

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including without limitation quality, accuracy, completeness, reliability, or fitness for a particular purpose.


PROPERTY ID: 15180990
MODEL ID: 15178382
WOLF PROPERTY 88&94
22 MAR 2025
Page 2

**Hover**  **Roof Measurements**

88 Welch Drive, Murray, KY
FOOTPRINT

BACK



64' 3"

64' 3"

36' 4"

36' 4"

36' 4"

64' 3"

FRONT



Number of Stories: 1

Footprint Perimeter: 201' 2"

Footprint Area: 2335 ft²

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15180990**
MODEL ID: 15178382
WOLF PROPERTY 88&94
22 MAR 2025
Page 3



Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 27 of 113

88 Welch Drive, Murray, KY
SOFFIT

**Soffit Summary**

| | Depth | Type | Count | Total Length | Total Area |
|---|---|---|---|---|---|
| 🟡 | 6" - 12" | rakes | 2 | 6' 5" | 5 ft² |
| 🟢 | 12" - 18" | rakes | 2 | 6' 10" | 8 ft² |
| 🟢 | | eaves | 6 | 185' 5" | 200 ft² |
| 🔵 | 18" - 24" | eaves | 4 | 4' | 8 ft² |
| 🟤 | > 48" | eaves | 2 | 9' 11" | 99 ft² |
| | | | **Totals** | **212' 7"** | **320 ft²** |





© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15180990**
MODEL ID: 15178382
WOLF PROPERTY 88&94
22 MAR 2025
Page 4



**Roof Measurements**

88 Welch Drive, Murray, KY
SOFFIT

## Soffit Breakdown

| num | Type | Depth | Length | Area | Pitch |
|-----|------|-------|--------|------|-------|
| ● 1 | eave | 23″ | 1′ 2″ | 2 ft² | 5 / 12 |
| ● 2 | rake | 14″ | 3′ 5″ | 4 ft² | 5 / 12 |
| ● 3 | rake | 14″ | 3′ 5″ | 4 ft² | 5 / 12 |
| ● 4 | eave | 122″ | 4′ 9″ | 48 ft² | 5 / 12 |
| ● 5 | eave | 23″ | 1′ 2″ | 2 ft² | 5 / 12 |
| ● 6 | eave | 13″ | 11′ 7″ | 12 ft² | 5 / 12 |
| ● 7 | eave | 13″ | 38′ 6″ | 41 ft² | 5 / 12 |
| ● 8 | eave | 13″ | 64′ 3″ | 69 ft² | 5 / 12 |
| ● 9 | eave | 13″ | 38′ 6″ | 41 ft² | 5 / 12 |
| ● 10 | eave | 13″ | 11′ 6″ | 12 ft² | 5 / 12 |
| ● 11 | eave | 23″ | 10″ | 2 ft² | 5 / 12 |
| ● 12 | eave | 119″ | 5′ 2″ | 51 ft² | 5 / 12 |
| ● 13 | rake | 10″ | 3′ 2″ | 3 ft² | 5 / 12 |
| ● 14 | rake | 10″ | 3′ 2″ | 3 ft² | 5 / 12 |
| ● 15 | eave | 23″ | 10″ | 2 ft² | 5 / 12 |
| ● 16 | eave | 13″ | 21′ 2″ | 23 ft² | 5 / 12 |

⊘ Feature is too small to label on the plan diagram

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15180990**
MODEL ID: 15178382
WOLF PROPERTY 88&94
22 MAR 2025
Page 5

| Roof | Length |
|------|--------|
| Ridges (RI) | 48' 3" |
| Hips (H) | 111' 8" |
| Valleys (V) | 28' 8" |
| Rakes (RA) | 21' 5" |
| Eaves (E) | 209' 3" |
| Flashing (F)* | - |
| Step Flashing (SF)* | - |
| Transition Line (TL) | - |

*Please view the 3D model for more detail (e.g. flashing, step flashing and some other roof lines may be difficult to see on the PDF)



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, completeness, reliability, or fitness for a particular purpose.

Powered by **Hover**



**Roof Measurements**

88 Welch Drive, Murray, KY

ROOF FACETS

**Roof Facets**

| Facet | Area | Pitch |
|-------|------|-------|
| RF-1 | 40 ft² | 5/12 |
| RF-2 | 38 ft² | 5/12 |
| RF-3 | 935 ft² | 5/12 |
| RF-4 | 40 ft² | 5/12 |
| RF-5 | 38 ft² | 5/12 |
| RF-6 | 389 ft² | 5/12 |
| RF-7 | 389 ft² | 5/12 |
| RF-8 | 986 ft² | 5/12 |



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15180990**
MODEL ID: 15178382
WOLF PROPERTY 88&94
22 MAR 2025
Page 7

# HOVER **Roof Measurements**

## 88 Welch Drive, Murray, KY
### ROOF AREA



| Roof | Facets | Total |
|------|--------|-------|
| Total | 8 | 2855 ft² |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by HOVER

**PROPERTY ID: 15180990**
MODEL ID: 15178382
WOLF PROPERTY 88&94
22 MAR 2025
Page 8

# Hover
**Roof Measurements**

88 Welch Drive, Murray, KY
ROOF PITCH



| Roof Pitch | Area | Percentage |
|---|---|---|
| 5 / 12 | 2855 ft² | 100% |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID:** 15180990
MODEL ID: 15178382
WOLF PROPERTY 88&94
22 MAR 2025
Page 9



**Powered by** Hover

**Hover** Roof Measurements

88 Welch Drive, Murray, KY
PHOTOS








© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15180990**
MODEL ID: 15178382
WOLF PROPERTY 88&94
22 MAR 2025
Page 10

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 34 of 113





© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15180990**
MODEL ID: 15178382
WOLF PROPERTY 88&94
22 MAR 2025
Page 11



VIEW 3D MODEL

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179985**
MODEL ID: 15177377
WOLF PROPERTY 147 HAR-
22 MAR 2025

**Hover**  **Roof Measurements**

147 Harvard Drive, Murray, KY
ROOF SUMMARY

| Roof | Area | Total | Length |
|---|---|---|---|
| Roof Facets | 3346 ft² | 7 | - |
| Ridges / Hips | - | 8 | 210' 4" |
| Valleys | - | 2 | 52' 11" |
| Rakes | - | 0 | - |
| Eaves | - | 8 | 231' 9" |
| Flashing | - | 0 | - |
| Step Flashing | - | 0 | - |
| Drip Edge/Perimeter | - | - | 231' 9" |

| Roof Pitch* | Area | Percentage |
|---|---|---|
| 5 / 12 | 3346 ft² | 100% |



### Example Waste Factor Calculations

| | Zero Waste | +5% | +10% | +15% | +20% |
|---|---|---|---|---|---|
| **Area** | 3346 ft² | 3513 ft² | 3681 ft² | 3848 ft² | 4015 ft² |
| **Squares** | 33⅔ | 35⅓ | 37 | 38⅔ | 40⅓ |

The table above provides the total roof area of a given property using waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific roofing techniques, and your own level of expertise. Additional square footage for Hip, Ridge, and Starter shingles are not included in this waste factor and will require additional materials. This table is only intended to make common waste calculations easier and should not be interpreted as recommendations.

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, completeness, reliability, or fitness for a particular purpose.



**PROPERTY ID: 15179985**
MODEL ID: 15177377
WOLF PROPERTY 147 HAR-
22 MAR 2025
Page 2

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 37 of 113

# 147 Harvard Drive, Murray, KY
## FOOTPRINT

**BACK**



62' 8"

62' 8"

40' 2"

40' 2"

40' 2"

62' 8"

**FRONT**



Number of Stories: 1

Footprint Perimeter: 205' 9"

Footprint Area: 2520 ft²

Powered by 

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179985**
MODEL ID: 15177377
WOLF PROPERTY 147 HAR-
22 MAR 2025
Page 3

# Hover

**Roof Measurements**

## 147 Harvard Drive, Murray, KY

### SOFFIT

**Soffit Summary**

| | Depth | Type | Count | Total Length | Total Area |
|---|---|---|---|---|---|
| ● | 18" - 24" | eaves | 5 | 176' 2" | 275 ft² |
| ● | > 48" | eaves | 1 | 35' 10" | 297 ft² |
| | **Totals** | | | **212'** | **572 ft²** |



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its content or use, including but not limited to, quality, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179985**
MODEL ID: 15177377
WOLF PROPERTY 147 HAR-22 MAR 2025
Page 4

Powered by 



**Roof Measurements**

147 Harvard Drive, Murray, KY

SOFFIT

**Soffit Breakdown**

| num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|
| 1 | eave | 99″ | 35′ 10″ | 297 ft² | 5 / 12 |
| 2 | eave | 19″ | 12′ 10″ | 20 ft² | 5 / 12 |
| 3 | eave | 19″ | 43′ 4″ | 68 ft² | 5 / 12 |
| 4 | eave | 19″ | 62′ 8″ | 98 ft² | 5 / 12 |
| 5 | eave | 19″ | 43′ 4″ | 68 ft² | 5 / 12 |
| 6 | eave | 19″ | 14′ | 22 ft² | 5 / 12 |

⊘ Feature is too small to label on the plan diagram

Powered by 

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179985**
MODEL ID: 15177377
WOLF PROPERTY 147 HAR-
22 MAR 2025
Page 5

# Hover
**Roof Measurements**

147 Harvard Drive, Murray, KY
ROOF MEASUREMENTS

| Roof | Length |
|------|--------|
| Ridges (RI) | 28' 1" |
| Hips (H) | 182' 3" |
| Valleys (V) | 52' 11" |
| Rakes (RA) | - |
| Eaves (E) | 231' 9" |
| Flashing (F)* | - |
| Step Flashing (SF)* | - |
| Transition Line (TL) | - |

*Please view the 3D model for more detail (e.g. flashing, step flashing and some other roof lines may be difficult to see on the PDF)



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including, but not limited to, quality, completeness, reliability, or fitness for a particular purpose.


**PROPERTY ID: 15179985**
MODEL ID: 15177377
WOLF PROPERTY 147 HAR-
22 MAR 2025
Page 6

# Hover **Roof Measurements**

147 Harvard Drive, Murray, KY
## ROOF FACETS



## Roof Facets

| Facet | Area | Pitch |
|-------|------|-------|
| RF-1 | 341 ft² | 5/12 |
| RF-2 | 135 ft² | 5/12 |
| RF-3 | 135 ft² | 5/12 |
| RF-4 | 668 ft² | 5/12 |
| RF-5 | 525 ft² | 5/12 |
| RF-6 | 525 ft² | 5/12 |
| RF-7 | 1017 ft² | 5/12 |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15179985**
MODEL ID: 15177377
WOLF PROPERTY 147 HAR-22 MAR 2025
Page 7

# Hover

**Roof Measurements**

147 Harvard Drive, Murray, KY
ROOF AREA

| Roof | Facets | Total |
|------|--------|-------|
| Total | 7 | 3346 ft² |

1017

525

525

135

668

135

341

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by **Hover**

**Hover**  **Roof Measurements**

147 Harvard Drive, Murray, KY

ROOF PITCH



| Roof Pitch | Area | Percentage |
|---|---|---|
| 5 / 12 | 3346 ft² | 100% |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15179985**
MODEL ID: 15177377
WOLF PROPERTY 147 HAR-
22 MAR 2025
Page 9

# Hover

**Roof Measurements**

147 Harvard Drive, Murray, KY

PHOTOS















© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including without limitation, to quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15179985**
MODEL ID: 15177377
WOLF PROPERTY 147 HAR-
22 MAR 2025
Page 10


Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 45 of 113





Powered by **Hover**

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179985**
MODEL ID: 15177377
WOLF PROPERTY 147 HAR-
22 MAR 2025
Page 11



Premium Report
3/26/2025

**1611 Wiswell Rd, Murray, KY 42071**　　　　Report: 64180482



In this 3D model, facets appear as semi-transparent to reveal overhangs.

Building:　　　1

## TABLE OF CONTENTS

Images ..................................................................1
Length Diagram ....................................................4
Pitch Diagram .......................................................5
Area Diagram ........................................................6
Notes Diagram .......................................................7
Penetrations Diagram ............................................8
Report Summary ...................................................9

## MEASUREMENTS

Total Roof Area =5,012 sq ft
Total Roof Facets =14
Predominant Pitch =4/12
Number of Stories <=1
Total Ridges/Hips =152 ft
Total Valleys =76 ft
Total Rakes =262 ft
Total Eaves =265 ft
Estimated Attic=4,400 sq ft
Total Penetrations =4
Total Penetrations Perimeter = 16 ft
Total Penetrations Area = 4 sq ft

## PREPARED FOR

| | |
|---|---|
| Contact: | Clarksville Branch |
| Company: | Southern Roofing and Renovations |
| Address: | 1683 Shelby Oaks Dr N Ste 6<br>Memphis, TN 38134 |
| Phone: | 901-290-8625 |

Measurements provided by www.eagleview.com



Certified Accurate

www.eagleview.com/Guarantee.aspx

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# eagleview™

Premium Report

3/26/2025

1611 Wiswell Rd, Murray, KY 42071                                        Report: 64180482

## IMAGES

The following aerial images show different angles of this structure for your reference.

Top View



© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



**Premium Report**

3/26/2025

## IMAGES

North Side



South Side



© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



Premium Report
3/26/2025

1611 Wiswell Rd, Murray, KY 42071                                Report: 64180482

## IMAGES

East Side



West Side



© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



# LENGTH DIAGRAM

Total Line Lengths:

**Ridges = 152 ft**
Hips = 0 ft

Valleys = 76 ft
Rakes = 262 ft
Eaves = 265 ft

Flashing = 56 ft
Step flashing = 104 ft
Parapets = 0 ft

N
W · E
S

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5.0 Feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



Premium Report

3/26/2025

1611 Wiswell Rd, Murray, KY 42071                                    Report: 64180482

# PITCH DIAGRAM

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 4/12



©2025 Eagle View Technologies, Inc., All Rights Reserved.

Note:  This diagram contains labeled pitches for facet areas larger than 20.0 square feet.  In some cases, pitch labels have been removed for readability.  Blue shading indicates a pitch of 3/12 and greater. Gray shading indicates flat, 1/12 or 2/12 pitches. If present, a value of "F" indicates a flat facet (no pitch).

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

**eagleview**™

1611 Wiswell Rd, Murray, KY 42071    Report: 64180482

# AREA DIAGRAM

Total Area = 5,012 sq ft, with 14 facets.



Note: This diagram shows the square feet of each roof facet (rounded to the nearest Foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

EAGLEVIEW™

1611 Wiswell Rd, Murray, KY 42071                          Report: 64180482

## NOTES DIAGRAM

Roof facets are labeled from smallest to largest (A to Z) for easy reference.



© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



Premium Report

3/26/2025

1611 Wiswell Rd, Murray, KY 42071                                    Report: 64180482

# PENETRATIONS NOTES DIAGRAM

Penetrations are labeled from smallest to largest for easy reference.

Total Penetrations = 4                          Total Penetrations Area = 4 sq ft
Total Penetrations Perimeter = 16 ft            Total Roof Area Less Penetrations = 5,008 sq ft





© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# eagleview™

**1611 Wiswell Rd, Murray, KY 42071**　　　　　　　　　　　　　　**Report: 64180482**

## REPORT SUMMARY

### All Structures

| Areas per Pitch | | | | | |
|---|---|---|---|---|---|
| **Roof Pitches** | 0/12 | 1/12 | 4/12 | 5/12 | 10/12 |
| **Area (sq ft)** | 49.0 | 553.7 | 1802.0 | 821.9 | 1785.1 |
| **% of Roof** | 1% | 11% | 36% | 16.4% | 35.6% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

| Structure Complexity | | |
|---|---|---|
| Simple | Normal | Complex |

**Waste Calculation**

NOTE: This waste calculation table is for asphalt shingle roofing applications. All values in table below only include roof areas of 3/12 pitch or greater.
For total measurements of all pitches, please refer to the **Lengths, Areas, and Pitches** section below.

| Waste % | **0%** | 4% | 7% | **9%** | 11% | 14% | 19% | 24% | 29% |
|---|---|---|---|---|---|---|---|---|---|
| Area (Sq ft) | **4409** | 4586 | 4718 | **4806** | 4894 | 5027 | 5247 | 5468 | 5688 |
| Squares * | **44.33** | 46.00 | 47.33 | **48.33** | 49.00 | 50.33 | 52.66 | 55.00 | 57.00 |
| | **Measured** | | | **Suggested** | | | | | |

* Squares are rounded up to the 1/3 of a square

Additional materials needed for ridge, hip, and starter lengths are not included in the above table. The provided suggested waste factor is intended to serve as a guide—actual waste percentages may differ based upon several variables that EagleView does not control. These waste factor variables include, but are not limited to, individual installation techniques, crew experiences, asphalt shingle material subtleties, and potential salvage from the site. Individual results may vary from the suggested waste factor that EagleView has provided. The suggested waste is not to replace or substitute for experience or judgment as to any given replacement or repair work.

| Penetrations | 1-4 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Area (sq ft)** | 1 | | | | | | | | |
| **Perimeter (ft)** | 4 | | | | | | | | |

Any measured penetration smaller than 3.0x3.0 Feet may need field verification.  Accuracy is not guaranteed. The total penetration area is not subtracted from the total roof area.

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

**eagleview™**

Premium Report

*3/26/2025*

1611 Wiswell Rd, Murray, KY 42071                                 Report: 64180482

## All Structures Totals



Total Roof Facets = 14
Total Penetrations =4

### Lengths, Areas and Pitches

Ridges = 152 ft (8 Ridges)
Hips = 0 ft (0 Hips).
Valleys = 76 ft (5 Valleys)
Rakes[†] = 262 ft (17 Rakes)
Eaves/Starter[‡] = 265 ft (10 Eaves)
Drip Edge (Eaves + Rakes) = 527 ft (27 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 56 ft (3 Lengths)
Step flashing = 104 ft (10 Lengths)
Total Penetrations Area = 4 sq ft
Total Roof Area Less Penetrations = 5,008 sq ft
Total Penetrations Perimeter = 16 ft
Predominant Pitch = 4/12
**Total Area (All Pitches) = 5,012 sq ft**

### Property Location

Longitude = -88.3268829
Latitude = 36.5880623

### Notes

This was ordered as a commercial property. There were no changes to the structure in the past four years.

### Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=1611+Wiswell+Rd,Murray,KY,42071
Directions from Southern Roofing and Renovations to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=1683+Shelby+Oaks+Dr+N+Ste+6,Memphis,TN,38134&daddr=1611+Wiswell+Rd,Murray,KY,42071

---

†    Rakes are defined as roof edges that are sloped (not level).
‡    Eaves are defined as roof edges that are not sloped and level.

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



**Legal Notice and Disclaimer**

3/26/2025

1611 Wiswell Rd, Murray, KY 42071     Report: 64180482

## IMPORTANT LEGAL NOTICE AND DISCLAIMER

**Notice and Disclaimer**

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# eagleview™

## Premium Report
3/26/2025

## 1611 Wiswell Rd, Murray, KY 42071                    Report: 64213170



In this 3D model, facets appear as semi-transparent to reveal overhangs.

Building:            2

### PREPARED FOR

| | |
|---|---|
| Contact: | Clarksville Branch |
| Company: | Southern Roofing and Renovations |
| Address: | 1683 Shelby Oaks Dr N Ste 6 |
| | Memphis, TN 38134 |
| Phone: | 901-290-8625 |

## TABLE OF CONTENTS

Images ........................................................................1
Length Diagram .........................................................4
Pitch Diagram ............................................................5
Area Diagram .............................................................6
Notes Diagram ...........................................................7
Penetrations Diagram ................................................8
Report Summary .........................................................9

## MEASUREMENTS

Total Roof Area =8,233 sq ft
Total Roof Facets =11
Predominant Pitch =5/12
Number of Stories >1
Total Ridges/Hips =193 ft
Total Valleys =22 ft
Total Rakes =206 ft
Total Eaves =346 ft
Estimated Attic=7,898 sq ft
Total Penetrations =16
Total Penetrations Perimeter = 60 ft
Total Penetrations Area = 15 sq ft

Measurements provided by www.eagleview.com



Certified Accurate

www.eagleview.com/Guarantee.aspx

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

Premium Report
3/26/2025

1611 Wiswell Rd, Murray, KY 42071                    Report: 64213170

## IMAGES

The following aerial images show different angles of this structure for your reference.

Top View



© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



Premium Report
3/26/2025

1611 Wiswell Rd, Murray, KY 42071                                    Report: 64213170

# IMAGES

North Side



South Side



© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



Premium Report
3/26/2025

## IMAGES

East Side



West Side



© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



EV eagleview™

1611 Wiswell Rd, Murray, KY 42071                                Report: 64213170

# LENGTH DIAGRAM

Total Line Lengths:
**Ridges = 171 ft**          Valleys = 22 ft          Flashing = 0 ft
Hips = 22 ft                  Rakes = 206 ft          Step flashing = 81 ft
                             Eaves = 346 ft          Parapets = 0 ft

Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5.0 Feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9).

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



Premium Report
3/26/2025

1611 Wiswell Rd, Murray, KY 42071                               Report: 64213170

# PITCH DIAGRAM

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 5/12



Note: This diagram contains labeled pitches for facet areas larger than 20.0 square feet. In some cases, pitch labels have been removed for readability. Blue shading indicates a pitch of 3/12 and greater. Gray shading indicates flat, 1/12 or 2/12 pitches.

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

E/ eagleview ™

1611 Wiswell Rd, Murray, KY 42071                    Report: 64213170

# AREA DIAGRAM

Total Area = 8,233 sq ft, with 11 facets.



Note: This diagram shows the square feet of each roof facet (rounded to the nearest Foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

**Premium Report**

3/26/2025

EagleView™

1611 Wiswell Rd, Murray, KY 42071      Report: 64213170

## NOTES DIAGRAM

Roof facets are labeled from smallest to largest (A to Z) for easy reference.



© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



**EAGLEVIEW**™

Premium Report

3/26/2025

1611 Wiswell Rd, Murray, KY 42071                    Report: 64213170

## PENETRATIONS NOTES DIAGRAM

Penetrations are labeled from smallest to largest for easy reference.

Total Penetrations = 16                    Total Penetrations Area = 15 sq ft
Total Penetrations Perimeter = 60 ft       Total Roof Area Less Penetrations = 8,218 sq ft

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840;
8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

# eagleview™

**1611 Wiswell Rd, Murray, KY 42071**    Report: 64213170

# REPORT SUMMARY

## All Structures

### Areas per Pitch

| Roof Pitches | 1/12 | 2/12 | 5/12 |
|---|---|---|---|
| Area (sq ft) | 3196.7 | 1000.5 | 4035.6 |
| % of Roof | 38.8% | 12.2% | 49% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

### Structure Complexity

| Simple | Normal | Complex |
|---|---|---|

### Waste Calculation

NOTE: This waste calculation table is for asphalt shingle roofing applications. All values in table below only include roof areas of 3/12 pitch or greater. For total measurements of all pitches, please refer to the **Lengths, Areas, and Pitches** section below.

| Waste % | **0%** | 4% | 7% | **9%** | 11% | 14% | 19% | 24% | 29% |
|---|---|---|---|---|---|---|---|---|---|
| Area (Sq ft) | **4036** | 4198 | 4319 | **4400** | 4480 | 4602 | 4803 | 5005 | 5207 |
| Squares * | **40.66** | 42.00 | 43.33 | **44.00** | 45.00 | 46.33 | 48.33 | 50.33 | 52.33 |
| | **Measured** | | | **Suggested** | | | | | |

* Squares are rounded up to the 1/3 of a square

Additional materials needed for ridge, hip, and starter lengths are not included in the above table. The provided suggested waste factor is intended to serve as a guide—actual waste percentages may differ based upon several variables that EagleView does not control. These waste factor variables include, but are not limited to, individual installation techniques, crew experiences, asphalt shingle material subtleties, and potential salvage from the site. Individual results may vary from the suggested waste factor that EagleView has provided. The suggested waste is not to replace or substitute for experience or judgment as to any given replacement or repair work.

| Penetrations | 1-2 | 3-16 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Area (sq ft) | 0.2 | 1 | | | | | | | |
| Perimeter (ft) | 2 | 4 | | | | | | | |

Any measured penetration smaller than 3.0x3.0 Feet may need field verification.  Accuracy is not guaranteed. The total penetration area is not subtracted from the total roof area.

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.

Premium Report

*3/26/2025*

## 1611 Wiswell Rd, Murray, KY 42071 — Report: 64213170

### All Structures Totals



Total Roof Facets = 11
Total Penetrations =16

**Lengths, Areas and Pitches**
Ridges = 171 ft (3 Ridges)
Hips = 22 ft (1 Hips).
Valleys = 22 ft (1 Valleys)
Rakes[†] = 206 ft (13 Rakes)
Eaves/Starter[‡] = 346 ft (10 Eaves)
Drip Edge (Eaves + Rakes) = 552 ft (23 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 0 ft (0 Lengths)
Step flashing = 81 ft (11 Lengths)
Total Penetrations Area = 15 sq ft
Total Roof Area Less Penetrations = 8,218 sq ft
Total Penetrations Perimeter = 60 ft
Predominant Pitch = 5/12
**Total Area (All Pitches) = 8,233 sq ft**

**Property Location**
Longitude = -88.3264880
Latitude = 36.5878882
**Notes**
This was ordered as a commercial property. There were no changes to the structure in the past four years.

### Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=1611+Wiswell+Rd,Murray,KY,42071
Directions from Southern Roofing and Renovations to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=1683+Shelby+Oaks+Dr+N+Ste+6,Memphis,TN,38134&daddr=1611+Wiswell+Rd,Murray,KY,42071

†    Rakes are defined as roof edges that are sloped (not level).
‡    Eaves are defined as roof edges that are not sloped and level.

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Protected by European Patent Application No. 10162199.3 – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



**Legal Notice and Disclaimer**

3/26/2025

## IMPORTANT LEGAL NOTICE AND DISCLAIMER

**Notice and Disclaimer**

No Warranty: The Copyrighted Materials are provided to you "as is," and you agree to use it at your own risk.

EagleView Technologies makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise, including but not limited to, content, quality, accuracy, completeness, effectiveness, reliability, fitness for a particular purpose, usefulness, use or results to be obtained from the Copyrighted Materials.

Contractors agree to always conduct a preliminary site survey to verify Roof Report ordered. In the event of an error in a Report, your sole remedy will be a refund of the fees paid by you to obtain this Report.

© 2008-2025 Eagle View Technologies, Inc. and Pictometry International Corp. – All Rights Reserved – Covered by one or more of U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125; 8,825,454; 9,135,737; 8,670,961; 9,514,568; 8,818,770; 8,542,880; 9,244,589; 9,329,749; 9,599,466. Other Patents Pending.



VIEW 3D MODEL

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15170009**
MODEL ID: 15167401
WOLF PROPERTY 229 NORTH
22 MAR 2025

# Hover

**Roof Measurements**

## 229 North Ewing Street, Guthrie,…

### ROOF SUMMARY

| Roof | Area | Total | Length |
|---|---|---|---|
| Roof Facets | 1402 ft² | 9 | - |
| Ridges / Hips | - | 4 | 58' 6" |
| Valleys | - | 2 | 18' 6" |
| Rakes | - | 12 | 116' 2" |
| Eaves | - | 9 | 92' 7" |
| Flashing | - | 2 | 3' 4" |
| Step Flashing | - | 7 | 39' 2" |
| Drip Edge/Perimeter | - | - | 208' 9" |

| Roof Pitch* | Area | Percentage |
|---|---|---|
| 6 / 12 | 1136 ft² | 81.03% |
| 7 / 12 | 138 ft² | 9.84% |
| 2 / 12 | 128 ft² | 9.13% |



## Example Waste Factor Calculations

| | Zero Waste | +5% | +10% | +15% | +20% |
|---|---|---|---|---|---|
| **Area** | 1402 ft² | 1472 ft² | 1542 ft² | 1612 ft² | 1682 ft² |
| **Squares** | 14⅓ | 15 | 15⅔ | 16⅓ | 17 |

The table above provides the total roof area of a given property using waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific roofing techniques, and your own level of expertise. Additional square footage for Hip, Ridge, and Starter shingles are not included in this waste factor and will require additional materials. This table is only intended to make common waste calculations easier and should not be interpreted as recommendations.

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170009**
MODEL ID: 15167401
WOLF PROPERTY 229 NORTH
22 MAR 2025
Page 2

# Hover
**Roof Measurements**

229 North Ewing Street, Guthrie,...
FOOTPRINT

**BACK**



Number of Stories: 1

Footprint Perimeter: 144' 5"

Footprint Area: 977 ft²



**FRONT**

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by and/or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.


**PROPERTY ID: 15170009**
MODEL ID: 15167401
WOLF PROPERTY 229 NORTH
22 MAR 2025
Page 3



**Roof Measurements**

229 North Ewing Street, Guthrie,...

SOFFIT

### Soffit Summary

| Depth | Type | Count | Total Length | Total Area |
|---|---|---|---|---|
| 🟡 6″ - 12″ | eaves | 4 | 31′ 7″ | 29 ft² |
| 🟢 12″ - 18″ | rakes | 4 | 27′ 1″ | 37 ft² |
| 🔵 18″ - 24″ | rakes | 7 | 75′ 1″ | 125 ft² |
| 🔵 | eaves | 5 | 61′ 3″ | 101 ft² |
| | **Totals** | | **194′ 11″** | **294 ft²** |





© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its content, or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15170009**
MODEL ID: 15167401
WOLF PROPERTY 229 NORTH
22 MAR 2025
Page 4



**Roof Measurements**

229 North Ewing Street, Guthrie,…

SOFFIT

### Soffit Breakdown

| | num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|---|
| 🟡 | 1 | eave | 11″ | 9′ 5″ | 9 ft² | 6 / 12 |
| 🔵 | 2 | rake | 20″ | 13′ 11″ | 23 ft² | 6 / 12 |
| 🔵 | 3 | eave | 20″ | 35′ 5″ | 59 ft² | 6 / 12 |
| 🔵 | 4 | rake | 20″ | 8′ 7″ | 14 ft² | 6 / 12 |
| 🔵 | 5 | rake | 20″ | 4′ 9″ | 8 ft² | 6 / 12 |
| 🔵 | 6 | rake | 20″ | 8′ 7″ | 14 ft² | 6 / 12 |
| 🔵 | 7 | eave | 20″ | 1′ 8″ | 3 ft² | 6 / 12 |
| 🔵 | 8 | rake | 20″ | 13′ 11″ | 23 ft² | 6 / 12 |
| 🔵 | 9 | rake | 20″ | 11′ 7″ | 19 ft² | 2 / 12 |
| 🔵 | 10 | eave | 20″ | 6′ 6″ | 11 ft² | 2 / 12 |
| 🔵 | 11 | eave | 20″ | 8′ 8″ | 14 ft² | 6 / 12 |
| 🟡 | 12 | eave | 11″ | 7′ 2″ | 7 ft² | 7 / 12 |
| 🟢 | 13 | rake | 15″ | 5′ 7″ | 7 ft² | 7 / 12 |
| 🟢 | 14 | rake | 15″ | 5′ 7″ | 7 ft² | 7 / 12 |
| 🟡 | 15 | eave | 11″ | 7′ 2″ | 7 ft² | 7 / 12 |
| 🔵 | 16 | eave | 20″ | 9′ | 15 ft² | 6 / 12 |
| 🟡 | 17 | eave | 11″ | 7′ 9″ | 7 ft² | 6 / 12 |
| 🔵 | 18 | rake | 20″ | 13′ 11″ | 23 ft² | 6 / 12 |
| 🟢 | 19 | rake | 17″ | 7′ 11″ | 12 ft² | 6 / 12 |

| | num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|---|
| 🟢 | 20 | rake | 17″ | 7′ 11″ | 12 ft² | 6 / 12 |

⊘ Feature is too small to label on the plan diagram

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170009**
MODEL ID: 15167401
WOLF PROPERTY 229 NORTH
22 MAR 2025
Page 5

# Hover

**Roof Measurements**

229 North Ewing Street, Guthrie,...
ROOF MEASUREMENTS

| Roof | Length |
|------|--------|
| Ridges (RI) | 58' 6" |
| Hips (H) | - |
| Valleys (V) | 18' 6" |
| Rakes (RA) | 116' 2" |
| Eaves (E) | 92' 7" |
| Flashing (F)* | 3' 4" |
| Step Flashing (SF)* | 39' 2" |
| Transition Line (TL) | 9' 10" |

*Please view the 3D model for more detail (e.g. flashing, step flashing and some other roof lines may be difficult to see on the PDF)



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use or content, including, but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

# Hover

**Roof Measurements**

## 229 North Ewing Street, Guthrie,...

ROOF FACETS

### Roof Facets

| Facet | Area | Pitch |
|-------|------|-------|
| RF-1 | 85 ft² | 6/12 |
| RF-2 | 83 ft² | 6/12 |
| RF-3 | 388 ft² | 6/12 |
| RF-4 | 515 ft² | 6/12 |
| RF-5 | 69 ft² | 7/12 |
| RF-6 | 69 ft² | 7/12 |
| RF-7 | 61 ft² | 6/12 |
| RF-8 | 128 ft² | 2/12 |
| RF-9 | 4 ft² | 6/12 |



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170009**
MODEL ID: 15167401
WOLF PROPERTY 229 NORTH
22 MAR 2025
Page 7



**Roof Measurements**

229 North Ewing Street, Guthrie,...

ROOF AREA

| 61 |
| 128 |
| 515 |
| 69 |
| 69 |
| 388 |
| 85 |
| 83 |

| Roof | Facets | Total |
|------|--------|-------|
| Total | 9 | 1402 ft² |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



**PROPERTY ID: 15170009**
MODEL ID: 15167401
WOLF PROPERTY 229 NORTH
22 MAR 2025
Page 8

# Hover

**Roof Measurements**

## 229 North Ewing Street, Guthrie,....

ROOF PITCH

| Roof Pitch | Area | Percentage |
|---|---|---|
| 6 / 12 | 1136 ft² | 81.03% |
| 7 / 12 | 138 ft² | 9.84% |
| 2 / 12 | 128 ft² | 9.13% |

6 →

2 →

6 ←

6 →

7 ↑

7 ↓

6 ←

6 →

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



**PROPERTY ID: 15170009**
MODEL ID: 15167401
WOLF PROPERTY 229 NORTH
22 MAR 2025
Page 9

**Hover**   **Roof Measurements**   229 North Ewing Street, Guthrie,…

PHOTOS









© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including, but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170009**
MODEL ID: 15167401
WOLF PROPERTY 229 NORTH
22 MAR 2025
Page 10



# Hover
**Roof Measurements**

229 North Ewing Street, Guthrie,...

PHOTOS





© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170009**
MODEL ID: 15167401
WOLF PROPERTY 229 NORTH
22 MAR 2025
Page 11



VIEW 3D MODEL

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15170478**
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025

# Hover **Roof Measurements**

# 306 Front Street, Guthrie, KY
## ROOF SUMMARY

| Roof | Area | Total | Length |
|---|---|---|---|
| Roof Facets | 1088 ft² | 4 | - |
| Ridges / Hips | - | 1 | 32' 2" |
| Valleys | - | 0 | - |
| Rakes | - | 8 | 80' 8" |
| Eaves | - | 6 | 64' 3" |
| Flashing | - | 0 | - |
| Step Flashing | - | 0 | - |
| Drip Edge/Perimeter | - | - | 144' 11" |

| Roof Pitch* | Area | Percentage |
|---|---|---|
| 7 / 12 | 834 ft² | 76.65% |
| 2 / 12 | 152 ft² | 13.97% |
| 3 / 12 | 102 ft² | 9.38% |



## Example Waste Factor Calculations

| | Zero Waste | +5% | +10% | +15% | +20% |
|---|---|---|---|---|---|
| **Area** | 1088 ft² | 1142 ft² | 1197 ft² | 1251 ft² | 1306 ft² |
| **Squares** | 11 | 11⅔ | 12 | 12⅔ | 13⅓ |

The table above provides the total roof area of a given property using waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific roofing techniques, and your own level of expertise. Additional square footage for Hip, Ridge, and Starter shingles are not included in this waste factor and will require additional materials. This table is only intended to make common waste calculations easier and should not be interpreted as recommendations.

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



**PROPERTY ID: 15170478**
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025
Page 2

# Hover

**Roof Measurements**



# 306 Front Street, Guthrie, KY
## FOOTPRINT

**BACK**



Number of Stories: 1

Footprint Perimeter: 129' 11"

Footprint Area: 846 ft²

**FRONT**

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170478**
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025
Page 3



**Soffit Summary**

| Depth | Type | Count | Total Length | Total Area |
|---|---|---|---|---|
| 6" - 12" | rakes | 6 | 57' 11" | 50 ft² |
| | eaves | 1 | 21' | 13 ft² |
| 12" - 18" | eaves | 4 | 66' | 67 ft² |
| > 48" | eaves | 4 | 35' | 227 ft² |
| | Totals | | 180' | 358 ft² |



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.


Powered by

**PROPERTY ID: 15170478**
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025
Page 4



**Roof Measurements**

# 306 Front Street, Guthrie, KY
## SOFFIT

**Soffit Breakdown**

| | num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|---|
| 🟢 | 1 | eave | 12″ | 24′ | 24 ft² | 2 / 12 |
| 🟡 | 2 | eave | 8″ | 21′ | 13 ft² | 2 / 12 |
| 🟤 | 3 | eave | 67″ | 21′ | 117 ft² | 2 / 12 |
| 🟤 | 4 | eave | 75″ | 8″ | 4 ft² | 2 / 12 |
| 🟡 | 5 | rake | 10″ | 5′ 4″ | 5 ft² | 2 / 12 |
| 🟢 | 6 | eave | 12″ | 4′ 8″ | 5 ft² | 7 / 12 |
| 🟡 | 7 | rake | 10″ | 11′ 10″ | 10 ft² | 7 / 12 |
| 🟡 | 8 | rake | 10″ | 11′ 10″ | 10 ft² | 7 / 12 |
| 🟢 | 9 | eave | 12″ | 32′ 2″ | 32 ft² | 7 / 12 |
| 🟤 | 10 | eave | 96″ | 12′ 9″ | 102 ft² | 3 / 12 |
| 🟡 | 11 | rake | 10″ | 11′ 10″ | 10 ft² | 7 / 12 |
| 🟡 | 12 | rake | 10″ | 11′ 10″ | 10 ft² | 7 / 12 |
| 🟢 | 13 | eave | 12″ | 5′ 3″ | 5 ft² | 7 / 12 |
| 🟡 | 14 | rake | 10″ | 5′ 4″ | 5 ft² | 2 / 12 |
| 🟤 | 15 | eave | 75″ | 8″ | 4 ft² | 2 / 12 |

⊘ Feature is too small to label on the plan diagram

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



**PROPERTY ID: 15170478**
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025
Page 5

# Hover

**Roof Measurements**

## 306 Front Street, Guthrie, KY
### ROOF MEASUREMENTS



| Roof | Length |
|------|--------|
| Ridges (RI) | 32' 2" |
| Hips (H) | - |
| Valleys (V) | - |
| Rakes (RA) | 80' 8" |
| Eaves (E) | 64' 3" |
| Flashing (F)* | - |
| Step Flashing (SF)* | - |
| Transition Line (TL) | 36' 9" |

*Please view the 3D model for more detail (e.g. flashing, step flashing and some other roof lines may be difficult to see on the PDF)

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by  Hover

**PROPERTY ID: 15170478**
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025
Page 6



**Roof Measurements**



**Roof Facets**

| Facet | Area | Pitch |
|-------|------|-------|
| RF-1 | 152 ft² | 2/12 |
| RF-2 | 417 ft² | 7/12 |
| RF-3 | 417 ft² | 7/12 |
| RF-4 | 102 ft² | 3/12 |

RF-4

RF-3

RF-2

RF-1

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by **Hover**

**PROPERTY ID: 15170478**
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025
Page 7



**Roof Measurements**

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 88 of 113

306 Front Street, Guthrie, KY

ROOF AREA



| Roof | Facets | Total |
|------|--------|-------|
| Total | 4 | 1088 ft² |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by **Hover**

**PROPERTY ID: 15170478**
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025
Page 8

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 89 of 113

ROOF PITCH

| Roof Pitch | Area | Percentage |
|---|---|---|
| 7 / 12 | 834 ft² | 76.65% |
| 2 / 12 | 152 ft² | 13.97% |
| 3 / 12 | 102 ft² | 9.38% |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170478**
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025
Page 9



**Roof Measurements**

306 Front Street, Guthrie, KY

PHOTOS








© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170478**
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025
Page 10

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 91 of 113





Powered by **Hover**

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID:** 15170478
MODEL ID: 15167870
306 FRONT WOLF PROPERTY
22 MAR 2025
Page 11



VIEW 3D MODEL

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025

# Hover

**Roof Measurements**

34 Welch Drive, Murray, KY
### ROOF SUMMARY

| Roof | Area | Total | Length |
|------|------|-------|--------|
| Roof Facets | 2498 ft² | 4 | - |
| Ridges / Hips | - | 3 | 62' |
| Valleys | - | 0 | - |
| Rakes | - | 8 | 121' 4" |
| Eaves | - | 4 | 126' 3" |
| Flashing | - | 0 | - |
| Step Flashing | - | 2 | 35' 5" |
| Drip Edge/Perimeter | - | - | 247' 7" |

| Roof Pitch* | Area | Percentage |
|-------------|------|------------|
| 5 / 12 | 2498 ft² | 100% |



## Example Waste Factor Calculations

|  | Zero Waste | +5% | +10% | +15% | +20% |
|--|-----------|-----|------|------|------|
| **Area** | 2498 ft² | 2623 ft² | 2748 ft² | 2873 ft² | 2998 ft² |
| **Squares** | 25 | 26⅓ | 27⅔ | 29 | 30 |

The table above provides the total roof area of a given property using waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific roofing techniques, and your own level of expertise. Additional square footage for Hip, Ridge, and Starter shingles are not included in this waste factor and will require additional materials. This table is only intended to make common waste calculations easier and should not be interpreted as recommendations.

Powered by 

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025
Page 2


**Roof Measurements**

34 Welch Drive, Murray, KY
FOOTPRINT



Number of Stories: 1




Powered by

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025
Page 3


**Roof Measurements**

Case 1:25-cv-05319-LJL   Document 25-66   Filed 07/07/25   Page 95 of 113

### Soffit Summary

| | Depth | Type | Count | Total Length | Total Area |
|---|---|---|---|---|---|
| 🟡 | 6″ - 12″ | rakes | 2 | 34′ 5″ | 32 ft² |
| 🟡 | | eaves | 2 | 30′ | 28 ft² |
| 🟢 | 12″ - 18″ | rakes | 6 | 78′ 4″ | 86 ft² |
| 🟢 | | eaves | 6 | 93′ 6″ | 110 ft² |
| 🟤 | > 48″ | eaves | 3 | 30′ | 141 ft² |
| | | | **Totals** | **266′ 3″** | **397 ft²** |




© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025
Page 4

## Soffit Breakdown

| | num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|---|
| 🟢 | 1 | eave | 16″ | 27′ 3″ | 37 ft² | 5 / 12 |
| 🟤 | 2 | eave | 55″ | 27′ 3″ | 125 ft² | 5 / 12 |
| ⊘ | 3 | eave | 13″ | 1′ 1″ | 1 ft² | 5 / 12 |
| 🟤 | 4 | eave | 71″ | 1′ 4″ | 8 ft² | 5 / 12 |
| 🟡 | 5 | eave | 11″ | 14′ 4″ | 13 ft² | 5 / 12 |
| 🟢 | 6 | rake | 13″ | 19′ 11″ | 22 ft² | 5 / 12 |
| 🟢 | 7 | eave | 13″ | 11″ | 1 ft² | 5 / 12 |
| 🟡 | 8 | rake | 11″ | 17′ 3″ | 16 ft² | 5 / 12 |
| 🟢 | 9 | rake | 13″ | 2′ | 2 ft² | 5 / 12 |
| 🟡 | 10 | rake | 11″ | 17′ 3″ | 16 ft² | 5 / 12 |
| 🟢 | 11 | eave | 13″ | 62′ | 68 ft² | 5 / 12 |
| 🟢 | 12 | rake | 13″ | 17′ 3″ | 19 ft² | 5 / 12 |
| 🟢 | 13 | rake | 13″ | 2′ | 2 ft² | 5 / 12 |
| 🟢 | 14 | rake | 13″ | 17′ 3″ | 19 ft² | 5 / 12 |
| 🟢 | 15 | eave | 13″ | 1′ 1″ | 1 ft² | 5 / 12 |
| 🟢 | 16 | rake | 13″ | 19′ 11″ | 22 ft² | 5 / 12 |
| 🟡 | 17 | eave | 11″ | 15′ 8″ | 15 ft² | 5 / 12 |
| 🟤 | 18 | eave | 71″ | 1′ 4″ | 8 ft² | 5 / 12 |
| ⊘ | 19 | eave | 13″ | 1′ 1″ | 1 ft² | 5 / 12 |

⊘ Feature is too small to label on the plan diagram

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its content or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by  **Hover**

**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025
Page 5

| Roof | Length |
|------|--------|
| Ridges (RI) | 62' |
| Hips (H) | - |
| Valleys (V) | - |
| Rakes (RA) | 121' 4" |
| Eaves (E) | 126' 3" |
| Flashing (F)* | - |
| Step Flashing (SF)* | 35' 5" |
| Transition Line (TL) | - |

*Please view the 3D model for more detail (e.g. flashing, step flashing and some other roof lines may be difficult to see on the PDF)



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its content or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by **Hover**


**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025
Page 6

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 98 of 113

# HOVER

**Roof Facets**

| Facet | Area | Pitch |
|-------|------|-------|
| RF-1 | 308 ft² | 5/12 |
| RF-2 | 679 ft² | 5/12 |
| RF-3 | 281 ft² | 5/12 |
| RF-4 | 1230 ft² | 5/12 |



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025
Page 7



| Roof | Facets | Total |
|------|--------|-------|
| Total | 4 | 2498 ft² |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.



**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025
Page 8



**Roof Measurements**

# 34 Welch Drive, Murray, KY

ROOF PITCH

| Roof Pitch | Area | Percentage |
|---|---|---|
| 5 / 12 | 2498 ft² | 100% |



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by

**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025
Page 9

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 101 of 113

34 Welch Drive, Murray, KY
PHOTOS









© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025
Page 10



# Roof Measurements

34 Welch Drive, Murray, KY

PHOTOS





© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15179035**
MODEL ID: 15176427
WOLF PROPERTY 34&40
22 MAR 2025
Page 11



VIEW 3D MODEL

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15170835**
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025

# Hover

**Roof Measurements**

115 Taylor Street, Guthrie, KY

ROOF SUMMARY

| Roof | Area | Total | Length |
|------|------|-------|--------|
| Roof Facets | 1574 ft² | 5 | - |
| Ridges / Hips | - | 2 | 63' 9" |
| Valleys | - | 2 | 22' 9" |
| Rakes | - | 8 | 89' 8" |
| Eaves | - | 7 | 96' 2" |
| Flashing | - | 0 | - |
| Step Flashing | - | 2 | 8' 2" |
| Drip Edge/Perimeter | - | - | 185' 11" |

| Roof Pitch* | Area | Percentage |
|-------------|------|------------|
| 4 / 12 | 1526 ft² | 96.95% |
| 2 / 12 | 48 ft² | 3.05% |



## Example Waste Factor Calculations

| | Zero Waste | +5% | +10% | +15% | +20% |
|---|---|---|---|---|---|
| **Area** | 1574 ft² | 1653 ft² | 1731 ft² | 1810 ft² | 1889 ft² |
| **Squares** | 16 | 16⅔ | 17⅓ | 18⅓ | 19 |

The table above provides the total roof area of a given property using waste percentages as noted. Please consider that area values and specific waste factors can be influenced by the size and complexity of the property, captured image quality, specific roofing techniques, and your own level of expertise. Additional square footage for Hip, Ridge, and Starter shingles are not included in this waste factor and will require additional materials. This table is only intended to make common waste calculations easier and should not be interpreted as recommendations.

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its content or use, including, but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170835**
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025
Page 2

# Hover
**Roof Measurements**

115 Taylor Street, Guthrie, KY
FOOTPRINT

**BACK**



47' 5"

8' 1"

20' 5"

19'

25' 2"

25' 2"

34' 11"

14' 5"

5' 10"

5' 10"

21' 1"

12'

**FRONT**



S    W

N

E

Number of Stories: 1

Footprint Perimeter: 164' 9"

Footprint Area: 1296 ft²

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by  Hover

**PROPERTY ID: 15170835**
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025
Page 3



115 Taylor Street, Guthrie, KY
SOFFIT

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 106 of 113

**Soffit Summary**

| | Depth | Type | Count | Total Length | Total Area |
|---|---|---|---|---|---|
| 🟢 | 12" - 18" | rakes | 6 | 65' 10" | 81 ft² |
| 🟢 | | eaves | 4 | 78' 7" | 100 ft² |
| 🔵 | 18" - 24" | eaves | 2 | 2' 2" | 3 ft² |
| 🟤 | > 48" | eaves | 2 | 12' 2" | 119 ft² |
| | | | **Totals** | **158' 9"** | **304 ft²** |



Powered by **Hover**

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15170835**
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025
Page 4



**Hover** **Roof Measurements**

115 Taylor Street, Guthrie, KY
SOFFIT

**Soffit Breakdown**

| | num | Type | Depth | Length | Area | Pitch |
|---|---|---|---|---|---|---|
| 🟤 | 1 | eave | 181″ | 5′ 10″ | 88 ft² | 4 / 12 |
| 🟢 | 2 | rake | 13″ | 6′ 4″ | 7 ft² | 4 / 12 |
| 🔵 | 3 | eave | 18″ | 1′ 1″ | 2 ft² | 4 / 12 |
| 🟢 | 4 | eave | 15″ | 14′ 2″ | 18 ft² | 4 / 12 |
| 🟢 | 5 | rake | 15″ | 13′ 3″ | 17 ft² | 4 / 12 |
| 🟢 | 6 | rake | 15″ | 13′ 3″ | 17 ft² | 4 / 12 |
| 🟢 | 7 | eave | 15″ | 23′ 1″ | 29 ft² | 4 / 12 |
| 🟤 | 8 | eave | 59″ | 6′ 4″ | 31 ft² | 2 / 12 |
| 🟢 | 9 | eave | 15″ | 20′ 7″ | 26 ft² | 4 / 12 |
| 🟢 | 10 | rake | 15″ | 13′ 3″ | 17 ft² | 4 / 12 |
| 🟢 | 11 | rake | 15″ | 13′ 3″ | 17 ft² | 4 / 12 |
| 🟢 | 12 | eave | 15″ | 20′ 9″ | 26 ft² | 4 / 12 |
| 🔵 | 13 | eave | 18″ | 1′ 1″ | 2 ft² | 4 / 12 |
| 🟢 | 14 | rake | 13″ | 6′ 4″ | 7 ft² | 4 / 12 |

 Feature is too small to label on the plan diagram

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is". HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170835**
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025
Page 5

# Hover
**Roof Measurements**

115 Taylor Street, Guthrie, KY
ROOF MEASUREMENTS

| Roof | Length |
|------|--------|
| Ridges (RI) | 63' 9" |
| Hips (H) | - |
| Valleys (V) | 22' 9" |
| Rakes (RA) | 89' 8" |
| Eaves (E) | 96' 2" |
| Flashing (F)* | - |
| Step Flashing (SF)* | 8' 2" |
| Transition Line (TL) | 6' 4" |

*Please view the 3D model for more detail (e.g. flashing, step flashing and some other roof lines may be difficult to see on the PDF)



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including, but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by **Hover**

**PROPERTY ID: 15170835**
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025
Page 6

# Hover
**Roof Measurements**

115 Taylor Street, Guthrie, KY
ROOF FACETS

## Roof Facets

| Facet | Area | Pitch |
|-------|------|-------|
| RF-1 | 77 ft² | 4/12 |
| RF-2 | 667 ft² | 4/12 |
| RF-3 | 77 ft² | 4/12 |
| RF-4 | 705 ft² | 4/12 |
| RF-5 | 48 ft² | 2/12 |



© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170835**
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025
Page 7

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 110 of 113



| Roof  | Facets | Total    |
|-------|--------|----------|
| Total | 5      | 1574 ft² |

Powered by **Hover**

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15170835**
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025
Page 8

# Hover

**Roof Measurements**

## 115 Taylor Street, Guthrie, KY

### ROOF PITCH



| Roof Pitch | Area | Percentage |
|------------|---------|------------|
| 4 / 12 | 1526 ft² | 96.95% |
| 2 / 12 | 48 ft² | 3.05% |

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by **Hover**

**PROPERTY ID:** 15170835
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025
Page 9

Case 1:25-cv-05319-LJL    Document 25-66    Filed 07/07/25    Page 112 of 113









© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein may be trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Service and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including, without limitation, to quality, accuracy, completeness, reliability, or fitness for a particular purpose.

Powered by 

**PROPERTY ID: 15170835**
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025
Page 10




Powered by **Hover**

© 2025 HOVER Inc. All rights reserved. This document and the images, measurement data, format and contents are the exclusive property of HOVER. HOVER is the registered trademark of Hover Inc. All other brands, products and company names mentioned herein are trademarks or registered trademarks of their respective holders.

Use of this document is subject to HOVER's Terms of Use and is provided "as is." HOVER makes no guarantees, representations or warranties of any kind, express or implied, arising by law or otherwise relating to this document or its contents or use, including but not limited to, quality, accuracy, completeness, reliability, or fitness for a particular purpose.

**PROPERTY ID: 15170835**
MODEL ID: 15168227
WOLF PROPERTY 115 TAYLOR
22 MAR 2025
Page 11