# **EXHIBIT 67**



Erie Insurance®

Home Office • 100 Erie Insurance Place • Erie, Pennsylvania 16530
859.219.4900 • Toll Free 877.589.3743 • Fax 855.222.3743 • erieinsurance.com

Brian  Wolff                                              April 21, 2025
711 Providence Blvd
Clarksville, TN 37042 - 4499

                              Re:    ERIE Claim No:    A00006663698
                                     ERIE Insured:     Brian  Wolff
                                     ERIE Policy No:    Q610334103
                                     Date of Loss:      July 21, 2024

Dear Mr. Wolff:

This letter is in reference to the above captioned claim which was reported to Erie Insurance Company (ERIE) on 03/24/2025 seeking coverage under the Erie Secure Home Policy for damages to your property located at LIST 1611 WISWELL RD, MURRAY, KY 42071-2847.

ERIE has completed our investigation into your property damage loss. Our investigation concluded that no storm damage was present to the roof or it's accessories. Any issues present are related to wear/tear, deterioration, installation issues or mechanical damage. Please be advised that these specific causes of loss are excluded from coverage in the Erie Secure Business Policy, Form EPP0001 (Ed. 10/22). Please refer to the language in the Erie Secure Business Policy as stated:

## SECTION I – COVERAGES

### INSURING AGREEMENT

We will pay for direct physical "loss" of or damage to covered property at the premises described in the "Declarations" caused by or resulting from a peril insured against.

### BUILDING(S) – COVERAGE 1

A. **Covered Property**

Building(s) means buildings described in the "Declarations" and anything permanently attached. It also includes:

1. Building equipment and fixtures servicing the premises;

2. Personal property you have for the service and maintenance of the buildings and premises including, but not limited to the following:

   a. Fire extinguishing equipment;

   b. Alarm systems;

   c. Outdoor furniture;

**Erie Insurance®**

Home Office • 100 Erie Insurance Place • Erie, Pennsylvania 16530
859.219.4900 • Toll Free 817.589.3743 • Fax 855.222.3743 • erieinsurance.com

April 21, 2025

Brian Wolff
711 Providence Blvd
Clarksville, TN 37042 - 4499

|     |     |     |
| --- | --- | --- |
| Re: | ERIE Claim No: | A00006663737 |
|     | ERIE Insured: | Brian Wolff |
|     | ERIE Policy No: | Q610225254 |
|     | Date of Loss: | July 21, 2024 |

Dear Mr. Wolff:

This letter is in reference to the above captioned claim which was reported to Erie Insurance Company (ERIE) on 03/24/2025 seeking coverage under the Erie Secure Home Policy for damages to your property located at 88/94, 34/40, and 78/80 Welch Drive, Murray, KY 42071 and 147-153 Harvard drive, Murray, KY 42071.

ERIE has completed our investigation into your property damage loss. Our investigation concluded that there was 1 creased shingle due to wind damage at 147-153 Harvard drive, Murray, KY 4207, however the repair estimate does not exceed your policy deductible. There does appear to be old hail damage to the turbine vents, however this damage appears to have happened prior to being insured with ERIE. No other storm damage was apparent. Any other issues present are related to wear/tear, deterioration, installation issues or mechanical damage. Please be advised that these specific causes of loss are excluded from coverage in the Erie Secure Business Policy, Form EPP0001 (Ed. 10/22). Please refer to the language in the Erie Secure Business Policy as stated:

## SECTION I – COVERAGES

### INSURING AGREEMENT

We will pay for direct physical "loss" of or damage to covered property at the premises described in the "Declarations" caused by or resulting from a peril insured against.

### BUILDING(S) – COVERAGE 1

A. **Covered Property**

Building(s) means buildings described in the "Declarations" and anything permanently attached. It also includes:

1.  Building equipment and fixtures servicing the premises;

2.  Personal property you have for the service and maintenance of the buildings and premises including, but not limited to the following:

    a.  Fire extinguishing equipment;

    b.  Alarm systems;

 Erie Insurance
100 Erie Insurance Pl.
Erie, PA 16530

04/21/2025

Brian  Wolff

711 PROVIDENCE BLVD
CLARKSVILLE TN  37042-4499

Claim Number:   A00006663737          Date of Loss:  07/20/2024
Policy Number:  Q610225254            Loss Location:  88/94 Welch Drive
                                                      MURRAY KY  42071

Dear  Brian  Wolff

This letter is a follow-up to my conversation with KRISTA GAMBLIN on 4/21/2025 regarding the above captioned claim.  We are closing your claim at this time as your damages do not exceed your $5000 deductible.  If this is incorrect and we can still help you, please let me know immediately.

A copy of our repair estimate is enclosed.

Sincerely,

Timothy Holmes

Property Adjuster
(270) 302-6864
Timothy.Holmes@ERieInsurance.com