# **EXHIBIT 68**



> Back. Lol
>
> We are doing a zoom call in my truck so let me know when you pull in. I'm in a red Silverado

> Ok we're almost there

Delivered

> $9,692 collected on roof balance

 iMessage