# **EXHIBIT 70**



BENJAMIN S. BRIGGS
Partner

100 N. Tampa Street, Suite 4000
Tampa, Florida 33602
E: ben.briggs@arlaw.com
O: 813.227.5507

April 25, 2025

**VIA EMAIL**
(davidknight0525@gmail.com)

**VIA U.S. MAIL/CERTIFIED MAIL**
David Knight
380 Spradling Rd., #1
Mantachie, MS 38855

Re:   Cease and Desist

Dear Mr. Knight:

Our law firm represents SNR Global, LLC d/b/a Southern Roofing and Renovation ("SNR") with regard to the referenced matter. If you are represented by counsel, please forward this letter to their attention.

SNR has recently learned that during your employment with SNR, you colluded with other SNR employees and an external third party with the intent to create or support a competing roofing business. Such conduct violates SNR's written policies and rules to which you agreed, as well as applicable law. Please understand that our investigation into this matter is ongoing and, as such, this letter should not be understood or construed as a comprehensive list of your potential violations.

Be advised that SNR is prepared to fully prosecute any prior, current, or future action constituting a breach of your written agreements or violation of applicable law. If we are forced to file suit, SNR will be seeking all applicable injunctive relief, monetary damages, liquidated damages, attorneys' fees, costs, and interest.

This letter is to demand that you ***immediately cease and desist*** any action or conduct that violates your written agreements or applicable law and to advise you of SNR's intent to seek legal remedy for any ongoing violation.

Please contact our office if you wish to discuss any matter raised in this letter and to confirm your intention to comply with your Agreement. Thank you.

Preservation of Evidence

You are hereby advised and demanded to take notice that litigation is reasonably anticipated in this matter and, as such, you have a legal duty and obligation to preserve all potentially relevant information and evidence. This includes any and all documents, records, letters, correspondence,

e-mails, voice messages, text messages, electronic messages, photographs, videos, journal entries, handwritten notations, Internet usage files, et cetera, that may relate to any potential claim raised or discussed in this letter.  To be abundantly clear, your duty of preservation includes all potentially relevant information, whether in paper form or electronically stored.

Thank you for your prompt attention to this matter.

*Please be advised this correspondence is written under complete reservation of rights and privileges. Nothing herein should be construed as an agreement, acquiescence, waiver, or basis for estoppel.*

Sincerely,

**ADAMS AND REESE LLP**

Benjamin S. Briggs, Esq.
Board-Certified Specialist, Labor & Employment Law

BSB/emg