# **EXHIBIT 73**

**From:** Alex Skelton <alexs1990@yahoo.com>
**Date:** Thursday, Jul 03, 2025 at 10:44 AM
**To:** Allen, Margaret <margaret.allen@sidley.com>
**Subject:** Re: Cease and Desist Letter & Notice of Temporary Restraining Order

**EXTERNAL EMAIL - Use caution with links and attachments.**

Hey Margaret,

I received your email regarding Case No. 1:25-cv-05219. I am currently in the process of securing legal representation to appropriately address the matter at hand. I respectfully request an additional week to finalize arrangements with an attorney so that I can respond appropriately and thoroughly.

Thank you for your understanding and patience. Please let me know if this extension can be accommodated.


Alex Skelton
901-494-7506