# **EXHIBIT 74**

| | |
|---|---|
| **From:** | David Knight |
| **To:** | Allen, Margaret |
| **Cc:** | Greco, Andi |
| **Subject:** | Cease and Desist Letter & Notice of Temporary Restraining Order |
| **Date:** | Thursday, July 3, 2025 11:08:01 AM |

**EXTERNAL EMAIL - Use caution with links and attachments.**

Good morning.

I am writing to acknowledge receipt of your email, along with the document related to this matter. While I am fully committed to responding and providing all requested information, I am currently in the process of securing legal counsel to represent me.

In light of this, I kindly request at least a one-week extension to allow sufficient time to finalize my representation. I appreciate your understanding and would be grateful for your consideration of this request.

Should you have any questions or require further clarification, please do not hesitate to reach out. Thank you for your time and attention to this matter.

Sincerely,
David Knight