# EXHIBIT A



| | |
|---|---|
| **From:** | Allen, Margaret |
| **To:** | leahr.srnr@gmail.com; leahraffles@yahoo.com |
| **Cc:** | Colon-Bosolet, Melissa |
| **Subject:** | Legacy Restoration, LLC v. Barajas, et al. |
| **Date:** | Wednesday, June 25, 2025 7:41:00 AM |
| **Attachments:** | image001.png |

Ms. Raffles:

As a follow up to my text message, we represent Legacy Restoration, LLC in a lawsuit that Legacy plans to file this morning in the Supreme Court of New York in New York County against Brian Wolff, Oswaldo "Junior" Barajas," and yourself, as well as an unknown entity, and Legacy is also seeking an application for a temporary restraining order and order to show cause against Oswaldo "Junior" Barajas. We will be asking the court for hearing as soon as possible on these matters. We will be sending you copies of the papers.  If you have retained legal counsel, please have your counsel contact me.

Please feel free to forward this message to Oswaldo Barajas and Brian Wolff, who are also defendants in the action.

**MARGARET H. ALLEN**

**SIDLEY AUSTIN LLP**
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
+1 214 969 3506
margaret.allen@sidley.com
www.sidley.com

**SIDLEY**





| | |
|---|---|
| **From:** | Allen, Margaret |
| **To:** | leahr.srnr@gmail.com; leahraffles@yahoo.com |
| **Cc:** | Colon-Bosolet, Melissa |
| **Subject:** | RE: Legacy Restoration, LLC v. Barajas, et al. |
| **Date:** | Wednesday, June 25, 2025 10:59:35 AM |
| **Attachments:** | image001.png |
| | Legacy - Southern DocumentsLegacy-Southern - OSC-TRO.pdf |
| | Legacy - Southern DocumentsAffirmation - Mike McComas.pdf |
| | Legacy - Southern DocumentsAffirmation - Brad Hadamik.pdf |
| | Legacy - Southern DocumentsLegacy-Southern - RJI CD Addendum.pdf |
| | Legacy - Southern DocumentsAffirmation - Melissa Colon-Bosolet.pdf |
| | Legacy - Southern DocumentsLegacy-Southern - RJI.pdf |
| | Legacy - Southern DocumentsLegacy-Southern - Memo ISO OSC-TRO.pdf |
| | Legacy - Southern DocumentsHadamik Exhibits.zip |
| | Legacy - Southern DocumentsLegacy-Southern - Summons and Complaint.pdf |
| | Legacy - Southern DocumentsMcComas Exhibits.zip |

Ms. Raffles,

As a follow up to my email, voicemail, text, and our phone call discussion this morning, attached and at the link below are Legacy Restoration, LLC's filings, including the complaint and a motion for a temporary restraining order and order to show cause, which are being filed with the Court today.

https://drive.google.com/drive/folders/14OoHXZT_CkWuscscm5WagCrsi88zszXT?usp=sharing

Sincerely,
Margaret


**MARGARET H. ALLEN**

**SIDLEY AUSTIN LLP**
+1 214 969 3506 direct
+1 646 469 3762 cell
margaret.allen@sidley.com


*************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
*************************************************************************************************

**From:** Allen, Margaret
**Sent:** Wednesday, June 25, 2025 7:42 AM
**To:** leahr.srnr@gmail.com; leahraffles@yahoo.com
**Cc:** Colon-Bosolet, Melissa <mcolon-bosolet@sidley.com>
**Subject:** Legacy Restoration, LLC v. Barajas, et al.

Ms. Raffles:

As a follow up to my text message, we represent Legacy Restoration, LLC in a lawsuit that Legacy plans to file this morning in the Supreme Court of New York in New York County against Brian Wolff, Oswaldo "Junior" Barajas," and yourself, as well as an unknown entity,

and Legacy is also seeking an application for a temporary restraining order and order to show cause against Oswaldo "Junior" Barajas. We will be asking the court for hearing as soon as possible on these matters. We will be sending you copies of the papers.  If you have retained legal counsel, please have your counsel contact me.

Please feel free to forward this message to Oswaldo Barajas and Brian Wolff, who are also defendants in the action.

**MARGARET H. ALLEN**

**SIDLEY AUSTIN LLP**
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
+1 214 969 3506
margaret.allen@sidley.com
www.sidley.com

**SIDLEY**



