# EXHIBIT C







| | |
|---|---|
| **From:** | Allen, Margaret |
| **To:** | wolffglass@yahoo.com |
| **Cc:** | Colon-Bosolet, Melissa |
| **Subject:** | Legacy Lawsuit |
| **Date:** | Wednesday, June 25, 2025 1:03:50 PM |
| **Attachments:** | image001.png<br>Legacy - Southern DocumentsLegacy-Southern - OSC-TRO.pdf<br>Legacy - Southern DocumentsAffirmation - Mike McComas.pdf<br>Legacy - Southern DocumentsAffirmation - Brad Hadamik.pdf<br>Legacy - Southern DocumentsLegacy-Southern - RJI CD Addendum.pdf<br>Legacy - Southern DocumentsAffirmation - Melissa Colon-Bosolet.pdf<br>Legacy - Southern DocumentsLegacy-Southern - RJI.pdf<br>Legacy - Southern DocumentsLegacy-Southern - Memo ISO OSC-TRO.pdf<br>Legacy - Southern DocumentsHadamik Exhibits.zip<br>Legacy - Southern DocumentsLegacy-Southern - Summons and Complaint.pdf<br>Legacy - Southern DocumentsMcComas Exhibits.zip |

Brian:

As promised, attached are the filings from today. Please let us know if you have legal counsel who represents you in this matter and their contact information.

Regards,
Margaret

**MARGARET H. ALLEN**

**SIDLEY AUSTIN LLP**
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
+1 214 969 3506
margaret.allen@sidley.com
www.sidley.com




*********************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
*********************************************************************************************

