# **EXHIBIT D**

| | |
|---|---|
| **From:** | Allen, Margaret |
| **To:** | Alex Skelton |
| **Cc:** | Colon-Bosolet, Melissa |
| **Subject:** | RE: Cease and Desist Letter & Notice of Temporary Restraining Order |
| **Date:** | Thursday, July 3, 2025 11:12:08 AM |

Alex,

Thank you for responding. You never responded to the Company's original letter sent months ago on April 25, 2025. We do not interpret your request for another week in good faith, and believe you have likely been coordinating with the Defendants. The company reserves its right to notify the Court of your failure to respond given the preliminary injunction hearing set for Wednesday, July 9, of which you have notice.

Once you have retained legal counsel, please send your legal counsel's contact information immediately, or have them contact me directly. I am available any time this week and over the holiday weekend at 646-469-3762 or at this email address.

As stated in the letter dated April 25, 2025 and our letter last week, you have a duty to preserve all communications and documents relevant to this matter, including but not limited to all call logs and texts with Defendants.

Best,
Margaret Allen


**MARGARET H. ALLEN**

**SIDLEY AUSTIN LLP**
+1 214 969 3506 direct
+1 646 469 3762 cell
margaret.allen@sidley.com

---

**From:** Alex Skelton <alexs1990@yahoo.com>
**Date:** Thursday, Jul 03, 2025 at 10:44 AM
**To:** Allen, Margaret <margaret.allen@sidley.com>
**Subject:** Re: Cease and Desist Letter & Notice of Temporary Restraining Order

> **EXTERNAL EMAIL - Use caution with links and attachments.**

Hey Margaret,

I received your email regarding Case No. 1:25-cv-05219. I am currently in the process of securing legal representation to appropriately address the matter at hand. I respectfully request an additional week to finalize arrangements with an attorney so that I can respond appropriately and thoroughly.

Thank you for your understanding and patience. Please let me know if this extension can be accommodated.

Alex Skelton
901-494-7506

> On Jun 27, 2025, at 5:12 PM, Allen, Margaret <margaret.allen@sidley.com> wrote:
>
> Alex,
>
> Attached is a letter for you.
>
> **MARGARET H. ALLEN**
>
> **SIDLEY AUSTIN LLP**
> 2021 McKinney Avenue
> Suite 2000
> Dallas, TX 75201
> +1 214 969 3506
> margaret.allen@sidley.com
> www.sidley.com
> **<image001.png>**
>
> ****************************************************************************************************
> This e-mail is sent by a law firm and may contain information that is privileged or confidential.
> If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
> ****************************************************************************************************

<Legacy Restorations - SRNR Demand Letter (Alex Skelton).pdf>