# **EXHIBIT E**

| | |
|---|---|
| **From:** | Allen, Margaret |
| **To:** | David Knight |
| **Cc:** | Greco, Andi; Colon-Bosolet, Melissa |
| **Subject:** | RE: Cease and Desist Letter & Notice of Temporary Restraining Order |
| **Date:** | Thursday, July 3, 2025 11:14:11 AM |

David,

Thank you for responding.  You never responded to the Company's original letter sent months ago on April 25, 2025. We do not interpret your request for another week in good faith, and believe you have likely been coordinating with the Defendants. The company reserves its right to notify the Court of your failure to respond given the preliminary injunction hearing set for Wednesday, July 9, of which you have notice.

Once you have retained legal counsel, please send your legal counsel's contact information immediately, or have them contact me directly. I am available any time this week and over the holiday weekend at 646-469-3762 or at this email address.

As stated in the letter dated April 25, 2025 and our letter last week, you have a duty to preserve all communications and documents relevant to this matter, including but not limited to all call logs and texts with Defendants.

Best,
Margaret Allen

**MARGARET H. ALLEN**

**SIDLEY AUSTIN LLP**
+1 214 969 3506 direct
+1 646 469 3762 cell
margaret.allen@sidley.com

---

**From:** David Knight <davidknight0525@gmail.com>
**Date:** Thursday, Jul 03, 2025 at 11:08 AM
**To:** Allen, Margaret <margaret.allen@sidley.com>
**Cc:** Greco, Andi <andi.greco@sidley.com>
**Subject:** Cease and Desist Letter & Notice of Temporary Restraining Order

**EXTERNAL EMAIL - Use caution with links and attachments.**

Good morning.

I am writing to acknowledge receipt of your email, along with the document related to this matter. While I am fully committed to responding and providing all requested information, I am currently in the process of securing legal counsel to represent me.

In light of this, I kindly request at least a one-week extension to allow sufficient time to finalize my representation. I appreciate your understanding and would be grateful for your

consideration of this request.

Should you have any questions or require further clarification, please do not hesitate to reach out. Thank you for your time and attention to this matter.

Sincerely,
David Knight