**KUSHMAKOV LAW, P.C.**
71-50 Austin Street, Ste. 205
Forest Hills, New York 11375
(646) 694-0248
Eduard@KushmakovLaw.com

July 8, 2025

**VIA:ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Lewis J. Liman, U.S.D.J.
500 Pearl Street
Courtroom 15C
New York, NY 10007-1312

|        |                                        |
|--------|----------------------------------------|
| **Re:** | **Legacy Restoration, LLC v. Barajas, et al.** |
| **Case No.** | **1:25-cv-5319 (LJL) (OTW)** |

Dear Judge Liman:

This firm, together with Sage Legal, LLC, represents defendants Oswaldo "Junior" Barajas ("Barajas"), Leah Raffles ("Raffles"), and Brian Wolff ("Wolff") (Barajas, Raffles, and Wolff collectively hereinafter the "Defendants") in the above-referenced case. Defendants presume that the Court will hear oral argument on Plaintiff's Order to Show Cause tomorrow, July 9, 2025, at 10:30 AM. However, to the extent the Court intends to hold an evidentiary hearing, it is respectfully requested that Defendants testify virtually. This is because Defendants reside in Tennessee and appearing in person would cause an undue hardship upon them.

We thank the Court for its time and consideration.

Respectfully submitted,

<u>/s/ Eduard Kushmakov</u>
Eduard Kushmakov, Esq.

CC: All parties via ECF