| | |
|---|---|
| **From:** | Curtis Brown <curtisb@srnr-us.com> |
| **Sent:** | Thur 4/4/2024 1:25:00 PM (UTC-05:00) |
| **To:** | Malcolm Futhey <malcolm@futheylawfirm.com> |
| **Cc:** | Christina Shickles <cshickles@legacyrestorationllc.com>, Greg Brinkmeyer <gbrinkmeyer@legacyrestorationllc.com>, Kale Walters <kalew@srnr-us.com>, Luc Rubin <lrubin@legacyrestorationllc.com>, Leah Raffles <leahr@srnr-us.com> |
| **Subject:** | Company IT Policy |

Malcolm, following up on our conversation last week….below is the relevant portion of our company handbook that we believes covers us in the following action:

Many of our employees have @gmail email addresses. 100% of them were set up by the company; in most cases it was a local office manager. We are migrating those accounts to a company domain. To do so, we need their passwords. We are asking for a brief review and confirmation that the policy below protects the company's right to demand access to those company email accounts that were all created and furnished to the employee by the company.

https://drive.google.com/file/d/1Xax8AX6DgabuHb01FvbBE8K97RWXHYyg/view

Company Property
All Company IT is the Company's property. All information that is temporarily or permanently stored, transmitted, or received with the aid of Company IT remains the sole
and exclusive property of the Company.
In addition, all data temporarily or permanently received, collected, downloaded, uploaded, copied, and/or created on Company IT, and all data temporarily or

permanently received, collected, downloaded, uploaded, copied, and/or created on non-
Company computers used for Company business that relates in any manner to the

Company's business is subject to monitoring by the Company, is the exclusive property of
the Company and may not be copied or transmitted to any outside party or used in any
manner that violates this policy.

Employee Handbook Page 38
All software that has been installed on Company IT may not be used in any manner that violates this policy.
Upon termination of employment, employees are prohibited from removing any software, documents, or data from Company IT and must completely remove all data

collected, downloaded, and/or created on non-Company computers used for Company
business that relate in any manner to the Company's business. Upon request of the Company, a terminating employee will provide proof that such data has been removed
from all personal computers used for Company business.

**Curtis Brown**
HR Director
**Southern R&R Corporate**
5865 Ridgeway Center Pkwy, Suite 200
Memphis, TN, 38120
New email address: curtisb@srnr-us.com
(901) 616-7718