**Subject: Action Required: Computer Use Agreement – Must Be Signed by 1.31.2025**

SRNR Team

We hope this message finds you well.

As part of our ongoing efforts to ensure a safe and secure work environment, we are updating our **Computer Use Agreement**, which outlines the proper use of company-issued computers, software, and other IT resources. This agreement is essential for maintaining a secure digital environment and protecting both our employees and company data.

Please note that the updated Computer Use Agreement is now available for your review and signature through your ADP account. **All employees are required to sign this agreement by January 31, 2025.**

**Action Steps:**

1. Log in to your ADP account.
2. Navigate to the "Documents" section.
3. Locate the **Computer Use Agreement** document.
4. Review the agreement thoroughly.
5. Sign the document electronically.

Please make sure to complete this task by the **January 31st deadline**. If you have any questions or need assistance, please reach out to the HR department at HRDepartment@srnr-us.com.

Thank you for your prompt attention to this important matter. By signing this agreement, you are helping ensure a safe and productive workplace for everyone.

 **verifies the Electronic Signature of this document**

| SIGNATURE | |
|---|---|
| **Signer Name:** | Leah Raffles |
| **User ID:** | leahraffles |
| **Date Electronically Signed:** | Apr 14, 2025 03:46 PM EDT |
| **File Name:** | SRNR Computer Use Agreement.docx-adpdms-3205528799464.docx |
| **Display Name:** | SRNR Computer Use Agreement.docx |