UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
: 
LEGACY RESTORATION, LLC,  :
:
*Plaintiff*,  :
:  Case No. 1:25-CV-05319
v.  :
OSWALDO "JUNIOR" BARAJAS,  :
USA CONTRACTING CO, LLC,  :
LEAH RAFFLES, AND BRIAN  :  **MOTION FOR ADMISSION**
WOLFF,  :  **PRO HAC VICE**
:
*Defendants*.  :
:
:
---------------------------------- X

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Burgandi Greco, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Legacy Restoration, LLC, in the above-captioned action.

    I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Please find my declaration pursuant to Local Rule 1.3 annexed hereto.

Dated: July 14, 2025

Respectfully submitted,

*/s/ Burgandi Greco*

Burgandi Greco
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Phone: (214) 981-3300
andi.greco@sidley.com

*Attorney for Plaintiff*
*Legacy Restoration, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
: 
LEGACY RESTORATION, LLC, :
:
        *Plaintiff,* : Case No. 1:25-CV-05319
:
  v. :
OSWALDO "JUNIOR" BARAJAS, : **DECLARATION OF BURGANDI GRECO**
USA CONTRACTING CO, LLC, : **IN SUPPORT OF MOTION FOR**
LEAH RAFFLES, AND BRIAN : **ADMISSION PRO HAC VICE**
WOLFF, :
:
        *Defendants*. :
:
------------------------------- X

    Pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, I, Burgandi Greco, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1.    My name is Burgandi Greco. I have personal knowledge of the facts stated herein.

    2.    I am an associate attorney at the law firm of Sidley Austin LLP.

    3.    I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter to appear as counsel and advocate for Plaintiff Legacy Restoration, LLC.

    4.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of Texas.

    5.    I am admitted only in Texas.

1

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

8. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided above is true and accurate. I also understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Dated: July 14, 2025

Respectfully submitted,

*/s/ Burgandi Greco*

Burgandi Greco
Sidley Austin LLP
2021 McKinney Ave, Suite 2000
Dallas, Texas 75201
Phone: (214) 981-3300
andi.greco@sidley.com

*Attorney for Plaintiff*
*Legacy Restoration, LLC*

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Burgandi Alice Greco**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 12th day of October, 2022.

I further certify that the records of this office show that, as of this date

**Burgandi Alice Greco**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 27th day of June, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 7744C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------- X
                                  :
LEGACY RESTORATION, LLC,          :
                                  :
             Plaintiff,           :
                                  :    Case No. 1:25-CV-05319
     v.                           :
OSWALDO "JUNIOR" BARAJAS,         :
USA CONTRACTING CO, LLC,          :
LEAH RAFFLES, AND BRIAN           :    ORDER FOR ADMISSION
WOLFF,                            :    PRO HAC VICE
                                  :
             Defendants.          :
                                  :
                                  :
--------------------------------- X
```

The motion of Burgandi Greco for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of Texas, and that her contact information is as follows:

> Burgandi Greco
> SIDLEY AUSTIN LLP
> 2021 McKinney Avenue,
> Suite 2000
> Dallas, Texas 75201
> Telephone: (214) 981-3300
> Facsimile:  (214) 981-3400
> Email: *andi.greco@sidley.com*

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Legacy Restoration, LLC, in the above entitled action;

1

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District Judge