

SIDLEY AUSTIN LLP
787 SEVENTH AVE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 214 969 3506
MARGARET.ALLEN@SIDLEY.COM

MCOLON-BOSOLET@SIDLEY.COM
+1 212 839 5543

July 15, 2025

**Via ECF**

The Hon. Lewis Liman
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 15C
New York, NY 10007

    Re:    *Legacy Restoration, LLC ("Legacy") vs. Oswaldo "Junior" Barajas, et al.* - Case Number 1:25-CV-05319

Dear Judge Liman:

    We write on behalf of Legacy with respect to the motion to disqualify counsel (the "Motion") filed today by Defendants in connection with Legacy's request to enter a preliminary injunction against Defendants Barajas and USA Contracting Co, LLC.

    Less than thirty-six hours before the evidentiary hearing scheduled for Wednesday, July 16, 2025, Defendants have filed a motion to disqualify Margaret Hope Allen and the law firm of Sidley Austin LLP. Defendants' motion could have been brought weeks ago.

    Legacy respectfully requests the opportunity to brief a response to the Motion. In this regard, Legacy respectfully requests that it be permitted to file a response on Monday, July 21, 2025, and that the Court adjourn the hearing scheduled for July 16 and extend the temporary restraining order entered on June 26 against Oswaldo "Junior" Barajas for good cause pending resolution of the Motion. This short extension and adjournment will allow the parties and the Court sufficient time to address the issues raised in the Motion.

                                                                 Respectfully submitted,

                                                               */s/ Melissa Colón-Bosolet*
                                                               Melissa Colón-Bosolet
                                                               Margaret Hope Allen
                                                               *Counsel for Legacy Restoration, LLC*

cc:    All counsel (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.