UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
LEGACY RESTORATION, LLC,

                    Plaintiff,

-v-

OSWALDO "JUNIOR" BARAJAS, USA CONTRACTING CO, LLC, LEAH RAFFLES, BRIAN WOLFF,

                    Defendants.
---------------------------------------------------------------------X

25-cv-5319 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Civil Rule 83.9 of the United States District Court for the Southern District of New York shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    SO ORDERED.

Dated: July 23, 2025
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge