UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/23/25___
```

-----------------------------------------------------------------X
:
LEGACY RESTORATION, LLC,                                          :
:
                              Plaintiff,                          :
:                          25-cv-5319 (LJL)
:
               -v-                                                :                          ORDER
:
OSWALDO "JUNIOR" BARAJAS, USA                                     :
CONTRACTING CO, LLC, LEAH RAFFLES, BRIAN                          :
WOLFF,                                                            :
:
                              Defendants.                         :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        As stated at the conference today, the parties shall submit a proposed Case Management

Plan and Scheduling Order by July 30, 2025, consistent with the following deadlines:

- Initial disclosures pursuant to Rule 26(a)(1) shall be completed no later than
  August 6, 2025.

- Any motion to amend or join additional parties shall be filed no later than October
  15, 2025.

- All discovery shall be completed no later than January 23, 2026.

- Motions for summary judgment shall be filed no later than February 6, 2026.

        The parties shall appear for a post-discovery status conference on January 29, 2026, at

11:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

        SO ORDERED.

Dated: July 23, 2025                        _____
       New York, New York                           LEWIS J. LIMAN
                                            United States District Judge