UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LEGACY RESTORATION, LLC,

    Plaintiff(s)

- v -

OSWALDO "JUNIOR" BARAJAS,
USA CONTRACTING CO, LLC,
LEAH RAFFLES, and BRIAN

    Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:25-cv-5319 (LJL)
_____
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant USA CONTRACTING CO, LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

There are no parent corporations or any publicly held corporation which owns ten percent (10%) or more of its stock for Defendant USA CONTRACTING CO, LLC.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

The Individual Defendants are each citizens of the State of Tennessee.
USA Contracting Co, LLC is a limited liability company organized under the laws of the State of Tennessee with its principal place of business in the State of Tennessee.
Plaintiff is a limited liability company organized under the laws of the
State of Minnesota with its principal place of business, upon information and belief, in the State of Minnesota.
Plaintiff's sole member is Legacy Restoration Intermediate Holdings, LLC, which is a limited liability company organized under the laws of the State of Delaware with its principal place of business, upon information and belief, in the State of Delaware.

September 15, 2025

Date

/s/ Emanuel Kataev

Signature of Attorney

5154588

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022