UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGACY RESTORATION, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>OSWALDO "JUNIOR" BARAJAS, USA CONTRACTING CO, LLC, LEAH RAFFLES, AND BRIAN WOLFF,<br><br>*Defendants*. | Case No. 1:25-CV-05319 |

## JOINT MEDIATION STATUS REPORT

The parties mediated in good faith on October 7, 2025. Settlement discussions are ongoing and a second mediation session is being contemplated.

Respectfully submitted,

SIDLEY AUSTIN LLP

/s/      *Margaret H. Allen*
Margaret Hope Allen (*pro hac vice*)
margaret.allen@sidley.com
Burgandi A. Greco (*pro hac vice*)
andi.greco@sidley.com
Sidley Austin LLP
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Phone: (214) 981-3300
Fax: (214) 981-3400

Melissa Colón-Bosolet
mcolon-bosolet@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Phone: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for Plaintiff*
*Legacy Restoration, LLC*


SAGE LEGAL
KUSHMAKOV LAW, P.C.

/s/      *Emanuel Kataev*
Emanuel Kataev
Sage Legal
18211 Jamaica Avenue
Jamaica, NY 11423
Phone: (718) 412-2421
Email: emanuel@sagelegal.nyc

Eduard Kushmakov
Kushmakov Law, P.C.
71-50 Austin Street, Suite 205
Forest Hills, NY 11375
Phone: (646) 694-0248)
Email: eduard@kushmakovlaw.com

*Attorneys for Defendants Oswaldo Barajas et al.*