

SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TEXAS  75201
+1 214 981 3300
+1 214 981 3400 FAX

+1 214 969 3506
MARGARET.ALLEN@SIDLEY.COM

November 11, 2025

Hon. Lewis J. Liman
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Legacy Restoration, LLC v. Oswaldo "Junior" Barajas et al.*, Case No. 25-cv-5319

Dear Judge Liman,

      Plaintiff Legacy Restoration, LLC ("Legacy") and Defendants Oswaldo "Junior" Barajas, USA Contracting Co, LLC, Leah Raffles, and Brian Wolff (collectively, "Defendants," and, together with Legacy, the "Parties") jointly request approximately 60-day extensions of all upcoming deadlines in order to facilitate the Parties' ongoing settlement discussions and second mediation session.

      On July 29, 2025, this Court entered a Case Management Order setting key deadlines for this case. In that Case Management Order, the Parties agreed that the case could be referred to the Southern District of New York's Mediation Program. On October 7, 2025, the Parties mediated in good faith, and several settlement offers have been exchanged, including draft settlement agreements and related documents. The Defendants have requested a second mediation session.

      The Parties believe that further settlement discussions will be productive. *See* Fed. R. Civ. P. 1 (noting that the federal rules should be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). Accordingly, to allow the Parties ample time to conduct a second mediation session and continue to engage in meaningful negotiations, and in light of the upcoming holidays, the Parties respectfully request that the Court extend all upcoming deadlines in this case by 60 days, as detailed in the chart below. This is the first request for an extension of the deadlines in this matter. To be clear, the Parties are not seeking to reopen or extend any deadlines that have already passed.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of all fact discovery | December 15, 2025 | February 13, 2026 |

Sidley Austin (TX) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

25-cv-5319
November 11, 2025
Page 2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of all depositions | December 15, 2025 | February 13, 2026 |
| Serving Requests to Admit | November 21, 2025 | January 20, 2026 |
| Completion of expert discovery | January 23, 2026 | March 24, 2026 |
| Completion of all discovery | January 23, 2026 | March 24, 2026 |
| Joint pretrial order | February 23, 2026 | April 24, 2026 |
| Post-discovery status conference | January 29, 2026 at 11:00 AM | March 30, 2026 at 11:00 AM |
| Motions for summary judgment | February 6, 2026 | April 7, 2026 |

Filed contemporaneously herewith is a proposed revised Case Management Order. The Parties respectfully request that the Court grant this request, as they have established good cause for this Court to exercise its discretion in favor of the requested extension of time. *See* Fed. R. Civ. P. 6(b)(1)(A). The Parties thank this Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Margaret H, Allen*
Margaret Hope Allen (*pro hac vice*)
margaret.allen@sidley.com
Burgandi A. Greco (*pro hac vice*)
andi.greco@sidley.com
Sidley Austin LLP
2021 McKinney Ave, Suit 2000
Dallas, TX 75201
Phone: (214) 981-3300
Fax: (214) 981-3400

# SIDLEY

25-cv-5319
November 11, 2025
Page 3

        Melissa Colón-Bosolet
        mcolon-bosolet@sidley.com
        Sidley Austin LLP
        787 Seventh Avenue
        New York, NY 10019
        Phone: (212) 839-5300
        Fax: (212) 839-5599

        *Attorneys for Plaintiff Legacy Restoration, LLC*

        */s/ Emanuel Kataev*
        Emanuel Kataev
        Sage Legal
        18211 Jamaica Avenue
        Jamaica, NY 11423
        Phone: (718) 412-2421
        Email: emanuel@sagelegal.nyc

        Eduard Kushmakov
        Kushmakov Law, P.C.
        71-50 Austin Street, Suite 205
        Forest Hills, NY 11375
        Phone: (646) 694-0248
        Email: eduard@kushmakovlaw.com

        *Attorneys for Defendants Oswaldo Barajas*
        *et al.*

Enclosure