UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEGACY RESTORATION, LLC, | |
| *Plaintiff*, | |
| v. | Case No. 1:25-cv-5319 (LJL) (OTW) |
| OSWALDO "JUNIOR" BARAJAS, USA CONTRACTING CO, LLC, LEAH RAFFLES, AND BRIAN WOLFF, | |
| *Defendants*. | |

## UNOPPOSED MOTION FOR ENTRY
## OF AGREED FINAL JUDGEMENT AND PERMANENT INJUNCTION

Plaintiff Legacy Restoration, LLC ("Legacy"), by and through its undersigned counsel, hereby submit this Unopposed Motion for Entry of Agreed Final Judgment and Permanent Injunction ("Motion").

Plaintiff requests that the Court enter the attached Agreed Final Judgment and Permanent Injunction to resolve all claims and causes of action of Plaintiff in the above-referenced matter and to dismiss all claims and causes of action with prejudice as to defendants Oswaldo "Junior" Barajas, USA Contracting Co, LLC, and Brian Wolff, subject to this Court retaining jurisdiction for the purpose of enforcing the Agreed Final Judgment and Permanent Injunction, and without prejudice as to defendant Leah Raffles.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court sign and enter the Agreed Final Judgment and Permanent Injunction submitted herewith.

| | |
|---|---|
| DATED:  January 5, 2026 | SIDLEY AUSTIN, LLP |

*/s/ Margaret H. Allen*

Margaret H. Allen
margaret.allen@sidley.com
Burgandi A. Greco
andi.greco@sidley.com
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Phone: (214) 981-3300

Melissa Colón-Bosolet
mcolon-bosolet@sidley.com
Sidley Austin LLP
787 7th Avenue
NEW YORK, NY 10019
Phone: (212) 839-5300

*Attorneys for Plaintiff*
