UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
                                                                         :
LEGACY RESTORATION, LLC,            :
                                                                         :
              *Plaintiff*,                      :
                                                                          :   Case No. 1:25-cv-5319 (LJL) (OTW)
   v.                                                       :
OSWALDO "JUNIOR" BARAJAS,        :
USA CONTRACTING CO, LLC,           :
LEAH RAFFLES, AND BRIAN            :
WOLFF,                                                   :
                                                                          :
              *Defendants*.              :
                                                                            :
                                                                            :
------------------------------- X

**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY
OF AGREED FINAL JUDGEMENT AND PERMANENT INJUNCTION**

      On this day, the Court considered the Unopposed Motion for Entry of Final Judgment and Permanent Injunction ("Motion") filed by: Legacy Restoration, LLC ("Legacy"), against Oswaldo "Junior" Barajas ("Barajas"), USA Contracting Co, LLC ("USA Contracting"), Leah Raffles ("Raffles"), and Brian Wolff ("Wolff"). Legacy, Barajas, USA Contracting, Raffles and Wolff are referred to collectively as the "Parties."

      IT IS HEREBY ORDERED, Defendant Barajas, as well as any other persons who are in active concert or participation together with him, are hereby restrained and enjoined from engaging in any of the following acts or omissions:

      Any time before June 6, 2026, directly or indirectly inducing or attempting to induce any employee, officer, director, or manager of Legacy or SNR Global, LLC d/b/a/ Southern Roofing and Renovation ("Southern" and, together with Legacy, Legacy's affiliates, and Southern's affiliates, the "Company") to leave the employ of the Company, or in any way interfering with the relationship between the Company, on the one hand, and any employee, officer, manager or director of the Company, on the other hand;

      Any time before June 6, 2026, directly or indirectly soliciting to hire or hiring any person who was an employee, officer, manager or director of Legacy or Southern within the last twelve (12) months;

      Any time before June 6, 2026, directly or indirectly inducing any customer, supplier, or licensee of the Company to cease doing business with the Company, or in any way interfering with

**Page 1**

the relationship between the Company, on the one hand, and any such customer, supplier, or licensee, on the other hand;

Directly or indirectly communicating, divulging, disclosing, furnishing, or making accessible to any person any aspect of the Company's confidential information or using the confidential information in any manner other than for the benefit of the Company;

Any time before June 6, 2026, participating or engaging in, managing, operating, consulting with, rendering services for or representing or owning, directly or indirectly, alone or as a partner, joint venturer, member, equity-holder, employee or otherwise, any entity that is engaged in the business of exterior residential and multi-family restoration or renovation, including but not limited to the repair or replacement of roofing, siding, gutters and windows, and inclusive of both retail services and insurance-paid services, in the states in which Legacy and Southern operate, namely, Alabama, Arkansas, Colorado, Florida, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Minnesota, Mississippi, Missouri, Nebraska, and Tennessee; provided, however, that Barajas may engage with contractors to perform such work solely on properties owned in whole or in part as of the date of this order or thereafter by: (i) Barajas in his personal capacity, (ii) Barajas Investments, (iii) Barajas's real estate development business, (iv) and/or any other corporate entity owned in whole or in part by Barajas. Notwithstanding the foregoing, Barajas shall not be involved with any company performing work relating to roofing, gutters, windows, or siding on properties owned in whole or in part by Wolff or USA Contracting, owned in whole or in part by members of the public (if Barajas is not also a part owner), or affiliated with or owned in whole or in part by any other Seller (as defined in the parties' Contribution and Securities Purchase Agreement dated December 21, 2023).

**IT IS FURTHER ORDERED** that this case is hereby dismissed with prejudice as to Defendants Barajas, Wolff, and USA Contracting. The case is dismissed without prejudice as to Defendant Raffles. Nothing stated in this paragraph, however, should be construed as negating the terms of the permanent injunction. Other than as expressly stated herein, the Parties shall take nothing on their dismissed claims.

All relief requested by the Parties that is not hereby granted is denied. This is a final judgment that disposes of all claims and all Parties in this lawsuit. The permanent injunction automatically dissolves as to Barajas on June 6, 2026.

All Parties to bear their own costs and attorneys' fees.

This Court retains jurisdiction to enforce this Final Judgment and Permanent Injunction.

SIGNED on this ___ day of _____, 2026.

_____
United States District Judge